# EXHIBIT A



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

June 15, 2020

Mr. Daniel Lewis Lee
Reg. No. 21303-009
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Lee:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on May 13, 2002, by Judge G. Thomas Eisele of the United States District Court for the Eastern District of Arkansas.  This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set July 13, 2020, as the date for your execution by lethal injection.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution.  At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc: The Honorable Kristine G. Baker, Judge, U.S. District Court (E.D. Arkansas)
    Mr. James W. McCormack, Clerk of the Court (E.D. Arkansas)
    Mr. J. Cody Hiland, United States Attorney (E.D. Arkansas)
    Mr. Michael S. Gordon, Assistant United States Attorney (E.D. Arkansas)
    Mr. George Kouros, Esq.
    Mr. Josh Minkler, United States Attorney (S.D. of Indiana)
    Mr. Joseph "Dan" McClain, U.S. Marshal (S.D. of Indiana)
    Mr. Joseph H. (Jody) Hunt, Assistant Attorney General, Civil Division