# EXHIBIT B

## DECLARATION OF CHRIS BEYRER, MD, MPH

I, Chris Beyrer, declare as follows:

1.      I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2.      I am a professor of Epidemiology, International Health, and Medicine at the Johns Hopkins Bloomberg School of Public Health, where I regularly teach courses in the epidemiology of infectious diseases.

3.      Epidemiology has been defined as "the study of the distribution and determinants of health-related states or events in specified populations, and the application of this study to the control of health problems."[1]

4.      This past Spring, 2020 semester, I taught the epidemiology course on emerging infections at Hopkins. I am a member of the National Academy of Medicine, a former President of the International AIDS Society, and a past winner of the Lowell E. Bellin Award for Excellence in Preventive Medicine and Community Health. I have been active in infectious diseases Epidemiology since completing my training in Preventive Medicine and Public Health at Johns Hopkins in 1992. Over the course of my career, I have at various times studied and

---

[1] Last JM, editor.  Dictionary of epidemiology.  4th ed. New York:  Oxford University Press; 2001. P. 61.

published on the spread of infectious diseases within prisons. A copy of my curriculum vitae is attached as an exhibit.

5.     I am currently actively at work on the COVID-19 pandemic in the United States.

6.     Among other activities I am the Director of the Center for Public Health and Human Rights at Johns Hopkins, which is active in disease prevention and health promotion among vulnerable populations, including prisoners and detainees, in the US, Africa, Asia, and Latin America. I have submitted declarations regarding incarceration and COVID-19 in 13 states, including Washington, California, Illinois, New York, New Jersey, Georgia, Maryland, Missouri, Alabama, Texas, California, North Carolina, Tennessee, and Washington, DC.

**The History, Diagnosis and Nature of COVID-19**

7.     A pandemic refers to an outbreak of disease with wide geographic spread which affects a large portion of the population.  The SARS-CoV-2 virus, and the human infection it causes, COVID-19 disease, is a global pandemic and has been termed a global health emergency by the World Health Organization (WHO).

8.     Cases of COVID-19 first began appearing sometime between December 1, 2019, and December 31, 2019, in Hubei Province, China. Most of the initial cases were associated with a wet seafood market in Wuhan City.

9.     On January 7, 2020, the virus was isolated and identified. The virus was analyzed and discovered to be a coronavirus closely related to the SARS coronavirus which caused the 2002-2003 SARS epidemic.

10.    On March 11, 2020, the WHO announced that the outbreak of COVID-19 was a pandemic. On March 13, President Donald Trump declared a national emergency.

11.    To be classified as a confirmed case of COVID-19, an individual must meet confirmatory laboratory evidence. A viral test identifies people with current SARS-CoV-2 infection. Additionally, antibody tests can be used to identify people with a previous viral infection. To be determined a confirmed case, an individual must have undergone diagnostic testing, which is often limited in availability. For surveillance purposes, these test results must be reported to state or governmental agencies. However, for various reasons, not all tests are reported.

12.    The case definition of a COVID-19 death is defined as follows: "A COVID-19 death is defined for surveillance purposes as a death resulting from a clinically compatible illness in a probable or confirmed COVID-19 case, unless there is a clear alternative cause of death that cannot be related to COVID-19 disease (e.g. trauma). There should be no period of complete recovery between the illness and death."

13.    The number of COVID-19 reported cases and deaths can be influenced

by access to healthcare and testing as well as reporting practices and case definitions.

It has been reported that political considerations my also be impacting reporting of case

numbers and deaths, a factor that epidemiologists must take into consideration.

14.    The overall case fatality rate has been estimated to range from 0.3 to

3.5% in most countries, but over 7.0% in Italy. This is 5-35 times the fatality rate

associated with influenza infection. The case fatality rate can be significantly

higher depending on the presence of certain demographic and health factors.

15.    As of June 21, 2020, there have been 8,708,008 confirmed human cases

globally and 461,715 known deaths.

16.    As of June 21, 2020, the Centers for Disease Control and Prevention

(CDC) has reported 2,215,618 confirmed cases of coronavirus and 119,055 deaths in

the United States.

17.    COVID-19 cases continue to rise in the United States. There has been

wide variation in COVID-19 trends across states. Forecast data predicts large

variability across states in the next few months due to state-level policies and variation

in contact rates.[2]  Just in the past week, rates in some states and counties that had

previously seen little disease have risen dramatically.

18.    The "reproduction number," also known as $R_0$, is an estimate of the

number of people to which someone with COVID-19 will pass on the disease. This

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/forecasting-us.html (Last visited June 21, 2020)

number, a measure of the rate of transmission of the virus, varies by location and by how well social distancing and other preventive measures have been practiced.  For example, in Massachusetts, the reproduction number is 0.7, whereas in Texas the reproduction number is 1.2 as of June 21, 2020.

19.     As $R_0$ increases, the number of new cases increases exponentially.  An outbreak is expected to continue if the $R_0$ is greater than 1 (as it currently is in Texas), and to end if it is lower than 1 (as it currently is in Massachusetts).[3]

20.     Engaging in COVID-19 prevention strategies, such as social distancing, helps to reduce the $R_0$.  However, if preventive strategies such as social distancing are not practiced or stop being practiced, $R_0$ may increase.

21.     At the beginning of the epidemic, before adequate prevention measures were instituted, each infected person transmitted the virus to 2-3 people.  The relaxation of prevention measures threatens to result in a return in the transmission rate to these higher levels.

22.     Travel has the potential to seed new outbreaks across the country. The outbreak of COVID-19 in New York is estimated to be responsible for 60-65% of cases nationwide, and travel from Seattle spread the virus to at least 12 different states.

23.     The Indiana State Health Department provides statewide and county-by-

---

[3] Delamater, P. L., Street, E. J., Leslie, T. F., Yang, Y., & Jacobsen, K. H. (2019). Complexity of the Basic Reproduction Number (R0). *Emerging Infectious Diseases*, *25*(1), 1-4. https://dx.doi.org/10.3201/eid2501.171901.

county COVID-19 tracking. As of June 21, 2020, Indiana reported 42,423 positive COVID-19 cases and 2,350 deaths.   In Marion county, 10,945 confirmed cases and 668 deaths have been reported. In Vigo County, there were 210 confirmed cases and 8 deaths.

24.     As of June 16, it was reported that 46,249 people in state and federal prisons tested positive for COVID-19, and 548 have died. The Federal Bureau of Prisons reported that as of June 25, 2020, 6,364 prisoners in BOP institutions have had confirmed cases of COVID-19, and 89 had died.[4]

25.     In the United States, dramatic outbreaks have occurred in the Cook County jail and Rikers Island in New York City. In New York City jails, the infection rate of COVID-19 among those in custody is 16 times higher than that of the U.S. population overall.

26.     In the course of my research and work with identification of disease in prisons, I have found that reported cases often reflect an underrepresentation of actual cases, as testing policies and reporting procedures are inconsistent across facilities. Anecdotal evidence, including the unavailability of widespread access to COVID testing during the early months of the pandemic, suggests cases of COVID-19 have also gone unidentified within prisons and the number of cases has been underreported.

---

[4] https://www.bop.gov/coronavirus/ (Last visited June 26, 2020)

27.     The CDC projects that over 200 million people in the United States could be infected with COVID-19 over the course of the pandemic without effective public health intervention, with as many as 200,000 to 1.7 million projected deaths under a worst case scenario.

**Nature of the Disease**

28.     COVID-19 is a serious disease. There is currently no vaccine or known cure. Although it is often compared to influenza, the overall case fatality rate is 5-35 times the fatality rate associated with influenza infection.  And unlike influenza, overall, some 20% of cases will have more severe disease requiring medical intervention and support.

29.     The virus enters the body when someone inhales respiratory droplets containing SARS-CoV-2, or when these droplets enter via the eyes. The coronavirus then enters cells in the nose and throat where it invades them by latching onto a receptor at the cell surface. It then proliferates by using the invaded cell's own machinery. From there, the virus can spread from the nose and throat to the lungs, where the virus—and the body's immune response—can disrupt the flow of oxygen into the blood, causing coughing and shortness of breath. SARS-CoV-2 can invade many other organs in the body with a wide range of effects: seizures and strokes in the brain; blood clots and cardiac inflammation in the vessels and heart; and liver and kidney damage.

30.     The course of illness in any particular person is unpredictable. Some individuals with COVID-19 may have no symptoms or only mild symptoms, while others may develop severe illness.

31.     The "mild" symptoms for COVID-19 are fever, chills, cough, shortness of breath, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, and diarrhea. Many COVID-19 infections resolve within a few weeks.

32.     However, a subset of individuals has enduring symptoms that last months. Many of these individuals are young and previously healthy.

33.     Once contracted, COVID-19 can cause severe damage to lung tissue, including a permanent loss of respiratory capacity.

34.     It can permanently damage tissues in other vital organs as well, such as the heart, central nervous system, and liver.

35.     There are multiple mechanisms by which COVID-19 kills.  Among patients who have more serious disease, some 30% will progress to Acute Respiratory Distress Syndrome (ARDS), a condition in which oxygen levels in the blood and blood pressure falls dramatically.  ARDS has a 30% mortality rate overall, higher in those with other health conditions. Some 13% of these patients will require mechanical ventilation.

36.     COVID-19 can also cause heart damage, blood clots, and constriction

of blood vessels, all of which can play a role in causing death.  Kidney failure can also be involved in COVID-19 mortality.

37.     COVID-19 can severely damage lung tissue, which requires an extensive period of rehabilitation, and in some cases, cause permanent loss of breathing capacity. COVID-19 may also target the heart, causing a medical condition called myocarditis, or inflammation of the heart muscle. Myocarditis can reduce the heart's ability to pump.

38.     A "cytokine storm," which can come in the wake of a COVID-19 infection, is an exaggerated response of the immune system in which a flood of inflammatory signaling molecules are unleashed onto the body. These molecules cause blood vessels to become leaky, resulting in a drop in blood pressure. Blood clots become more likely to form and obstruct vessels. Organs may not get the oxygen they need to function. Some treatments may help dampen the cytokine storm, but it is nonetheless a complication of grave concern. In a new study, for example, dexamethasone, a steroid that hampers inflammation, reduced COVID-19 deaths among those using ventilators by one-third.[5]

39.     There are multiple estimates of the ratio between all known cases and known deaths (the "case-fatality ratio") for COVID-19 across different states. In

_____

[5] https://www.recoverytrial.net/files/recovery_dexamethasone_statement_160620_final.pdf

Indiana, for example, the case-fatality ratio by age are as follows, as of June 22, 2020. These estimates are representative of trends in most states, in which mortality rises steeply above 60-70 years of age:

| | |
|---|---|
| 0-19 | 0.08% |
| 20-29 | 0.21% |
| 30-39 | 0.68% |
| 40-49 | 1.86% |
| 50-59 | 5.12% |
| 60-69 | 16.38% |
| 70-79 | 24.55% |
| 80+ | 51.12% |

40.     A number of underlying conditions, other than age, create higher risk and influence the course of symptoms and mortality rate.  For example, people with type 2 diabetes are nearly 4 times more likely to develop serious disease or die from COVID-19.  Heart disease, COPD, hypertension, and cancer are all risk factors for ICU admission, ventilation, or death.

41.     The COVID-19 mortality rate is twelve times higher among those with underlying conditions. Specifically, 19.5% of people with COVID-19 who had underlying health conditions died as compared to 1.6% of those without underlying conditions.

42.     Epidemiologists have collected additional demographic data on populations of COVID sufferers.  Individuals with obesity are about twice as likely to be hospitalized with COVID-19.  Younger patients with obesity are more likely

to require hospital admission and ICU care when infected than their non-obese counterparts.

43.    Black and Latinx individuals have also been disproportionately affected by COVID-19.

44.    Males are more likely to die of COVID-19 than females.

45.    A person in her 80's with a heart condition and a person in her 40's with atrial fibrillation would both be at increased risk for serious COVID-19 infection and complications.

**Transmission of the Virus**

46.    COVID-19 passes from person to person primarily through respiratory droplets. This can happen whenever a person expels droplets into the air, and increases when an infected individual speaks, shouts, sings, coughs, or sneezes. It can also survive on hard surfaces for hours to days. New information indicates that COVID-19 may also be transmissible through aerosolized fecal contact.

47.    The onset and duration of viral shedding, which propagates spread, and the period of infectiousness for COVID-19, are not well understood.

48.    However, we do know that someone who is contagious does not necessarily show symptoms. There are two times when this could occur: (1) the pre-symptomatic stage, and (2) an asymptomatic case.

49.    A pre-symptomatic person will go on to develop symptoms, but can

be infectious for up to 3 days before symptoms first develop.

50.     Asymptomatic individuals never go on to develop symptoms, but still test positive for SARS-CoV-2.  It is unclear how infectious they are.

51.     However, the combined effect of pre-symptomatic and asymptomatic carriers is thought to account for a substantial portion of SARS-CoV-2 transmission, with some estimates putting it at between 50 to 80% depending on the setting.

52.     The length of time a person spends in an environment that harbors the virus increases his or her chance of contracting it.  While a very short period of time may be enough for someone to contract it if the viral load is heavy, a longer period of time in the presence of even a small amount of virus increases the chance of infection.

53.     For contact tracing purposes to determine a high likelihood of exposure, "close contact" is often defined as within 6 feet for more than 3 minutes.

54.     The most dangerous transmission scenarios are indoor environments with poor ventilation in which people are close together. Research suggests that speech droplets which carry the virus that causes COVID-19 can linger in the air in closed environments for 8 to 14 minutes.  A study currently under review found that among 1,245 cases during the COVID-19 outbreak in China, there was only one case of COVID-19 transmission that was in an outdoor environment,

highlighting the overwhelming predominance of COVID-19 transmission in indoor environments.

55.     Wearing face masks helps to mitigate transmission of SARS-CoV-2, but does not guarantee full protection.  This is why medical personnel wear full coverage PPE.

56.     When wearing non-N95 face masks, social distancing must be maintained to avoid acquiring the virus.  The two measures must be taken in combination – wearing a mask *and* social distancing.

57.     Poorly ventilated spaces increase the likelihood of COVID-19 transmission. Some airflow studies have found that respiratory droplets can travel between people even from 10 feet away, suggesting that even the social distancing recommendation of 6 feet may be insufficient depending on ventilation.  Airflow direction may also influence transmission. One case report from China found that a cluster of infections mapped onto the direction of air conditioning flow through a restaurant.

58.     Wearing face masks mitigates transmission of SARS-CoV-2, but does not guarantee full protection. Wearing a mask helps keep the person wearing it from spreading disease to another but it does not necessarily protect the person wearing it.  Masks also vary significantly in the degree of protection they confer. The virus can also enter one's body through his or her eye membranes.

59.     The virus can also be transmitted from contact with hard surfaces.  We know it can live for 72 hours on plastic and metal, 48 hours on stainless steel, and 24 hours on cardboard.  It is unclear how long the virus can live on clothes.

60.     CDC guidelines indicate that surfaces need to be cleaned with soap and water, followed by a disinfectant. Proper disinfectants include diluted household bleach solutions as well as alcohol solutions with at least 70% alcohol.

**COVID-related Dangers to Travelers**

61.     Travel involves significant risks of transmission.

62.     All airports pose a risk of COVID-19 due to the need to stand in security lines as well as exposure to high contact surfaces and close proximity to others. Visiting airports in cities with higher case counts increases one's risk of exposure to an infected person or surface.

63.     I have been asked about case and death counts for some specific locations.  The numbers listed below represent the number of cases and deaths as of June 21, 2020.  (Reporting on COVID-19 deaths may be delayed as it can take several weeks for death certificates to be submitted and processed):

- Houston, TX (Harris County: 20,874 cases, 332 deaths)
- Chicago, IL (Cook County: 86,851 cases, 4,390 deaths)
- Washington, D.C. (District of Columbia: 9,984 cases; 531 deaths)
- Chapel Hill, NC (Durham County: 3,094 cases; 60 deaths)
- Portland, ME (Cumberland County: 1,534 cases; 58 deaths)

- Oklahoma City, OK (Oklahoma County: 1,990 cases; 65 deaths)
- Knoxville, TN (Blount County: 127 cases; 3 deaths)
- Philadelphia, PA (Philadelphia County: 24,841 cases; 1,552 deaths)
- Little Rock, AR (Pulaski County: 1,499 cases, 52 deaths)
- Indianapolis, IN. (Marion County: 10,945 cases, 668 deaths).

64.     Just four days later, on June 25, 2020, the number of cases in Harris County had increased by 4,912 cases to 25,786.

65.     Risk of infection is elevated when passing through cities with high case counts, as this activity heightens one's risk of coming into contact with an infected person.

66.     Cook County has the highest reported number of cases by county in the United States.  Philadelphia and Harris counties, as well as the District of Columbia are in the list of top 50 counties with the highest number of confirmed cases.

67.     The number of new cases per day has shown a troubling positive trend in the past week with 37,667 new cases reported on June 24th, an increase in 9,839 cases/day from a week prior.[6] This marks the second highest number of cases/day in the United States since the virus first came into the U.S.

68.     COVID-19 has continued to spread in Arkansas. In the last month, the

---

[6] https://www.cdc.gov/covid-data-tracker/#trends (Last visited June 25, 2020.)

number of cases has almost tripled (5,644 cases reported on May 21st; 15,142 cases reported June 21st). In response to the climbing cases, on June 18th the Governor extended the Public Health Emergency Order for another forty-five days. Pulaski County, which includes Little Rock, has one of the highest number of cases in Arkansas and reported 1,499 positive cases and 52 deaths from COVID-19 as of June 21, 2020.

69.     Austin, Texas is the largest city of Travis County. Travis County recently reported a third consecutive day of record cases in the County, with 6,210 cases and 110 deaths as of June 21, 2020.   The number of new cases reported per day have increased exponentially in the past month, with 68 cases reported on May 21st and 506 cases reported on June 21st.

70.     Air travel can lead to numerous risks of transmission. While that risk depends on the number of individuals on a plane, and the amount of space left between them, there are anecdotal reports of airplanes operating at nearly full capacity, making social distancing impossible.

71.     Small planes have more limited capacity in the first place. Therefore, a few extra passengers can lead to cramped quarters without distancing.

72.     Air circulation on planes may not be uniform or subject to the control of an individual passenger.  A fellow traveler, for example, may choose to increase the air flow from his personal vent or point it away from himself, towards another

passenger.

73.     There is also little data on compliance, once in flight, with mask-wearing guidelines.  Passengers who eat or drink on a flight will lower their masks at least for the duration of consuming food.

74.     Waiting in airports has similar risk—social distancing is necessary with consistent mask wearing among everyone present. Sitting away from others, using hand sanitizer or washing hands frequently after touching any high-touch surfaces (such as seat armrests), and reducing close contact with airport staff are all important ways to reduce the risk but depend on others being equally compliant.

75.     Passing through security checkpoints may also involve risk of touching common surfaces and luggage bins.  The risk is increased for anyone who may have to be patted down while passing through security.

76.     Taking cabs leads to close contact with the driver, who may spread the virus. A study from Zhuhai, China found that sharing a car with someone infected significantly increased the risk of that person then becoming infected.  In addition, if cab owners do not wipe down the interior after each passenger, there may be residual risk of infection from the prior trip.

77.     The risk of infection from using public restrooms varies, depending on how often and how thoroughly they are cleaned.  However, the distance between bathroom stalls and sinks may not provide adequate distancing, especially

in an environment that may seem private enough for one to remove his or her

mask. And, as noted earlier, new information indicates that COVID-19 may also be

transmissible through aerosolized fecal contact.

78.    The risks from staying in a hotel includes the virus remaining on

surfaces if rooms were not properly cleaned. This may occur if staff who clean the

rooms are infected but are not taking proper precautions (wearing a mask, washing

their hands, etc.) or are engaging in any improper cleaning practices (using

cleaners that are too weak, for instance).

79.    During check-in, as well, it may be difficult to remain 6 feet or more

from others, including guests and staff. It may also be difficult to avoid elevators

which present a risk of infection, as they are a close, confined space. Individuals

who are infected may touch the buttons or join others in the elevator, thus exposing

them to transmission.

80.    Wearing a mask, and insisting others wear a mask, can help reduce

these risks. Realistically, unfortunately, there are few situations in which a traveler

or hotel guest can reasonably be expected to (or claim the authority to) insist that

someone else wear a mask (or maintain an appropriate distance.)

81.    Discretionary travel, crowded rooms, and indoor events without prior

assurances that social distancing can be maintained should be avoided whenever

possible.

**COVID Transmission within Prison**

82.     As noted above, I am the Director of the Center for Public Health and

Human Rights at Johns Hopkins, which is active in disease prevention and health

promotion among vulnerable populations, including prisoners and detainees, and

over the course of my career, I have studied and published on the spread of

infectious diseases within prisons.

83.     Prisons are known to have poor infection control mechanisms

available, and are often hotspots for infectious diseases, including SARS-CoV-2,

as well as HIV, tuberculosis, hepatitis viruses, influenza, and others.

84.     There are a number of reasons for this: First, as with other

contaminate environments, like nursing homes, to receive basic necessities,

prisoners are required to interact with numerous correctional officers daily: to

receive food, receive medication, be let outside into recreational facilities. One

infected correctional officer can spread infections between different areas of the

prison.

85.      Second, meaningful isolation and social distancing within a prison,

among infected or exposed persons, is nearly impossible. Crowded conditions are a

known risk factor for infection, and high-density prisons can more than double the

risk of major infection, for instance for tuberculosis.  Prisons rarely have the

facilities available to allow individuals to quarantine properly. Those in need of

quarantine and monitoring for symptoms, for instance, are often put in special housing units (SHU), which in turn requires further interactions with correctional officers, often in a delayed manner.

86.     Third, prisons typically lack the facilities for quick and efficient dispensation of medical care and testing. This fact has been well-documented in prior studies of tuberculosis, which found 21% of prisons lacked organized healthcare systems allowing for timely testing.[7]  In addition, notably for SARS-CoV-2, individuals can quickly deteriorate, and current sick call protocols can make it difficult to receive care in the event of worsening symptoms.

87.     There are numerous examples of spread within prison facilities. The CDC reports up to 420 facilities from January 21 to April 21, 2020 reporting at least one infection.

88.     Transmission prevention in prisons is difficult because a prison is not a closed system. Even with the suspension of in-person visitation, correctional officers and other staff have to go home at the end of the day. Therefore, there is no way to ensure that community-related infections do not enter the prison system and quickly spread.

89.     We know this to be the case because all visiting, both social and legal,

---

[7]   Masoud Dara et al., Tuberculosis Control in Prisons:  Current Situation and Research Gaps," *International Journal of Infectious Diseases*, Special Issue:  Commemorating World Tuberculosis Day 2015, 32 (March 1, 2015):111-17, https://doi.org/10.1016/j.ijid.2014.12.029.

was terminated for all prisons in the federal system in mid-March.  Nevertheless,

infections and deaths have been reported at federal facilities across the country.

90.     For example, the Lompoc federal prisons report exceedingly high rates

of COVID-19 infection. Nearly all of the incarcerated individuals at Lompoc FCI

(992 total inmates) tested positive for COVID-19, and many were reported to be

asymptomatic.  Lompoc FCI reported administering 986 tests, resulting in 922

positive results.   Lompoc USP (1,555 total inmates) reported administering 377

tests with 126 results pending and 112 positive results.  The Lompoc federal prison

accounts for a large percentage of the 2,421 cases in Santa Barbara County.

91.     The rate of testing at the federal prison at Lompoc seems to have been

relatively high.  This may account for the high numbers of infection found there as

compared to other federal facilities in which the testing rate has been much lower.

92.     Many prisons have implemented screening measures to try to identify

officers and other staff who may be infected before they enter the prison.

However, these screening efforts have been inadequate: often, screening includes

only a temperature check to assess fever, and/or a brief questionnaire about contact

with COVID-19 patients or recent travel. Such screening efforts are ineffective

because individuals can be infected and present with extremely mild or no

symptoms. The WHO estimates this makes up some 80% of infections.  Therefore,

individuals who are exposed to COVID-19 patients may not know they were

exposed, and therefore answer a screener question in the negative. They also may not develop a fever, which also would allow them to pass screening. In addition, some screening protocols only ask that staff members take their own temperatures at home and rely on staff member compliance and accurate reporting.

93.     Prisons, as noted, have proved to be exceedingly difficult environments for containing the virus.  On top of this, proper screening has not been conducted consistently, if at all, in most institutions.  This would have entailed universal testing of officers and staff for active SARS-CoV-2 infection at regular intervals.  In addition, proper personal protective equipment (PPE) should have been made mandatory for everyone entering the facilities, in order to reduce the likelihood of spread in the event an infected individual did pass the screening.

94.     Testing in prison, overall, is very inconsistent. Many prisons only test incarcerated people if they develop symptoms. In a recent report from the CDC, more than 30% of jurisdictions failed to report any data on SARS-CoV-2 infection in their prisons or jails. In addition, the report highlighted that many correctional facilities do not provide testing to their staff, and have proceeded on the problematic assumption that they will receive testing from outside medical systems (such as the local hospital or community testing site).[8]

---

[8]  Megan Wallace, "COVID-19 in Correctional and Detention Facilities – United States, February-April 2020."*Morbidity and Mortality Weekly Report* 69 (2020), https://dol.org/10.15585/mmwr.mm6919e1.

95.     Without widespread testing, it is impossible to know the extent of transmission within a facility due to asymptomatic and pre-symptomatic carriers.

96.     Without widespread testing, it is also impossible to assess the risk to the prison population, including prisoners, staff, and any visitors to the facility.

97.     Once infection has entered a facility, control is extremely difficult unless drastic steps are taken early. Individuals often share a cell or are in dorm-style facilities, where individuals spend large portions of the day in close contact nearer than 6 feet. For example, in most dorm-style facilities, there can only be up to 3 or 4 feet of distance between bunks, and up to 3 feet from the bunk above/below. This results in 3 to 5 individuals being within 6 feet for at least 8 hours of the day.

98.     Even in sections of prisons in which prisoners have individual cells, transmission can happen quickly and be widespread because of interaction with staff; use of common equipment like computers and telephone handsets; ventilation circulating from other areas of the prison through common vents; passing of food trays; and use of exercise equipment.

99.     There are a number of high-touch surfaces in prisons that would need to be wiped down after every individual use: phones, trays, magazines/books, remote controls, tables, chairs, and others. This, in turn, requires that cleaning supplies will remain available and dedicated staff or other incarcerated people will

be able to complete the task consistently.

100.    Also, hand washing is an important mitigation factor, but often has low adherence, either due to enough soap not being available, or human behavioral challenges. A pre-COVID report from the CDC has noted, for instance, that even in a hospital setting among healthcare workers, only 41% of doctors and nurses washed their hands every time they were supposed to.[9]  It is unlikely that currently incarcerated people and staff will be able to attain perfect adherence.

101.    Were visits to resume, this risk of contamination would be greatly increased.

**COVID-19 Risks to People Visiting a Prison**

102.    Prisons have a number of factors that increase the risk of contracting SARS-CoV-2 and developing disease even upon a visit. For instance, visitors have to interact with a number of staff in order to enter and move through the prison. Facilities often include narrow hallways where exposure to SARS-CoV-2 may occur. In addition, areas that are not wiped down often may continue to have SARS-CoV-2, such as on the surface of tabletops, restrooms, and chairs.  And if incarcerated individuals are infected, contact with them may also transmit the

---

[9] Healthcare Infection Control Practices Advisory Committee and the HICPAC/SHEA/APIC/IDSA Hand Hygiene Task Force, "Guideline for Hand Hygiene in Health-Care Settings," (2002), accessed June 22, 2020, https://www.cdc.gov/mmwr/preview/mmwrhtml/rr5116a1.htm.

virus. The more prolonged the contact, the greater the risk of transmission.

103.   A number of factors can increase the risk of infection, including the length of time, the number of days spent there, using common spaces including bathrooms, inadequate social distancing, and lack of masks. For example, even if contact is brief, multiple brief close contacts over a number of days leads to an increase in overall exposure.

104.   If everyone were to wear a mask with perfect adherence, the risk of infection would be mitigated. However, while in the facility, incarcerated people have to sleep and they as well as staff need to eat. As a result, it is difficult to eliminate the risk. In addition, the type of mask and its quality impact its ability to reduce spread. For instance, cloth and paper masks have been shown to be helpful, but without proper cleaning or a new mask after the paper ones have become soiled, they will not be as effective. They also are both much less protective than an N95 or other higher-quality mask. To date, there have been nationwide shortages of  PPE.  It is currently unlikely that a prison would have enough PPE in order to meet these requirements for all staff and incarcerated people.

105.   Information about compliance with mask-wearing requirements is limited. However, in a study of healthcare workers in France, for example, researchers found that even among nurses and physicians who worked in COVID-19 areas and therefore understood the importance of PPE firsthand, 53.8% still

report having had more than four close contacts per day with colleagues without a mask in the hospital, and 76.2% reported using a mask "never" or "not often" while outside the home and hospital (e.g., such as going to the grocery store, taking a walk outside, etc.).

106.   It is also well-known that contamination from masks and other PPE can occur, often during removal. One U.S. study found that detectable contamination occurred with 10 to 20% of healthcare workers, even after being instructed in proper removal.[10]  This highlights that even healthcare workers who are trained and used to donning and removing PPE still have contamination and inconsistent adherence. It is very unlikely there would be higher rates of compliance and lower rates of contamination among correctional officers and incarcerated people, who are not used to these protocols and who are experiencing shortages of the necessary equipment.

**Dangers of Community Spread from Someone Who Has Traveled And Visited a Prison**

107.   Travel, as noted previously, increases risk for COVID-19 infection and spread. Therefore, the CDC recommends staying home and avoiding close contact with others.  Air travel, hotel stays, and prison visits can increase risk of getting COVID-19, as these activities involve spending time in security lines,

---

[10]  Lisa Casanova et al., "Virus Transfer from Personal Protective Equipment to Healthcare Employees' Skin and Clothing," *Emerging Infectious Diseases* 14, no. 8 (August 2008): 1291–93, https://doi.org/10.3201/eid1408.080085.

exposure to high contact surfaces, and close proximity to others.

108.   Risk to individuals and their household members increases if they or their household members are at greater risk of contracting COVID-19 or experiencing more severe outcomes. Living in a household with an infected person increases risk of COVID-19 transmission, as it can be difficult to socially distance between household members (stay 6 away,) and there are many shared surfaces in a household.

109.   As asymptomatic transmission is possible, a person may return from a trip having been exposed to COVID-19 but show no signs of illness, which puts their household members at greater risk of infection.

110.   For people who have recently traveled, some state and local governments may require a period of quarantine where the person must stay home for 14 days. But one is typically not able to quarantine from others in their household.

111.   In the same fashion, if individuals became infected while inside a prison, they would pose a risk to anyone they came in contact with, including others in the prison; cab drivers, hotel staff, and fellow travelers they encounter upon their departure; and to everyone in the household to which they are returning.

**When Will Travel and Prison Visits Be Safe?**

112.   It is not yet known when COVID-19 cases will be reduced in the

United States, as transmission dynamics currently vary dramatically by state, and as infection rates in numerous areas continue to rise. Viruses like influenza spread more during cold weather months, but it is still possible to become infected during other seasons. Investigations on the transmissibility of COVID-19 are ongoing.

113.   Currently the number of new COVID-19 cases is on the rise. Reputable national-level forecasts predict an upward trajectory and, as of June 25, 2020, 22 states had increasing infection rates – some exponential.[11]  Models differ, but it is expected that SARS-CoV-2 will continue to circulate in the population for a long while, including through the rest of the year and the beginning of 2021.

114.   It is difficult to predict the rate of new case incidence or the levels of mortality, without strict mitigation measures implemented with near perfect compliance.  However, based on (1) available data; (2) national and regional academic and governmental forecasts; (3) the collective research and experience of epidemiologists who are studying the spread of the disease; and (4) assuming current levels of mitigation and compliance with no increase in or additional relaxing of mitigation, I believe the virus will continue to pose a significant health concern in the United States until at least the Spring of 2021.

115.   There will likely be substantial variation by state due to the number of

---

[11] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/forecasting-us.html (Last visited, June 25, 2020.)

infected people in each, as well as varying state-level COVID-19 prevention policies. There is currently much to learn about the transmissibility of the virus.

116.   There is no known cure or definitive treatment for COVID-19 at this time.

117.   There are no effective treatments for COVID-19 presently approved by the U.S. Food and Drug Administration (FDA). Clinical management of persons infected with COVID-19 includes infection prevention and control measures, and when indicated, supportive care such as supplemental oxygen and ventilatory support.

118.   There is no vaccine to prevent COVID-19; a vaccine will likely not be available for widespread use for at least a year.

**Conclusions**

119.   It is my opinion, to a reasonable degree of medical certainty, that overnight, out-of-state travel, poses a significant and enhanced risk to the traveler and the members of his or her household, of contracting, and causing community spread of, COVID-19, a disease which can cause serious illness, long-term and permanent health effects, and death.

120.   It is my opinion, to a reasonable degree of medical certainty, that visiting a prison, poses a significant and enhanced risk to the traveler and members of his or her household, of contracting, and causing community spread of, COVID-

19, a disease which can cause serious illness, long-term and permanent health effects, and death.

121.   It is my opinion, to a reasonable degree of medical certainty, that traveling from out of state and visiting a prison, poses a significant and enhanced risk of the traveler bringing SARS-CoV-2 into the prison and transmitting it to staff, prisoners, and others one encounters in the prison, including other visitors.

122.   It is my opinion, to a reasonable degree of medical certainty, that travel and visits to penal institutions currently risks public health and community spread and will remain a risk until at least the Spring of 2021.


 I declare subject to the penalty of perjury that the foregoing it true and correct, this 28th day of June, 2020.

_____

Chris Beyrer, MD, MPH

November 2017/ C. Beyrer

CURRICULUM VITAE
# Chris Beyrer, MD, MPH

**PERSONAL DATA**

Department of Epidemiology
Bloomberg School of Public Health
The Johns Hopkins University
615 North Wolfe Street, Room E-7152
Baltimore, MD 21205-2179
Phone:      410 614-5247
Fax:        410 614-8371
E-mail:     cbeyrer@jhsph.edu
Web:        http://faculty.jhsph.edu//?F=Chris&L=Beyrer

**EDUCATION AND TRAINING**

B.A.     1981    Hobart and William Smith Colleges, History, *Cum Laude*

M.D.     1988    State University of New York Health Sciences Center at Brooklyn, *Cum Laude*

M.P.H.   1991    The Johns Hopkins University, School of Hygiene and Public Health

**Postdoctoral Training**

1990-92          Resident in Preventive Medicine, School of Medicine, The Johns Hopkins
                 University, Baltimore, Maryland

1990-92          Fellow in Infectious Diseases, Department of Medicine, School of Medicine,
                 The Johns Hopkins University, Baltimore, Maryland

1988-89          Intern in Family Medicine, School of Medicine, University of Wisconsin,
                 Madison, Wisconsin

**Licensure:**    Maryland, New York

**Certification:**  Diplomat, American Board of Preventive Medicine

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2017- | Joint Appointment | Professor of Medicine, Division of Infectious Diseases, Johns Hopkins School of Medicine |
| 2017- | Faculty Senator | Department of Epidemiology, Johns Hopkins Bloomberg SPH |
| 2015- | Endowed Professor | Inaugural Desmond M. Tutu Professor in Public Health and Human Rights |
| 2015- | Co-Chair | International Advisory Board, Australian Society for HIV Medicine |
| 2014- | Protocol Chair | HPTN 078:  Enhancing surveillance and treatment for MSM in the United States, The HIV Prevention Trials Network, U.S., NIH. |
| 2014- | Joint Appointment | Professor, School of Nursing, Johns Hopkins University. |
| 2013- | PI | Training Grant (T 32) in HIV Epidemiology and Prevention Sciences |
| 2012- | Co-PI | The Johns Hopkins Center for AIDS Research (CFAR) |
| 2008-10 | Joint Appointment | The School of Advanced International Studies, Johns Hopkins University, Professorial Lecturer in International Policy |
| 2007- | Associate Director | Johns Hopkins Center for Global Health. |
| 2007- | Joint Appointment | Department of Health, Behavior and Society,  Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland. |
| 2006- | Professor | Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health (joint appointment in International Health). |
| 2006-11 | Co-Chair | IDU Working Group, HIV Vaccine Trials Network (HVTN) Leadership Group. |
| 2004-06 | Associate Professor | Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2004- | Founder and Director | Center for Public Health and Human Rights (CPHHR), Bloomberg School of Public Health, The Johns Hopkins University. Establishment of new program in public health and human rights focused on research, teaching, and advocacy around population level health impacts of rights violations. |

| | | |
|---|---|---|
| 2004- | Adjunct Assoc. Prof. | Faculty of Tropical Medicine and Public Health, Mahidol University, Bangkok, Thailand. |
| 2003-05 | Director | International Core, Center for AIDS Research (CFAR), The Johns Hopkins University. Creation of new core program within JHU CFAR Program for international HIV/AIDS prevention and treatment research. |
| 2002-07 | Protocol Chair | HVTN Protocol 903, "HIV Vaccine Preparedness Studies."  Chair and Principal Investigator for HIV Vaccine Trials Network preparedness studies in Haiti, Puerto Rico, Dominican Republic, Botswana, Jamaica, and Peru. |
| 2001-08 | Senior Scientific Liaison | HIV Vaccine Trial Network Leadership Core, Fred Hutchinson Cancer Research Center, University of Washington. Lead liaison with mission of increasing HIV vaccine trial site capacity in Asia. |
| 2000-04 | Associate Research Professor | Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University. |
| 1999-00 | Associate Scientist | Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University. |
| 1998-03 | Director | Johns Hopkins University Fogarty Tuberculosis International Training and Research Program. The Johns Hopkins University, Baltimore, Maryland. Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct Tuberculosis prevention and control research. |
| 1997-12 | Director | Johns Hopkins University Fogarty AIDS International Training and Research Program (AITRP). The Johns Hopkins University, Baltimore, Maryland. Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct research in HIV/AIDS and related health issues. |
| 1997-04 | Director | Johns Hopkins University Special International Post-Doctoral Research Program in AIDS. The Johns Hopkins University, Baltimore, Maryland. Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct advanced and Post-Doctoral level research in HIV/AIDS and related health issues. |
| 1997-99 | Assistant Scientist | Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. |

| | | |
|---|---|---|
| 1994 | Joint Appointment | Department of International Health, Bloomberg School of Public Health, The Johns Hopkins University. |
| 1992-96 | Research Associate | Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University. |
| 1992-96 | Field Director | Preparation for AIDS Vaccine Evaluations (PAVE) and HIV Network (HIVNET) Projects, Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland (Chiang Mai, Thailand). Field responsibility for enrollment and maintenance of series of cohorts of high risk HIV negative individuals in Northern Thailand. PAVE and HIVNET are joint projects between Johns Hopkins University, Chiang Mai University, U.S. National Institutes of Health, Royal Thai Army, and Ministry of Public Health, Thailand. |
| 1992 | Visiting Researcher | Division of Microbiology and Infectious Diseases, NIAID, NIH. Research and generation of Report to the Secretary of National Commission on Safer Childhood Vaccines. |
| 1992 | Study Physician | Johns Hopkins Project-White River, Department of International Health, School of Hygiene and Public Health, Baltimore, Maryland (White River, Arizona). Clinical care and evaluation of adverse events for study subjects enrolled in Phase III trial of recombinant Rhesus Rotavirus Vaccines among Native American infants. Development of study design and training of field workers and nursing staff for "Long Term Follow-Up Evaluation of H. Influenza Type b Conjugate Vaccines among Navaho Infants." Development of protocol for proposed study of "Prevalence of Sexually Transmitted Diseases Among White Mountain Apache Women." Supervision of field workers and nursing staff on multiple study sites for ongoing research projects. |
| 1992 | Volunteer Physician | Hu Hu Kam Memorial Hospital on Gila River Indian Reservation, Arizona. Outpatient clinical care for children and adults, clinical care for study subjects enrolled in Johns Hopkins research projects. |
| 1990-91 | Study Physician | "The ALIVE Clinic" and at "the SHARE Study", Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. Clinical evaluations of subjects enrolled in HIV cohort studies of Intravenous Drug Users and Gay men. |
| 1991 | Medical Educator | Health Education Resources Organization (HERO), Baltimore, MD. Trained volunteers working with People With AIDS. |

November 2017/ C. Beyrer

| 1988-91 | Medical Director | Tibetan American Research Alliance. A non-profit organization dedicated to improving health of Tibetan refugees and research on Tibetan Medicine. |
|---|---|---|
| 1988 | Volunteer Physician | Tibetan Delek Hospital. Clinical care for refugees. Co-designed and conducted survey of prevalence of hypertension among 1,200 Tibetan adults. Organized and staffed "Tent Clinic" for 6,000 newly arrived refugees in Varanasi. Dharamsala, India. |
| 1987 | Clinical Extern | Primary Care Medicine on the Zuni Indian Reservation. Zuni, New Mexico. |
| 1980 | Field Researcher | "Traditional Health Care in Two Rural Villages," with the Center for Foreign Study. Sri Lanka. |

## PROFESSIONAL ACTIVITIES

### Society Membership and Leadership

| 2017- | Member | World Health Organization Strategic and Technical Advisory Committee on HIV and Viral Hepatitis |
|---|---|---|
| 2014- | Member | National Academy of Medicine |
| 2014-16 | President | The International AIDS Society |
| 2014-16 | Member | Scientific Advisory Board, Towards an HIV Cure, National Institutes of Health, International AIDS Society. |
| 2014-16 | Co-Chair | The 21st International AIDS Conference, Durban, South Africa, 2016 |
| 2014- | Commissioner | Mayor's Commission on HIV/AIDS, City of Baltimore |
| 2014-17 | Member | World Health Organization Strategic and Technical Advisory Committee on HIV/AIDS |
| 2014-15 | Chair | External Review Committee, Francois Xavier Bagnoud Center for Human Rights, Harvard University |
| 2014- | Member | Scientific Advisory Committee, George Washington University, DC Center for AIDS Research |

November 2017/ C. Beyrer

| | | |
|---|---|---|
| 2014- | Member | Scientific Advisory Committee, Emory University Center For AIDS Research |
| 2014- | Member | Scientific Advisory Committee, University of Rochester Center for AIDS Research |
| 2014- | Commissioner | The Rockefeller--Lancet Commission on Planetary Health |
| 2014 | Co-Chair | World Health Organization Consolidated Guidelines Committee for HIV Treatment, Prevention and Care Among Key Populations |
| 2014- | Member | Study Section NIH/NIAID, AIDS Research Review Committee |
| 2013- | Member | UNAIDS Scientific Expert Panel |
| 2013-15 | Co-Chair | Key Affected Populations Working Group, International AIDS Society |
| 2013-15 | Co-Chair | Guidelines Committee, International Association of Physicians in AIDS Care |
| 2013-15 | International Scientific Chair | 8th International Conference on HIV Pathogenesis, Treatment and Prevention, Vancouver, BC, 2015. |
| 2012-14 | President-Elect | The International AIDS Society |
| 2013-14 | Member | Conference Coordinating Committee, 20th International AIDS Conference, Melbourne, Australia. |
| 2012-13 | Member | Conference Coordinating Committee, 7th International Conference on HIV Pathogenesis, Treatment and Prevention, Kuala Lumpur, 2013 |
| 2012 | Member | Technical Advisory Group, Global Commission on HIV and the Law |
| 2011-14 | Co-Chair | Epidemiology and Natural History Research Planning Group for Fiscal Year 2014, Office of AIDS Research, NIH. |
| 2012- | Member | Patron's Group of the International Doctors for Health Drug Policies |
| 2011-13 | Member | Epidemiology and Natural History Research Planning Group for |

Fiscal Year 2012, 2013, Office of AIDS Research, NIH.

| | | |
|---|---|---|
| 2011-12 | Guest Co-Editor | *The Lancet*, Special Theme Issue on HIV Among Men Who Sex With Men |
| 2010-14 | Member | Scientific Advisory Board for The President's Emergency Plan for AIDS Relief (PEPFAR) |
| 2010-12 | Member | Conference Coordinating Committee, International AIDS Conference, Washington DC, 2012 |
| 2010- | Member | International AIDS Society Executive Committee |
| 2010 | Guest Co-Editor | *The Lancet*, Special Theme Issue on HIV Among Injecting Drug Users |
| 2010- | Co-Chair | Track C, Epidemiology and Prevention Science for the IAS Conference on HIV Treatment, Pathogenesis, and Prevention, Rome, 2011 |
| 2010- | Member | Scientific Board, International Centre for Science in Drug Policy |
| 2010- | President | IAS Board of Directors |
| 2009-11 | Member | *AIDS* Editorial Board |
| 2009- | Member | American Epidemiological Society |
| 2009 | Member | International Research Planning Group for Fiscal Year 2011, Office of AIDS Research (OAR), Office of the Director, National Institutes of Health (NIH). |
| 2009 | Member | Epidemiology and Natural History Research Planning Group for Fiscal Year 2011, OAR, NIH. |
| 2008-10 | Member | International Research Planning Group for Fiscal Year 2010, Office of AIDS Research (OAR), Office of the Director, National Institutes of Health (NIH). |
| 2008-09 | Member | Epidemiology and Natural History Research Planning Group for Fiscal Year 2009, OAR, NIH. |
| 2008-12 | Member | Governing Council, International AIDS Society, Elected Representative for North America. |

November 2017/ C. Beyrer

| 2008-14 | Member | Scientific Advisory Committee, Global Health Research Center of Central Asia, School of Social Work, Columbia University, New York, New York. |
|---------|--------|---|
| 2008 | Member | Scientific Committee Member, Epidemiology and Prevention Research Track, XVII International AIDS Conference, Mexico City, Mexico, August 2008. |
| 2007- | Member | *PLoS Medicine* Editorial Board |
| 2007-8, | Member | Faculty Senate, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2006-09 | Member | De Beers African Health Scholars Program, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2005-10 | Member | Institutional Review Board--Full Committee for Human Subjects Research (IRB-FC), Bloomberg School of Public Health, The Johns Hopkins University. |
| 2005-08 | Chair | Student Funding Committee, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2005-12 | Member | Scientific Steering Committee, HIV Vaccine Trials Network (HVTN). |
| 2005-07 | Member | Bioethics Faculty Levi Professor Search Committee, The Bioethics Institute, The Johns Hopkins University. |
| 2005-06 | Member | International Research Planning Group for Fiscal Year 2006, Office of AIDS Research (OAR), Office of the Director, National Institutes of Health (NIH). |
| 2005-07 | Member | Epidemiology and Natural History Research Planning Group for Fiscal Year 2007, OAR, NIH. |
| 2004-06 | Member | Faculty Executive Committee, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2002-04 | Member | Faculty Advisory Committee, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2001-02 | Member | Strategic Planning Committee, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University. |
| 2001-05 | Member | Phase III Committee, Design Working Group, Site Expansion |

November 2017/ C. Beyrer

|   |   | Working Group, Training Executive Committee, Epidemiology and Bioethics Sub-Committees, and Management Team, HIV Vaccine Trials Network |
|---|---|---|
| 2000-02 | Member | MPH Admissions Committee, Bloomberg School of Public Health, The Johns Hopkins University. |
| 1999-00 | Member | Departmental Review Committee, Department of International Health, School of Hygiene and Public Health, The Johns Hopkins University. |
| 1996-99 | Member | Board of Directors, Thai Youth AIDS Project, Chiang Mai, Thailand. |
| 1999-00 | Member | Executive Committee, Strategic Planning Committee, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. |
| 1998-00 | Member | Student Funding Committee, Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. |
| 1997-01 | Member | Gay and Lesbian Medical Association. |
| 1994- | Member | American Public Health Association. |
| 1994-01 | Member | International Lesbian and Gay Human Rights Commission. |
| 1995-15 | Member | Society for AIDS in Asia and the Pacific. |
| 1990-91 | Member | The Johns Hopkins Working Group on Financing Health Care for Persons With AIDS, reporting to the National Commission on AIDS. Development of options papers on reducing drug costs of HIV infection and on barriers to early intervention in AIDS care. Washington, D.C. |

**Participation on Advisory Panels**

| 2015- | Commissioner | The Johns Hopkins-Lancet Commission on Drug Policy and Health |
|---|---|---|
| 2014 | Member | Committee on the Scientific Understanding of Sexual and Gender Diversity of The African Academies of Science |

November 2017/ C. Beyrer

| | | |
|---|---|---|
| 2013 | Member | *Amici Curiae* Brief of Deans and Professors of Public Health and Organizations Working in Public Health Policy and Implementation, AOSI vs USAID, United States Supreme Court. |
| 2013 | Member | Review of the PEPFAR Evaluation, Institute of Medicine |
| 2012 | Member | Drafting Committee, The Washington Declaration on HIV/AIDS |
| 2012- | Member | Award Committee, The Elizabeth Taylor Human Rights Award, amFAR, the Foundation for AIDS Research and the IAS |
| 2011 | Member | Scientific Advisory Panel, Military Infectious Diseases Research Program (MIDRP) and National Institute of Allergy and Infectious Diseases (NIAID) review of the US Military HIV Research Program |
| 2010-15 | Member | IAS-NIDA Fellowship Awards Committee on HIV & Drug Use |
| 2010-12 | Member | Technical Advisory Group to the United Nations Commission on AIDS and the Law |
| 2010-15 | Member | Senior Advisory Team, Project SEARCH/Research to Prevention (R2P), Center for Communications Programs, JHBSPH |
| 2010 | Member | Drafting Committee, The Vienna Declaration on Drug Policy Reform |
| 2009- | Member | Advisory Committee for the Program on Public Health and Human Rights, Human Rights Watch |
| 2006- | Member | Global Health Advisory Committee (GHAC), Public Health Program of the Open Society Foundation/George Soros Foundations |
| 2006-08 | Member | "The Age of AIDS" Outreach Advisory Board, FRONTLINE, WGBH Boston |
| 2005-09 | Member | Scientific Advisory Board, International Partnership for Microbicides |
| 2005-08 | Member | Advisory Committee, Asian Social Issues Program, The Asia Society |
| 2005-11 | Member | Advisory Board, Sexual Health and Rights Program (SHARP), Open Society Institute |
| 2004-08 | Member | Advisory Board, The Fisher Center for the Study of Women and |

Men, Hobart and William Smith Colleges, Geneva, New York

| 2002-04 | Member | Molecular Epidemiology, Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne, Australia |

**Program or Project Development**

| 2015- | Member | Scientific Advisory Board, Center for HIV Identification, Prevention & Treatment Services, University of California Los Angeles |
| 2015-- | Member | External Scientific Advisory Committee, Center for AIDS Research, Emory University, Atlanta, GA |
| 2015- | Member | External Scientific Advisory Committee, DC Center for AIDS Research, Washington, DC |
| 2000- | Chair, Board of Trustees | Institute for Asian Democracy (IAD), Washington, D.C. |

**Consultations**

| 2014- | Consultant | UNAIDS, Tanzania HIV/AIDS Program Investment Case |
| 2013- | Consultant | World Health Organization, HIV/AIDS Program, Impacts of Gender on HIV Treatment Outcomes. |
| 2011 | Consultant | World Bank HIV/AIDS Program, Team Leader for HIV in Pakistan |
| 2011 | Consultant | World Bank HIV/AIDS Program, Team Leader for Sex Workers, HIV, Human Rights, in Low and Middle Income Countries |
| 2010 | Consultant | Institute of Medicine, The Causes and Impacts of Neglected Tropical and Zoonotic Diseases—Implications for Global Health and Opportunities for Novel Intervention Strategies |
| 2009- | Consultant | World Bank HIV/AIDS Program, Team Leader for MSM, HIV, Human Rights, in developing countries |
| 2009- | Consultant | Physicians for Human Rights, Crimes Against Humanity in Burma |
| 2008-09 | Consultant | Physicians for Human Rights, Mission to Zimbabwe |
| 2004- | Consultant | Faculty of Tropical Medicine, Mahidol University, Bangkok, |

|  |  | Thailand |
|---|---|---|
| 2004-05 | Consultant | HIV and National Security, Council on Foreign Relations |
| 2003 | Consultant | HIV/AIDS Program Evaluation for Brazil, The World Bank, Washington, D.C. |
| 2001 | Consultant | Thailand Office (for reducing HIV transmission among Thai drug users), The World Bank, Bangkok, Thailand |
| 2001 | Consultant | The World Bank Institute, HIV/AIDS Treatment Options for Developing Countries, The World Bank, Washington, D.C. |
| 2001 | Consultant | Levi Strauss Foundation, Washington, D.C. |
| 2000 | Consultant | Thailand Office, The World Bank |
| 1997-04 | Consulting Epidemi-ologist | Henry M. Jackson Foundation for Advancement of Military Medicine. Responsibility for HIV vaccine cohort development in Thailand and China |
| 1994-96 | Consultant | Program on AIDS, Thai Red Cross, Bangkok, Thailand |
| 1993-96 | Medical Advisor | Southeast Asian Information Network. Public health policy consultant for Burmese refugee populations and for democratic forces in Burma; creation of HIV prevention program for Radio Free Burma, BBC Burmese Language Service, Voice of America |
| 1991 | Staff Epidemi-ologist | Expanded Programme on Immunization (EPI), Pan American Health Organization.  Technical consultant to EPI in measles, rubella and polio surveillance systems, case investigation and case reporting systems in Jamaica, Guyana, Trinidad and Tobago, Grenada and St. Vincent |

**Testimony**

| March 10th, 2017 | U.S. House.  "Mass Incarceration, Drug Policy, and HIV." |
|---|---|
| July 18, 2013 | U.S. Senate and House.  "Where are We in Ending the AIDS Epidemic?  An Update on Science." |
| July 11, 2012 | U.S. House and Senate.  "The International AIDS Conference in Washington DC, 2012, Congressional Briefing." |
| February 1, 2012 | U.S. Senate.  "PEPFAR and Combination Prevention for an AIDS-Free Generation." |

November 2017/ C. Beyrer

| | |
|---|---|
| June 22nd, 2011 | U.S. House of Representatives.  "Piercing Burma's Veil of Secrecy: The Truth Behind the Election and the Difficult Road Ahead." |
| October 21st , 2009 | U.S. House of Representatives.  "U.S. Policy Toward Burma." |
| May 7th, 2009 | Center for Strategic and International Studies, Washington, DC.  "Ethnic Nationalities in Burma." |
| September 15th, 2008 | U.S. Congress.  Sponsored by AIDS Project LA and the Center for Public Health and Human Rights.  "Men who have sex with men in the Global HIV/AIDS Epidemic." |
| September 10th, 2008 | U.S. Department of State.  "Human Rights and Democracy Programs in Asia and Latin America:  Working in Difficult Environments." |
| March 5, 2007 | U.S. Congress.  Sponsored by Physicians for Human Rights, amFAR, The Foundation for AIDS Research and HIV Medical Association. "Confronting Rapidly Emerging HIV Epidemics in Asia and Eastern Europe: A Special Focus on Vietnam." |
| September 19, 2006 | "Infectious Diseases and Human Rights in Burma."  At the Dialogue on Burma with Laura Bush, First Lady of the United States, UN General Assembly, New York, New York. |
| May 5, 2006 | U.S. Congress. Sponsored by Physicians for Human Rights. Briefing on "HIV/AIDS in Asia and Central Europe: Health and prevention strategies in 'next wave' countries." |
| June 29, 2005 | District of Columbia Council, Committees on Health and the Judiciary, hearings on "Health Care in the District of Columbia Jails.  "Women's Access to Health Care in the District of Columbia Municipal Detention Complex" |
| February 16, 2005 | U.S. Congress, House of Representatives, Committee on Government Reform, Subcommittee on Criminal Justice, Drug Policy, and Human Resources, hearing on "Harm Reduction or Harm Maintenance." |
| February, 2000 | U.S. Senate, Sponsored by the Congressional Human Rights caucus, Asia Watch, and the Open Society Institute. "Over land heroin trafficking routes and HIV spread in South and Southeast Asia." Washington, D.C. |

13

| October, 1999 | United Nations Inter-Agency Group, Sponsored by the Burma Donors Forum, and the Soros Foundation. "The current health and humanitarian status of Burmese populations on the Thai-Burma Border." New York City. |
| June, 1998 | U.S. Congress, Sponsored by the Congressional Women's' and Human Rights caucuses. Trafficking of Burmese Women and Girls into the Southeast Asian sex industry. Washington, D.C., |
| December, 1997 | Office of Crime, Narcotics, and Terrorism, United States Department of State. The HIV/AIDS and heroin use situation on the India-Burma border. Washington, D.C., |
| June 2, 1991 | National Commission on AIDS, on "The cost of AIDS drugs and the Orphan Drug Act," and "Barriers to Early Intervention in AIDS care." |

## EDITORIAL ACTIVITIES

| 2016- | Co-Chair, International AIDS Society-The Lancet Commisison on the Future of Global Health and the HIV Response |
| 2015-16 | Guest Co-Editor, The Lancet, theme series on HIV, Viral Hepatitis and TB among Prisoners |
| 2014- | Advisory Board, The Lancet HIV |
| 2013- | Guest Co-Editor, The Lancet, theme series on Health in Burma/Myanmar |
| 2013 | Guest Co-Editor, special issue of Current Opinion in HIV/AIDS on HIV Epidemiology in Concentrated Epidemics |
| 2012- | Editorial Board, Journal of the IAS, JIAS |
| 2012-14 | Guest Co-Editor, The Lancet, special theme issue on HIV and Sex Work |
| 2010-2012 | Guest Co-Editor, The Lancet, special theme issue on HIV and Men who have Sex with Men (MSM) |
| 2008-10 | Guest Co-Editor, The Lancet, special theme issue on HIV among People Who Use Drugs |

**EDITORIAL ACTIVITIES**

| | |
|---|---|
| 2008- | Editorial Board, PLoS Medicine |
| 2008-11 | Editorial Board, AIDS |
| 2005 | Editorial Committee. Anti-Retroviral Therapy for Injecting Drug Users, International Harm Reduction Program, Open Society Institute. |
| 2005-12 | Editorial Board:  Conflict and Health |
| 1997- | Peer Reviews for:  JAMA, Lancet, PLoS, AIDS, JAIDS, AIDS Research  & Human Retroviruses, Social Science & Medicine, AIDS & Behavior, Health and Human Rights, Drug and Alcohol Dependence, Addiction |

**HONORS AND AWARDS**

| | |
|---|---|
| 2016 | Rockefeller Foundation Policy Fellow, Bellagio Residency, Oct-Nov, 2016. |
| 2016 | Keynote Speaker, Medical University of South Carolina Global Health Annual Conference |
| 2015 | Inaugural Desmond M. Tutu Professor in Public Health and Human Rights. |
| 2014 | Elected, Institute of Medicine, Class of 2014. |
| 2013 | Recipient, Hobart Medal of Excellence. |
| 2013 | Invited Keynote Speaker, Association of Nurses in AIDS Care (ANAC) Annual Conference, Atlanta, Georgia, Nov. 23, 2013. |
| 2013 | Invited Keynote Speaker, APCOM Pre-Conference, the 11 International Conference on AIDS in Asia and The Pacific, Bangkok, Thailand Nov. 17th, 2013. |
| 2013 | Recipient, 2013 Alumni Public Health Award, SUNY Downstate Medical Center, May 24, 2013. |

| | |
|---|---|
| 2013 | Invited Plenary Speaker, the 20th Conference on Retroviruses and Opportunistic Infections (CROI), Atlanta, GA, March 5, 2013. |
| 2013 | Invited Speaker, The 21st John P. Johnson Memorial Lecture, The University of Maryland School of Medicine, February 7, 2013. |
| 2012 | Dean's Lecture, Yale University School of Public Health, November 29th, 2012. |
| 2012 | Honorary Doctorate in Health Sciences, Chiang Mai University, Chiang Mai Thailand, awarded Jan 17th, 2012. |
| 2011 | Invited Speaker, HIV Grand Rounds, the University of Pennsylvania Center for AIDS Research, December 21, 2011. |
| 2010 | Profiled in *The Lancet* by Das P.: "Chris Beyrer:  advocate for social justice and health as a human right." *Lancet*, 2010 Jul 24;376(9737):225. |
| 2009 | Recipient, with Physicians for Human Rights, 2009 World Humanitarian Award, Human Rights Institute, Kean University.  For investigation and reporting on crimes against humanity in Zimbabwe. |
| 2009 | Invited Keynote Speaker, U.S.-Russia HIV/AIDS Prevention Workshop, "HIV/AIDS Epidemiology in the Russian Federation; Informing the Response," Office of AIDS Research of the U.S. NIH and The Russian Ministry of Health Conference, Moscow, Russia, October 28th, 2009. |
| 2009 | Invited Keynote Speaker, North American Housing and HIV/AIDS Research Summit Mobilizing Knowledge: Housing is HIV Prevention and Care, Washington, DC, June 3rd, 2009. |
| 2008 | Invited Plenary Speaker, Second International AIDS Society Conference for Eastern Europe and Central Asia, Moscow, Russia, May 3rd, 2008. |
| 2008 | Invited Dean's Lecture, "Sexual Health, HIV/STI, and Human Rights," Johns Hopkins Bloomberg School of Public Health, March 5th, 2008. |
| 2007 | Invited Plenary Speaker, 17th Biennial International Society for Sexually |

|  | Transmitted Diseases Research, Seattle WA, August 1, 2007 |
|---|---|
| 2006 | Invited Plenary Speaker, 16th International AIDS Conference, Toronto, Canada, August 14, 2006. |
| 2006 | Invited Keynote Speaker, 2006 Open Society Institute Network Public Health Program Partners Conference, Moscow, Russia, May 12, 2006. |
| 2005 | Invited Plenary Speaker, 3rd International AIDS Society Conference on HIV Pathogenesis and Treatment, Rio de Janeiro, Brazil, July 24th, 2005. |
| 2005 | Finalist, NIH Director's Pioneer Award (NDPA), National Institutes of Health. |
| 2005 | Recipient, Community Service Award, District of Columbia's Prisoners' Legal Services Project, Washington, D.C., for "Defending the Human Rights of Incarcerated People." |
| 2003 | Recipient, Humanitarian of the Year Award for Service to the People of Guangxi Province, Guangxi Provincial Government, People's Republic of China |
| 2003 | Nominee, Jonathan Mann Prize in Health and Human Rights, Washington, D.C. |
| 2000 | Elected, Delta Omega Honorary Public Health Society, Alpha Chapter, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. |
| 1999 | Recipient, Charlotte Silverman Fund Award for Epidemiology and Policy, Department of Epidemiology, School of Hygiene and Public Health, The Johns Hopkins University, Baltimore, Maryland. |
| 1999 | Nominee, Jonathan Mann Prize in Health and Human Rights (first award), Washington, D.C. |
| 1988 | Winner, Lowell E. Bellin Award for Excellence in Preventive Medicine and Community Health, State University of New York Health Sciences Center at Brooklyn, Brooklyn, New York. |
| 1987 | Recipient, Dr. Michael Kenny International Fellowship Fund Grant for Study in India, State University of New York Health Sciences Center at Brooklyn, Brooklyn, New York. |
| 1987 | Elected, Alpha Omega Alpha, State University of New York Health Sciences Center at Brooklyn, Brooklyn, New York. |
| 1980 | Elected, Phi Beta Kappa, Hobart and William Smith Colleges, Geneva, New |

November 2017/ C. Beyrer

York.

**RESEARCH INTERESTS**

- HIV/AIDS Epidemiology, Prevention Science, and Policy
- HIV/AIDS, HCV and TB among key populations, including people who use drugs, gay, bisexual and other men who have sex with men, transgender persons and sex workers
- Public Health and Human Rights
- LGBT health and Rights
- Development of Research Capability in Developing Country Settings

November 2017/ C. Beyrer

# PUBLICATIONS

## Journal Articles

1.  Khamboonruang C, **Beyrer C,** Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE. Preparation for HIV/AIDS Vaccine Evaluations in Northern Thailand. *Thai AIDS Journal* 1993;5(3):198-207.

2.  Nelson KE, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Khamboonruang C. Preparatory Studies for Possible HIV Vaccine Trials in Northern Thailand. *AIDS Res & Hum Retro* 1994;10 (s243-246).

3.  **Beyrer C**, Eiumtrakul S, Celentano DD, Ruckhpaophunt S, Nelson KE, Khamboonruang C. Same sex Behavior, sexually transmitted diseases, and HIV risks among young northern Thai men. *AIDS,* 1995, **9:**171-176.

4.  **Beyrer C.**  The Kingdom of Lanna and the HIV Epidemic.  *The Journal of The Siam Society*, 1995 Vol. 83 Parts 1&2, 221-230.

5.  Kunawararak P, **Beyrer C**, Natpratan C, Feng W, Celentano DD, de Boer M, Nelson KE, Khamboonruang C.  The epidemiology of HIV and syphilis among male commercial sex workers in northern Thailand.  *AIDS* 1995, **9**:517-521.(CA)

6.  Yu XF, Wang Z, **Beyrer C**, Celentano DD, Khamboonruang C, Allen N, Nelson KE. Phenotypic and genotypic characteristics of HIV-1 from AIDS patients in northern Thailand. *Journal of Virology* 1995 69;**8**:4649-4655.

7.  Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Sussman L, Renzullo P, Nelson KE, Khamboonruang C. Willingness to participate in HIV vaccine trials among high risk cohorts in northern Thailand. *AIDS*  1995, **9:**1079-1083.

8.  Eiumtrakul S, Nelson KE, Celentano DD, Suprasert S, **Beyrer C**, Theetranont C. Relative risks for incident HIV-1 infections and incident sexually transmitted diseases (STDs) in a cohort of young Thai males. *Japanese Journal of Urology* 1995;**55:**135-142.

9.  **Beyrer C**, Brookmeyer R, Natpratan C, Ruckpaophunt S, Nelson KE, Khamboonruang C. Measuring HIV-1 incidence in northern Thailand; prospective cohort results and estimates based on early diagnostic tests.  *JAIDS & Hum Retro* 1996;**12:**495-499.

10. **Beyrer C**, Celentano DD, Linpisarn S, Natpratan C, Feng W, Eiumtrakul S, Khamboonruang C, Nelson KE.  Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand? *JAIDS & Hum Retro* 1996;**11**:396-400.

11. Suwanvanichkij V, **Beyrer C**, Khamboonruang C.  Access to health care services for treatment of HIV in northern Thailand: measurement of adequacy of response to the current epidemic.  *Thai AIDS Journal* 1996, 8:4;181-190.

November 2017/ C. Beyrer

12. Nelson KE, Celentano DD, Eiumtrakul S, Hoover D, **Beyrer C**, Suprasert S, Kuntolbutra S, Khamboonruang C.  Changes in Sexual Behavior and a Decline in HIV Infection Among Young Men in Thailand.  *New Engl J Med*, 1996, 335:**5**;297-303.

13. Natpratan C, Nantakwan D, **Beyrer C**, Kunawararak P, Gunhom C, Khamboonruang C, Nelson KE.  Feasibility of Northern Thai Factory Workers for HIV Vaccine Trials. *SE Asian J Trop Med & Publ Health* 1996, 27:3;457-462.

14. Artenstein A, Hegerich P, **Beyrer C**, Rungreungthanakit K, Michael R, Natpratan C. Sequences and Phylogenetic Analysis of the *nef* Gene from Thai Subjects Harboring Subtype E HIV-1.  *JAIDS & Hum Retro* 1996, **6**:557-560.

15. Khamboonruang C, **Beyrer C**, Natpratan P, Keawvichit R, Wongworapat KG, Eiumtrakul S, Celentano DD, Nelson KE. Human Immunodeficiency Virus infection and Self-Treatment for Sexually Transmitted Diseases Among Northern Thai Men.  *Sex Trans Dis* 1996, **4**:201-207.

16. Celentano DD, Nelson KE, Suprasert S, Eiumtrakul S, Kuntolbutra S, **Beyrer C**, Zenilman J, Wright N, and Theetranont C. Epidemiologic risk factors for incident sexually transmitted diseases in young Thai men. *Sex Transm Dis* 1996, **3**:198-205.

17. **Beyrer C**, Artenstein A, Kunawararak P, VanCott T, Mason C, Rungreungthanakit K, Hegerich P, Nelson KE, Khamboonruang C , Natpratan C .  The molecular epidemiology of HIV-1 among male commercial sex workers in northern Thailand.  *JAIDS & Hum Retro*, 1997;**15:**304-307.

18. **Beyrer C**, Suprasert S, Sittitrai W, Celentano DD, Nelson KE, Kongsub B, Phanuphak P. Widely varying HIV prevalence and risk behaviors among the Hilltribe and ethnic minority peoples of upper northern Thailand.  *AIDS Care*, 1997; Vol. 9, **4**:427-439.

19. Yu XF, Wang Z, **Beyrer C**, Celentano DD, Khamboonruang C, Nelson KE.  Diversity of full length Subtype E HIV-1 *env* Sequences in Early Seroconverters from Northern Thailand.  *AIDS Res & Hum Retroviruses,* 1997;13:1439-41.

20. Rugpao S, Tovanabutra S, **Beyrer C**, Nuntakaung D, Yutabootr Y, Vongchak T, de Boer M, Celentano DD, Nelson KE.  Multiple condom use in Commercial Sex in Lamphun Province; A community-generated STD/HIV prevention strategy. *Sex. Trans Dis*, 1997;**24:**546-549.

21. Rugpao S, **Beyrer C**, Tovanabutra S, Natpratan C, Nelson KE, Celentano DD, Khamboonruang C.   Multiple condom use and decreased condom breakage and slippage in Thailand.  *J AIDS & Hum Retro* 1997;**14:**169-173.

22. **Beyrer C**, VanCott T, Ng KP, Duriasamy G, Nagaratnam S, Saw T, Loomis-Price L, Hallberg P, Nelson KE.  HIV-1 Subtypes in Malaysia determined with serologic assays, 1992-1996.  *AIDS & Hum Retro*, 1998;14:1687-1691.

23. **Beyrer C.**  Burma and Cambodia; Human Rights, Social Disruption, and the Spread of HIV/AIDS.  *Health and Human Rights,*1998;**4**:85-97.

24. **Beyrer C**, Jitwatcharanan K, Natpratan C, Kaewvichit A, Nelson KE, Chen C, Weiss J, Morse S.  Molecular methods for the diagnosis of genital ulcer disease in a sexually transmitted disease clinic population in northern Thailand; predominance of herpes simplex virus (HSV) infection.  *JID* 1998;**178**:243-6.

25. Wang Z, Lyles C, **Beyrer C**, Celentano DD, Vlahov D, Natpratan C, Markham R, Khamboonruang C, Nelson KE, Yu XF.  Diversification of subtype E of HIV-1 *env* in heterosexual seroconverters from northern Thailand.  *JID* 1998;178(**5**):1507-1511.

26. Celentano DD, Nelson KE, Lyles C, **Beyrer C**, Eiumtrakul S, Go V, Kuntolbutra S, Khamboonruang C.  Decreasing incidence of HIV and sexually transmitted diseases in young Thai men between 1991-1995- Evidence for the success of the HIV/AIDS prevention and control program in Thailand.  *AIDS* 1998, **12**:F29-F36.

27. Stephens, H.A.F, **Beyrer, C.,** Mastro, T., Klaythong, R., Kunachiwa, W., Fongsatikul, L., Khumboonruang, C., Limpaarnjanarat, K., Mason, C., Michael, R. Chandanayingyong, HLA Class I Alleles in a Corhort of HIV-1 Highly-Exposed, Persistently Seronegative (HEPS) Commercial Sex Workers (CSWs) in Northern Thailand. *European Journal of Immunogenetics*, February 1998; 25(1):61.

28. Celentano DD, Jittiwutikorn J, Hodge M, **Beyrer C**, Nelson KE.  The Epidemiology of HIV-1 Infection among Opiate Users in Northern Thailand.  *JAIDS*, 1998;**17**:73-78.

29. Polascek M, Celentano DD, Nelson KE, **Beyrer C**, Eiumtrakul S, Lyles C, Go VF, Khamboonruang C.  Decreasing incidence of HIV and sexually transmitted diseases in young Thai men - Evidence for the success of the HIV/AIDS control and prevention in Thailand. *AIDS Educ Prev* 1998.

30. **Beyrer C,** Artenstein A, Rungpao S, Stephens H, VanCott T, Robb M, Rinkaew M, Birx D, Khamboonruang C, Zimmerman P, Nelson KE, Natpratan C.  Epidemiologic and Biologic Characterization of a Cohort of HIV-1 Highly Exposed, Persistently Seronegative Commercial Sex Workers in Northern Thailand. *JID* 1999;**179:**59-67.

31. Chelala C, **Beyrer C.**  Drug Use and HIV/AIDS in Burma. *Lancet* 1999; 354(9184):1119.

32. Celentano DD, Hodge MJ, Razak MH, **Beyrer C**, Kawichai S, Cegielski JP, Nelson KE, Jittiwutikarn J.  HIV-1 incidence among opiate users in northern Thailand.  *Am J Epidemiol* 1999; **149:**558-64.

November 2017/ C. Beyrer

33. Yu XF, Chen J, Shao Y, **Beyrer C**, Wang Z, Liu B, Wang Z, Liu W, Yang J, Liang S, Viscidi RP, Gu J, Gurri-Glass G, Lai S.  Emerging HIV infections with distinct subtypes of HIV-1 among injection drug users from geographically separated locations in Guangxi Province, China.  *JAIDS*  1999;**22**:180-188.

34. Renzullo P, Celentano DD, **Beyrer C**, Eiumtrakul S, McNeil J, Garner R, Ruangyuttigarn A, Khamboonruang C, Nelson KE.  HIV infection and risk behaviors in Thai men after their service in the Royal Thai Army: Informing vaccine cohort development.  *AIDS and Behavior* 1999;**3(1)**:25-32.

35. **Beyrer C**.  HIV/AIDS in Asia: Accelerating and Disseminating**.**  *The Washington Quarterly* 2000*;***24**(1):211-225.

36. **Beyrer C**, Razak MH, Lisam K, Wei L, Chen J, Yu XF.  Overland heroin trafficking routes and HIV spread in South and Southeast Asia. *AIDS* 2000;**14**:1-9.

37. Excler JL, **Beyrer C**.  HIV vaccine development in developing countries: Are efficacy trials feasible?  *J. Human Virology*, 2000;**3:**193-214.

38. Ainsworth M, **Beyrer C,** Soucat A.  Thailand's response to AIDS: Building on Success, Confronting the Future.  A World Bank Social Monitor. *World Bank Thailand Office*, Bangkok, November, 2000.

39. Piriyasilip S,  McCutchan F, Carr JK, Sanders-Buell E, Liu W, Chen J, Wagner R, Wolf H, Shao Y, Lai, S, **Beyrer C**, Yu, X-F.  A recent Outbreak of HIV-1 Infection in Southern China was Initiated by Two Highly Homogenous, Geographically Separated Strains: Circulating Recombinant for AE and a Novel BC Recombinant. *J Virology*, 2000;**74**(23):11286-11295.

40. Celentano DD, Bond K, Lyles C, Eiumtrakul S, Go V, **Beyrer C**. Na Chiangmai C, Nelson, KE, Khamboonruang C, Vaddhanaphuti C.  Preventive Intervention to Reduce Sexually Transmitted Infections: A Field Trial in the Royal Thai Army.  *Arch Intern Med.* 2000;**160**:535-540.

41. **Beyrer C,** Jie C, Lisam K, Razak MH.  Patterns of HIV Spread Associated with Drug Trafficking.  Proceedings: Global Research Network on HIV Prevention in Drug-Using Populations 3rd Annual Meeting, Durban, South Africa, 2000. National Institute of Drug Abuse, 2001, Bethesda, MD.

42. **Beyrer C**.  Shan Women and Girls and the Sex Industry in Southeast Asia; Political Causes and Human Rights Implications. *Soc Sci & Med*  2001;**53**:543-550.

43. Ainsworth M, **Beyrer C,** Soucat A.  Success and New Challenges for AIDS Control in Thailand.  *AIDScience* 2001;**1**(5)1-5.

44. **Beyrer C**.  Human Immunodeficiency Virus and heroin trafficking in Eastern Europe and Central Asia. *Interntl J Harm Reduction* 2002;**4**:4-6.

45. **Beyrer C,** Kass N. Human rights, politics, and reviews of research ethics. *Lancet* 2002; 360: 246-51.

46. **Beyrer C.**  Injecting Drug Users and HIV Vaccine Trials:  What Does the Science Say? AIDScience 2002;**2**(14):p1-6.

47. **Beyrer C.**  Injecting Drug Users and HIV Vaccine Trials:  What Does the Science Say? International AIDS Vaccine Initiative Report, 2002;**6**(3)16-19.

48. **Beyrer C**.  *UDIS E Ensaios de Vacina:  O Que A Ciencia Diz Sobre Isso*? (Portuguese) *Boletim Vacinas* 2002 (8):22-24.

49. McCutchan FE, Carr JK, Murphy D, Piyasirisilp S, Gao F, Hahn B, Yu XF, **Beyrer C,** Birx DL. Precise mapping of recombination breakpoints suggests a common parent of two BC recombinant HIV type 1 strains circulating in China. *AIDS Res Hum Retroviruses* 2002 Oct 10;**18**(15):1135-40.

50. Melbye K Khamboonruang C,  Kunawararak P, Celentano DD, Prapamontol T, Nelson KE, Natpratan C., **Beyrer C.**  Lifetime correlates associated with amphetamine use among northern Thai men attending STD and HIV anonymous test sites. *Drug and Alcohol Dep* 2002;**68**(3):245-253.

51. Kawichai S, Celentano DD, Chaifongsri R, Nelson KE, Srithanaviboonchai K, Natpratan C, **Beyrer C**, Khamboonruang C, Tantipiwatanaskul P.  Profiles of HIV Voluntary counseling and Testing Clients at a District Hospital, Chiang Mai Province, Northern Thailand, from 1995-1999. *J AIDS*  2002;**30**:493-502.

52. Nelson K, Eiumtrakul S, Celentano DD, **Beyrer C,** Galai N, Kawichai S, Khamboonruang C.  HIV Infection in Young Men in Thailand, 1991-1998: Increasing role of Injection Drug Use.  *JAIDS,* 2002;**29**:62-68.

53. **Beyrer C**, Razak MH, Labrique A, Brookmeyer R.  Assessing the magnitude of the HIV/AIDS epidemic in Burma.  *J AIDS*  2003;**32**:311-317.

54. **Beyrer C,** Juttiwutikarn J, Teokul W, Razak MH, Suriyanon V, Srirak N, Pripaipan T, Vonchuk T, Tovanabutra S, Sripaipan T, Celentano DD.  Drug use, increasing incarceration rates, and prison associated HIV risks in Thailand. *AIDS & Behavior* 2003;(7) **2**:153-161.

55. **Beyrer C**.  Hidden Epidemic of Sexually Transmitted Diseases in China: Crisis and Opportunity. *JAMA*  2003;298(10).

56. **Beyrer C.** Human Immunodeficiency Virus infection rates and heroin trafficking:  Fearful symmetries. *Bulletin on Narcotics: The science of drug use epidemiology*  2003;(14)**2**:400-417.

57. **Beyrer C,** Stachowiak J.  Health Consequences of the Trafficking of Women and Girls in Southeast Asia. *Brown J World Affairs* 2003;**10**(1):105-119.

58. **Beyrer C.**  Injecting drug users and HIV in Guangxi province, Southern China.  UNAIDS 2003; *UNAIDS Best Practice Digest,* 3/3/2003.

59. **Beyrer C**. An Epidemic of Denial: Stalled Responses to HIV/AIDS in China. *Harvard Intern'l Rev* 2003;15(2).

60. **Beyrer C.**  The HIV/AIDS vaccine research effort: an update. *Hopkins HIV Rep*. 2003;**15**(1):6-7.

61. Razak MH, Jittiwutikarn J, Suriyanon V, Vongchak T, Srirak N, **Beyrer C,** Kawichai S, Tovanabutra S, Rungruengthanakit K, Sawanpanyalert P, Celentano DD. HIV Prevalence and Risks Among Injection and Non-injection Drug Users in Northern Thailand: Need for Comprehensive HIV Prevention Programs.  *J Acquir Immune Defic Syndr*  2003;33(**2**):259-266.

62. Dowdy DW, Maters A, Parrish N, **Beyrer C**, Dorman SE.  Cost-Effectiveness Analysis of the Gen-Probe Amplified Mycobacterium Tuberculosis Direct Test as Used Routinely on Smear-Positive Respiratory Specimens. *J Clin. Microbio*  2003;**41**(3):948-953.

63. Mullany L, Maung C, **Beyrer C.**  HIV/AIDS knowledge, attitudes and practices among Burmese migrant factory workers in Tak Province, Thailand.  *AIDS Care*, 2003;**15**(1):63-70.

64. Ainsworth M, **Beyrer C,** Soucat A.  AIDS and public policy:  The lessons and challenges of 'success' in Thailand. *Health Policy*  2003;**64**(1):13-37.

65. Reynolds SJ, Bartlett JG, Quinn TC, **Beyrer C,** Bollinger RC.  Antiretroviral therapy where resources are limited. *NEJM*  2003;**348**(18):1806-9.

66. Tovanabutra S,  Watanaveeradej V, Viputtikul K, De Souza M, Razak MH, Suriyanon V, Jittiwutikar J, Sriplienchan S, Nitayaphan S, Benenson MW, Sirisopana N, Renzullo PO, Brown AE, Robb ML, **Beyrer C**, Celentano DD, McNeil JG,  Birx DL, Carr J, McCutchan F. A new circulating recombinant form, CRF15_01B, reinforces the linkage between IDU and heterosexual epidemics in Thailand. *AIDS Res Hum Retroviruses* 2003;**19**(7):561-7.

67. McCutchan FM, Carr JK, Tovanabutra S, Yu X-F, **Beyrer C**, Birx.  HIV-1 and Drug Trafficking:  Viral Strains Illuminate Networks and Provide Focus for Interventions.  Proceedings of the 5th Global Response Network, Barcelona, 2003;112-119.

68. **Beyrer C.**  Global Child Trafficking. *Lancet* 2004; Suppl 1(364):s16-s17.

69. **Beyrer C.**  Is trafficking a health issue?  *Lancet*  2004;(363):564-565.

70. **Beyrer C.**  Public Health, Human Rights, and the Beneficence of States. *Human Rights Rev.* 2004;**5**(1): 28-33.

71. **Beyrer C**, MH Razak, J Jittiwutikarn, V Suriyanon, T Vongchak, N Srirak, S Kawichai, S Tovanabutra, K Rungruengthanakit, P Sawanpanyalert,  T Sripaipan, and DD Celentano. Methamphetamine users in northern Thailand:  changing demographics and risks for HIV and STD among treatment seeking substance abusers. *Intl J of STD & AIDS* 2004;**15**:D1146/1-8.

72. Rangsin R, Chiu J, Khamboonruang J, Sirisopana N, Eiumtrakul S, Brown AE, Robb M, **Beyrer C**, Ruangyuttikarn C, Markowitz LE, Nelson KE.  The Natural History of HIV-1 Infection in Young Thai Men After Seroconversion.  *J Acquir Immune Defic Syndr* 2004;**36**:622-629.

73. Leiter K, Tamm I, **Beyrer C**, Wit M, Iacopino V.  No Status:  Migration, Trafficking and Exploitation of Women in Thailand.  Health and HIV/AIDS Risks for Burmese and Hill Tribe Women and Girls. *Physicians for Human Rights*, June 2004; Special Report, Boston, MA.

74. Tovanabutra S, **Beyrer C,** Sakkachornphop S, Razak MH, Ramos GL, Vongchak T, Rungruengthanakit K, Saokhieo P, Tejafong K, Kim B, De Souza M, Robb ML, Birx DL, Jittiwutikarn J, Suriyanon V, Celentano DD, McCutchan F.  The Changing Molecular Epidemiology of HIV Type I among Northern Thai Drug Users, 1999 to 2002. *AIDS Res & Hum Retroviruses* 2004;**20**(5):465-475.

75. Kawichai S, **Beyrer C**, Khamboonruang C, Celentano DD, Natpratan C, Rungreungthanakit K, Natpratan P, Nelson, K.  HIV incidence and risk behaviors after experiencing voluntary HIV counseling and testing (VCT) among adults aged 19-35 years living in peri-urban communities, Chiang Mai, northern Thailand.  *AIDS Care*. 2004 Jan;**16**(1):21-35.

76. Srirak N, Kawichai S, Vongchak T, Razak MH, Jittiwuttikarn J, Tovanabutra S, Rungruengthanakit K, Keawvichit R, **Beyrer C,** Wiboonatakul K, Sripaipan T, Suriyanon V, Celentano DD.  HIV infection among female drug users in Northern Thailand.  Drug Alcohol Depend. 2005 May 9;**78**(2):141-5.

77. Sahay S, Mehendale S, Sane S, Brahme R, Shah Brown A, Charron K, **Beyrer C**, Bollinger R, Paranjape R.  Correlates of HIV vaccine trial participation: an Indian perspective. Vaccine 2005;**23**(11):1351-8.

November 2017/ C. Beyrer

78. Wiewel EW, Go VF, Kawichai S, **Beyrer C,** Vongchak T, Srirak N, Jaroon J, Suriyanon V, Razak MH, Celentano DD.  Injection prevalence and risks among male ethnic minority drug users in northern Thailand. *AIDS CARE* 2005;**17**:102-110 .

79. Kawichai S, Nelson, K, Natpratan C, Celentano DD, Khamboonruang C, Natpratan P, **Beyrer C.**  Personal history of voluntary counseling and testing (VCT) among adults 19-35 years living in peri-urban communities, Chiang Mai, Northern Thailand.  *AIDS and Behavior* 2005;**9**(2):233-242.

80. **Beyrer C**. Sripaipan T. Tovanabutra S. Jittiwutikarn J Suriyanon V. Vongchak T Srirak N Kawichai S Razak MH Celentano DD. High HIV , hepatitis C and sexual risks among drug-using men who have sex with men in Northern Thailand. *AIDS*. 2005 Sep 23;**19**(14):12535-1540.

81. Stachowiak JA, Sherman S, Konakova A, Krushkova I, Peryshkina A, Strathdee S, **Beyrer C.** Health risks and power among female sex workers in Moscow. *SIECUS Rep*. Spring 2005;**33**(2):18-25

82. Golub ET, Purvis LA, Sapun M, Safaeian M, **Beyrer C**, Vlahov D, Strathdee SA.  Changes in Willingness to Participate in HIV Vaccine Trials among HIV-Negative Injection Drug Users.  *AIDS Behav* 2005;**9**(3):301-309.

83. Kawichai S, Celentano DD, Vongchak T, **Beyrer C**, Suriyanon V, Razak MH, Srirak N, Rungruengthanakit K, Jittiwutikarn J.  HIV voluntary counseling and testing and HIV incidence in male injecting drug users in northern Thailand. *JAIDS* 2006 February 1;**41**(2):186-193.

84. Stachowiak JA, Tichonova F, Strathdee SA, Stibich M, Mogilnii V, **Beyrer  C**. Marked ethnic differences in HIV prevalence and risk behaviors among injecting drug users in Dushanbe, Tajikistan, 2004.  *Drug & Alcohol Dep*. 2006;**82**(S1):S7-S14.

85. Lee TJ, Mullany LC, Richards A, Maung  C, **Beyrer C.**  Mortality rates in conflict zones, Karen, Karenni, and Mon states in eastern Burma. *Tropical Medicine & International Health.* 2006; Jul;11(7):1197-1227.

86. **Beyrer C,** Suwanvanichkij V, Mullany L, Richards A, Franck N, Samuels A, Lee TJ.  Responding to AIDS, Tuberculosis, Malaria and Emerging Infectious Diseases in Burma: Dilemmas of Policy and Practice.  *PLoS Med*. 2006 Oct. 10;3(10) e393, DOI: 10.1371/journal.pmed0030393.

87. Khurana S, Needham J, Park S, Mathieson B, Busch MP, Nemo G, Nyambi P, Zolla-Pazner S, Laal S, Mulenga J, Chomba E, Hunter E, Allen S, McIntyre J, Hewlett I, Lee S, Tang S, Cowan E, **Beyrer C**, Altfeld M, Yu X, Tounkara A, Koita O, Kamali A, Nguyen N, Graham BS, Todd D, Mugenyi P, Keeter N, Fast P, Golding H.  Novel Approach for Differential Diagnosis of HIV Infections in the Face of Vaccine-Generated Antibodies: Utility for Detection for Diverse HIV-1 Subtypes.  *Journal of Acquired Immune Deficiency Syndrome.* 2006 Nov. 1;43(3):304-312.

88. Leiter K, Suwanvanichkij V, Tamm I, Iacopino V, **Beyrer C**.  Human Rights Abuses and Vulnerability to HIV/AIDS: The Experiences of Burmese Women in Thailand. *Health & Human Rights.* 2006 December. 9;2:88-111.

89. Masenior N, **Beyrer C**.  The U.S. Anti-Prostitution Pledge: First Amendment Challenges and Public Health Priorities. *PLoS Medicine.* 2007 Jul. 24;4(7):e207.

90. **Beyrer C**, Kawichai S,  Hyder JA, Borwornsin S, Srirak N, Natpratan C, Celentano DD, Khamboonruang C. Patterns of HIV and syphilis infection in Northern Thailand 1998-2001. *J Int STD & AIDS* 2007;18(3):179-83.

91. **Beyrer C**.  HIV Epidemiology Update and Transmission Factors: Risks and Risk Contexts. *Clinical Infect Dis* 2007 Apr 1;44(7):981-7.

92. Tovanabutra S, Kijak GH, **Beyrer C**, Gammon-Richardson C, Sakkhachornphop S, Vongchak T, Jittiwutikarn J, Razak MH, Sanders-Buell E, Robb ML, Suriyanon V, Birx DL, Michael NL, Celentano DD, McCutchan FE. Identification of CRF34_01B, a second circulating recombinant form unrelated to and more complex than CRF15_01B, among injecting drug users in northern Thailand. *AIDS Res Hum Retroviruses.* 2007 Jun;23(6):829-33.

93. **Beyrer C,** Villar JC, Suwanvanichkij V, Singh S, Baral S, Mills E.  Neglected Diseases, Civil Conflicts and the Right to Health. *The Lancet* 2007 Aug;370(9587):619-27.

94. Orbinski J, **Beyrer C,** Singh S, Mills E.  Violations of  Human Rights: Health Practitioners as Witnesses. *The Lancet* 2007 Aug;370(9588):698-704.

95. Kawichai S, Celentano DD, Chariyalertsak S, Visrutaratna S, Short O, Ruangyuttikarn C, Chariyalertsak C, Genberg B, **Beyrer C**. Community-based voluntary counseling and testing services in rural communities of Chiang Mai Province, Northern Thailand. *AIDS Behav.* 2007 Sep;11(5):770-7

November 2017/ C. Beyrer

96. **Beyrer C**. Burma and The Challenge of Humanitarian Assistance. *Lancet 2007 Oct* 27;370(9597):1465-7.

97. Mullany L, Richards A, Lee C, Suwanvanichkij V, Maung C, Mahn M, **Beyrer C,** Lee TJ. Population-Based Survey Methods to Quantify Associations between Human Rights Violations and Health Outcomes Among Internally Displaced Persons in Eastern Burma. *Journal of Epidemiology and Community Health* 2007 Oct;61(10):908-14.

98. Baral S, Sherman SG, Millson P, **Beyrer C.** Vaccine Immunogenicity in Injecting Drug Users: A Systematic Review. *Lancet Infect Dis* 2007 Oct;7(10):667-74.

99. **Beyrer C**, Baral S, Shaboltas A, Dukhovlinova E, Masharsky A, Verevochkin S, Latkin C, Heimer R, Hoffman I, Kozlov A. The Feasibility of HIV Vaccine Efficacy Trials Among Russian Injection Drug Users. *Vaccine* 2007 Oct 10;25(41):7014-6.

100. Baral S, Sifakis F, Cleghorn F, **Beyrer C.** Elevated risk for HIV infection among men who have sex with men in low and middle income countries 2000-2006: Results of a meta-analysis. *PloS Med* 2007 Dec; 4(12):e339.

101. Jurgens R, Cohen J, Girard F, **Beyrer C**. Increasing access to HIV testing and counseling while respecting human rights. *HIV AIDS Policy Law Rev.* 2007 Dec; 12(2-3):63-6.

102. Gupta SB, Murphy G, Koenig E, Adon C, **Beyrer C**, Celentano D, Khawaja S, Sifakis F, Parry J, Straus W.  Comparison of methods to detect recent HIV-1 infection in cross-sectionally collected specimens: Outcomes in a cohort of female sex workers in the Dominican Republic. *AIDS Research and Human Retroviruses.* 2007 Dec;23(12):1475-80.

103. **Beyrer C,** Lee TJ. Responding to infectious diseases in Burma and her border regions. *Conf. Health*, 2008 Mar 14;2:2.

104. Djomand G, Metch B, Zorilla C, Donastorg Y, Hansen M, Casapia M, Villafana T, Pape J, Buchbinder S, **Beyrer C**. The HVTN 903 Vaccine Preparedness study: Lessons learned in preparation for HIV vaccine efficacy trials. *JAIDS,* 2008 May 1;48(1):82-9.

105. Mullany LC, Lee CI, Paw P, Shwe Oo EK, Maung C, Kuiper HK, Masenior N, **Beyrer C**, Lee TJ. The MOM Project: Efforts to increase access to reproductive services among internally displaced populations in Burma. *Reproductive Health Matters,* 2008 May;16(31):44-56.

November 2017/ C. Beyrer

106. Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle Jr FM, **Beyrer C**, Cooper C, Hardy C, Singh S, Garfield R, Wooddruff BA, Guyatt GH. Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. *Confl Health*, 2008 Sep 30;2(1):9.

107. Khumalo-Sakutukwa G, Morin F. S, Fritz C, Charlebois E, van Rooyen H, Chingono A, Modiba P, Mrumbi K, Vistrutaratna S, Singh B, Sweat M, Celentano D, Coates T, For the **NIMH Project Accept Study Team**. Project Accept (HPTN 043) A Community-Based Intervention to Reduce HIV Incidence in Populations at Risk for HIV in Sub-Saharan Africa and Thailand. *J Acquir Immune Defic Syndr*. 2008 Dec;(49):422-431.

108. **Beyrer C**. Hidden yet happening: the epidemics of sexually transmitted infections and HIV among men   who have sex with men in developing countries. *Sex Transm Infect*. 2008 Nov;84(6):410-2.

109. Genberg BL, Kulich M,  Kawichai S, Modiba P, Chingono A, Kilonzo GP, Richter L, Pettifor A, Sweat M, Celentano D, DD; **Project Accept Study Team** (HPTN 043) HIV risk behaviors in Sub-Sahara Africa and Northern Thailand: baseline behavioral data from Project Accept. *J Acquir Immune Defic Syndr*. 2008 Nov 1;49(3):309-19.

110. Djomand G, **Beyrer C,** Buchbinder S. Low HIV Serioncidence Among Female Commercial Sex Workers: A Barrier for Measuring HIV Vaccine Efficacy *J Acquir Immune Defic Syndr*. 2008 Dec 15;49(5):570.

111. Mullany LC, Lee C, Yone L, Paw P, Shwe Oo E, Maung C, Lee TJ, **Beyrer C**. Access To Essential Maternal Health Interventions and Human Rights Violoations among Vulnerable Communities in Eastern Burma *PLoS Medicine* 2008 Dec 23; 5(12):1689-98.

112. Saavedra J, Izazola A. J, **Beyrer C**. Sex Between Men in the Context of HIV: The AIDS 2008 Jonathan Mann Memorial Lecture in Health and Human Rights. *J Intl AIDS Soc* 2008 Dec 24;11(1):9.2008.

113. Teela KC, Mullany LC, Lee CI, Poh E, Paw P, Masenior N, Maung C, **Beyrer C,** Lee TJ. Community-based maternal health care in conflict-affected areas of eastern Burma: experiences from the field, *Social Science Medicine*, 2009 Apr;68(7):1332-40.

114. Baral S, Trapence G, Motimedi F, Umar E, Iipinge S, Dausab F, **Beyrer C.** HIV prevalence risks for HIV infection, and human rights among men who have sex with men (MSM) in Malawi, Namibia, and Botswana. *PLoS ONE*. 2009;4(3):e4997.

115. **Beyrer** C, Patel Z, Stachowiak JA, Tishkova FK, Stibich M, Eyzaguirre L, Carr JK, Mogilnii V, Peryskina, Latypov A, Strathdee SA.  Characterization of the emerging HIV-1 and HCV epidemics among injecting drug users in Dushanbe, Tajikistan. *AIDS Res Hum Retroviruses*. 2009 Sep; 25(9):853-60.

116. Toney JH, Fasick JI, Singh S, **Beyrer** C, Sullivan DJ Jr.  Purposeful learning with drug repurposing.  *Science*. 2009 Sep 11; 325(5946):1339-40.

117. Baral S, Kizub D, Franck Masenior N, Peryskina A, Stachowiak J, Stibich M, Moguilny V, **Beyrer** C.  Male Sex Workers in Moscow, Russia:  A Pilot Study of Demographics, Substance Use Patterns, and Prevalence of HIV-1 and Sexually Transmitted Infections. *AIDS Care*. 22(1) 2010 January; 22(1):112-8.

118. **Beyrer** C, Baral SD, Walker D, Wirtz AL, Johns B, Sifakis F.  The expanding epidemics of HIV-1 among men who have sex with men in low and middle income countries: diversity and consistency.  *Epidemiol Rev*. 2010 Apr;32(1):137-51.

119. Aumakhan B, Gaydos C, Quinn T, **Beyrer** C, Benning L, Minkoff H, Merenstein D, Cohen M, Greenblatt R, Nowicki M, Anastos K, Gange S. Clinical Reactivations of Herpes Simplex Virus Type 2 Infection and Human Immunodeficiency Virus Disease Progression Markers. *PLoS ONE*. 2010 April 1; 5(4): e9973.

120. Guadamuz TE, Kunawararak P, **Beyrer** C, Pumpaisanchai J, Wei C, Celentano D. HIV prevalence, sexual and behavioral correlates among Shan, Hill tribe, and Thai male sex workers in Northern Thailand. *AIDS Care*. 2010 April 16:1-9.

121. Suwanvanichkij V, Murakami N, Lee C, Leigh J, Wirtz A, Daniels B, Mahn M, Maung C, **Beyrer** C. Community-Based Assessment of Human Rights in a Complex Humanitarian Emergency: The Emergency Assistance Teams-Burma and Cyclone Nargis. *Conflict and Health*. 2010 April 19; 4(1):8.

122. **Beyrer** C, Trapence G, Motimedi F, Umar E, Lipinge S, Dausab F, Baral S. Bisexual concurrency, bisexual partnerships, and HIV among Southern African men who have sex with men (MSM). *Sex Transm Infect*. 2010 Aug;86(4)323-7.

123. **Beyrer** C. Global prevention of HIV infection for neglected populations: men who have sex with men. *Clinical Infectious Disease.* 2010 May 15; 50 Suppl 3:S108-13

124. Biggs SL, Dell EM, Dixon VL, Joffres MR, **Beyrer** C, Wilson K, Orbinski JJ, Edward MJ. Health and historical levels of freedom.  *Global Health*. 2010 May 29;6:11

125. Richter L, **Beyrer** C, Kippax S, Heidari S. Visioning services for children affected by HIV and AIDS through a family lens. *J Int AIDS Soc*. 2010 June 23;13 Suppl 2:I1.

November 2017/ C. Beyrer

126. **Beyrer C**, Malinowska-Sempruch K, Kamarulzaman A, Kazatchkine M, Sidibe M, Strathdee SA. Time to act: a call for comprehensive responses to HIV in people who use drugs. *Lancet*. 2010 Aug 14; 376(9740):551-63.

127. **Beyrer C**, Malinowska-Sempruch K, Kamarulzaman A, Strathdee SA. 12 myths about HIV/AIDS and people who use drugs. *Lancet*. 2010 July 24; 376(9737):208-11.

128. Mullany LC, Lee TJ, Yone L, Lee CI, Teela KC, Paw P, Shwe Oo EK, Maung C, Kuiper H, Masenior NF, **Beyrer C**. Impact of Community-Based Maternal Health Workers on Coverage of Essential Maternal Health Interventions among Internally Displaced Communities in Eastern Burma: The MOM Project. *PLoS Med*. 2010 Aug 3; 7(8):e1000317.

129. Jürgens R, Csete J, Amon JJ, Baral S, **Beyrer C**. People who use drugs, HIV, and human rights. *Lancet*. 2010 Aug 7; 376(9739):475-85.

130. **Beyrer C**. The humanitarian impulse. *Lancet*. 2010 September 11; 376 (9744): 863-64.

131. Kijak GH, Tovanabutra S, **Beyrer C**, Sanders-Buell EE, Arroyo MA, Robb ML, Michael NL, McCutchan FE, Kim JH. RecDraw: A Software Package for the Representation of HIV-1 Recombinant Structures. *AIDS Res Hum Retroviruses*. 2010 Dec; 26(12):1317-21.

132. Aumakhan B, Hardick A, Quinn TC, Laeyendecker O, Gange SJ, **Beyrer C**, Cox C, Anastos K, Cohen M, Greenblatt RM, Merenstein DJ, Minkoff H, Nowicki M, Gaydos CA. Genital herpes evaluation by quantitative TaqMan PCR: correlating single detection and quantity of HSV-2 DNA in cervicovaginal lavage fluids with cross-sectional and longitudinal clinical data. *Virol J*. 2010 Nov 18; 7:328.

133. **Beyrer C**, Wirtz AL, Baral S, Peryskina A, Sifakis F. Epidemiologic links between drug use and HIV epidemics: an international perspective. *J Acquir Immune Defic Syndr*. 2010 Dec 1; 55 Suppl 1:S10-6.

134. Fay H, Baral SD, Trapence G, Motimedi F, Umar E, Iipinge S, Dausab F, Wirtz A, **Beyrer C**. Stigma, Health Care Access, and HIV Knowledge Among Men Who Have Sex With Men in Malawi, Namibia, and Botswana. *AIDS Behav*. 2010 Dec 10. PMID: 21153432 [PubMed - as supplied by publisher]

135. Kijak GH, **Beyrer C**, Tovanabutra S, Sripaipan T, Suriyanon V, Moquet N, Sanders Buell E, Saokhieo P, Timpan U, Jittiwutikarn J, Robb ML, Birx DL, Celentano DD, McCutchan FE. Socio-demographic and drug use factors associated with HIV-1 recombinants and dual infections in Northern Thai drug users: Associations of risk with genetic complexity. Drug Alcohol Depend. 2010 Dec 28. [Epub ahead of print]

136. Sollom R, Richards AK, Parmar P, Mullany LC, Lian SB, Iacopino V, **Beyrer C.** Health and human rights in Chin State, Western Burma:  a population-based assessment using multi-staged household cluster sampling.  PLoS Med. 2011 Feb 8; 8(2):e1001007.

137. Sarin E, Samson L, Sweat M, **Beyrer C**. Human rights abuses and suicidal ideation among male injecting drug users in Delhi, India. Int J Drug Policy. 2011 Mar;22(2):1616. PMID: 21439808 [PubMed - indexed for MEDLINE]

138. **Beyrer C**. Safe injection facilities save lives. Lancet. 2011 Apr 23;377(9775):1385-6. Epub 2011 Apr 15. No abstract available. PMID: 21497899 [PubMed - indexed for MEDLINE]

139. **Beyrer C.** The Golden Crescent and HIV/AIDS in Central Asia: Deadly interactions. Glob Public Health. 2011 May 16:1-7. [Epub ahead of print] PMID: 21590558 [PubMed - as supplied by publisher]

140. Aumakhan B, Gange SJ, **Beyrer C**, Gaydos CA, Minkoff H, Merenstein DJ, Cohen MH, Anastos K, Greenblatt R, Nowicki MJ, Quinn TC. Quantitative and qualitative correlates of cervicovaginal herpes simplex virus type 2 shedding among HIV-infected women in the Women's Interagency HIV Study. Int J STD AIDS. 2011 May; 22(5):273-7. PMID: 21571975 [PubMed - indexed for MEDLINE]

141. Baral S, Adams D, Lebona J, Kaibe B, Letsie P, Tshehlo R, Wirtz A, **Beyrer C**. A cross-sectional assessment of population demographics, HIV risks and human rights contexts among men who have sex with men in Lesotho. J Int AIDS Soc. 2011 Jul 4;14(1):36. [Epub ahead of print] PMID: 21726457 [PubMed - as supplied by publisher]

142. Sweat M, Morin S, Celentano D, Mulawa M, Singh B, Mbwambo J, Kawichai S, Chingono A, Khumalo-Sakutukwa G, Gray G, Richter L, Kulich M, Sadowski A, Coates T; Project Accept study team. Community-based intervention to increase HIV testing and case detection in people aged 16-32 years in Tanzania, Zimbabwe, and Thailand (NIMH Project Accept, HPTN 043): a randomised study. Lancet Infect Dis. 2011 Jul; 11(7):525-32. Epub 2011 May 3. PMID: 21546309 [PubMed - indexed for MEDLINE]

143. **Beyrer C**, Baral S, Kerrigan D, El-Bassel N, Bekker LG, Celentano DD. Expanding the Space: Inclusion of Most-at-Risk Populations in HIV Prevention, Treatment, and Care Services. J Acquir Immune Defic Syndr. 2011 Aug;57 Suppl 2:S96-9. PMID: 21857306 [PubMed - in process]

144. Baral S, Sifakis F, Peryshkina A, Deobald I, Mogilnii V, Masenior N, Sergeyev B, Wirtz A, **Beyrer C.** Risks for HIV infection among gay, bisexual and other men who have sex with men (MSM) in Moscow and St. Petersburg, Russia. AIDS Res Hum Retroviruses. 2011 Oct 7. [Epub ahead of print] PMID: 21978380 [PubMed - as supplied by publisher]

145.Chariyalertsak S, Kosachunhanan N, Saokhieo P, Songsupa R, Wongthanee A, Chariyalertsak C, Visarutratana S, **Beyrer C**. HIV Incidence, Risk Factors, and Motivation for Biomedical Intervention among Gay, Bisexual and Transgender Persons in Northern Thailand. PLoS One. 2011;6(9):e24295. Epub 2011 Sep 8.

146. Baral S, Burrell E, Scheibe A, Brown B, **Beyrer C**, Bekker LG. HIV Risk and Associations of HIV Infection among men who have sex with men in Peri-Urban Cape Town, South Africa.  BMC Public Health. 2011 Oct 5;11(1):766.

147. Poteat T, Diouf D, Drame FM, Ndaw M, Traore C, Dhaliwal M, **Beyrer C**, Baral S. HIV Risk among MSM in Senegal: A Qualitative Rapid Assessment of the Impact of Enforcing Laws That Criminalize Same Sex Practices. PLoS One. 2011;6(12):e28760. Epub 2011 Dec 14.]

148. Mills EJ, **Beyrer C**, Birungi J, Dybul MR. Engaging men in prevention and care for HIV/AIDS in Africa. PLoS Med. 2012 Feb;9(2):e1001167. PMID: 22346735 [PubMed - indexed for MEDLINE]

149. Baral S, **Beyrer C**, Muessig K, Poteat T, Wirtz A, Decker M, Sherman SG, Kerrigan D. Burden of HIV among female sex workers in low-income and middle-income countries:  a systematic review and meta-analysis.  *The Lancet Infect Dis*. D-12-00060, March 15th, 2012.

150. Nachega JB, Morroni C, Zuniga JM, Sherer R, **Beyrer C**, Solomon S, Schechter M, Rockstroh J. HIV-Related Stigma, Isolation, Discrimination, and Serostatus Disclosure: A Global Survey of 2035 HIV-Infected Adults. J Int Assoc Physicians AIDS Care (Chic). 2012 May-Jun;11(3):172-8. PMID: 22431893 [PubMed - in process]

151. Strömdahl S, Onigbanjo Williams A, Eziefule B, Emmanuel G, Iwuagwu S, Anene O, Orazulike I, **Beyrer C**, Baral S. Associations of Consistent Condom Use among Men who have Sex with Men (MSM) in Abuja, Nigeria.  *AIDS Res Hum Retroviruses*. 2012 May 11. [Epub ahead of print]

152. Baral S, Scheibe A, Sullivan P, Trapence G, Lambert A, Bekker LG, **Beyrer C**. Assessing Priorities for Combination HIV Prevention Research for Men Who have Sex  with Men (MSM) in Africa. *AIDS Behav*. 2012 May 19. [Epub ahead of print]

153. Berry MC, Go VF, Quan VM, Minh NL, Ha TV, Mai NV, Sarin E, **Beyrer C**. Social environment and HIV risk among MSM in Hanoi and Thai Nguyen.  *AIDS Care*. 2012 May 25. [Epub ahead of print]

154. Decker MR, Wirtz AL, Baral SD, Peryshkina A, Mogilnyi V, Weber RA, Stachowiak J, Go V, **Beyrer C**. Injection drug use, sexual risk, violence and STI/HIV among Moscow female sex workers. Sex Transm Infect. 2012 Jun;88(4):278-83. PMID: 22287530 [PubMed - indexed for MEDLINE]

155. Dutta A, Wirtz AL, Baral S, **Beyrer C**, Cleghorn FR.  Key harm reduction interventions and their impact on the reduction of risky behavior and HIV incidence among people who inject drugs in low-income and middle-income countries. *Curr Opin HIV AIDS*. 2012 Jul;7(4):362-8.

156. **Beyrer C**.  Police, policing, and HIV:  New partnerships and paradigms. *Harm Reduct J*. 2012 Jul 9;9(1):32. [Epub ahead of print]

157. Havlir D, **Beyrer C.**  The Beginning of the End of AIDS?  *N Engl J Med*. 2012 Jul 18. [Epub ahead of print] PMID: 22809362

158. **Beyrer C**, Baral SD, van Griensven F, Goodreau SM, Chariyalertsak S, Wirtz AL, Brookmeyer R. Global epidemiology of HIV infection in men who have sex with men. *Lancet*  2012 Jul 28;380(9839):367-77. Epub 2012 Jul 20. PMID: 22819660

159. **Beyrer C,** Sullivan PS, Sanchez J, Dowdy D, Altman D, Trapence G, Collins C, Katabira E, Kazatchkine M, Sidibe M, Mayer KH. A call to action for comprehensive HIV services for men who have sex with men. *Lancet.* 2012 Jul 28;380(9839):424-38. Epub 2012 Jul 20. PMID: 22819663

160. Trapence G, Collins C, Avrett S, Carr R, Sanchez H, Ayala G, Diouf D, **Beyrer C**, Baral SD. From personal survival to public health: community leadership by men who have sex with men in the response to HIV. *Lancet.* 2012 Jul 28;380(9839):400-10. Epub 2012 Jul 20. PMID: 22819662

161. Bekker LG, **Beyrer C**, Quinn TC. Behavioral and Biomedical Combination Strategies for HIV Prevention. Cold Spring Harb Perspect Med. 2012 Aug 1;2(8). pii: a007435. doi: 10.1101/cshperspect.a007435. PMID: 22908192 [PubMed - in process]

162. Needle R, Fu J, **Beyrer C**, Loo V, Abdul-Quader AS, McIntyre JA, Li Z, Mbwambo JK, Muthui M, Pick B. PEPFAR's evolving HIV prevention approaches for key populations-- people who inject drugs, men who have sex with men, and sex workers: progress, challenges, and opportunities. J Acquir Immune Defic Syndr. 2012 Aug 15;60 Suppl 3:S145-51. PMID: 22797736 [PubMed - in process]

163. Berry M, Wirtz AL, Janayeva A, Ragoza V, Terlikbayeva A, Amirov B, Baral S, **Beyrer C**. Risk Factors for HIV and Unprotected Anal Intercourse among Men Who Have Sex with Men (MSM) in Almaty, Kazakhstan. PLoS One. 2012;7(8):e43071. Epub 2012 Aug 24. PMID: 22937013 [PubMed - in process]

164. Brown T, Smith LS, Shwe Oo EK, Shawng K, Lee TJ, Sullivan D, **Beyrer C**, Richards AK. Molecular surveillance for drug-resistant Plasmodium falciparum in clinical and subclinical populations from three border regions of Burma/Myanmar: cross-sectional data and a systematic review of resistance studies. Malar J. 2012 Sep 19;11(1):333. [Epub ahead of print] PMID: 22992214 [PubMed - as supplied by publisher]

165. Decker MR, Yam EA, Wirtz AL, Baral SD, Peryshkina A, Mogilnyi V, **Beyrer C**. Induced abortion, contraceptive use, and dual protection among female sex workers in Moscow, Russia. Int J Gynaecol Obstet. 2012 Oct 16. doi:pii: S0020-7292(12)00508-5. 10.1016/j.ijgo.2012.07.026. [Epub ahead of print] PMID: 23083495

166. Amon JJ, Baral SD, **Beyrer C**, Kass N. Human rights research and ethics review: protecting individuals or protecting the state? *PLoS Med.* 2012 Oct;9(10):e1001325. doi: 10.1371/journal.pmed.1001325. Epub 2012 Oct 16. PMID: 23091422 [PubMed - in process]

167. Baral SD, Strömdahl S, **Beyrer C**. The potential uses of pre-exposure prophylaxis for HIV prevention among people who inject drugs. *Curr Opin HIV AIDS.* 2012 Nov;7(6):563-8.

168. Baral SD, Wirtz A, Sifakis F, Johns B, Walker D, **Beyrer C**. The Highest Attainable Standard of Evidence (HASTE) for HIV/AIDS Interventions: Toward a Public Health Approach to Defining Evidence. *Public Health Rep.* 2012 Nov;127(6):572-84.

169. Semugoma P, **Beyrer C**, Baral S.  Assessing the effects of anti-homosexuality legislation in Uganda on HIV prevention, treatment, and care services. *SAHARA J.* 2012 Sep;9(3):173-6. doi: 10.1080/17290376.2012.744177.  PMID:  23237074.

170. **Beyrer C**.  LGBT Africa:  A social justice movement emerges in the era of HIV.  *SAHARA J.* 2012 Sep;9(3):177-9. doi: 10.1080/17290376.2012.743813.  PMID:  23237075.

171. Baral SD, Wirtz A, Poteat T, **Beyrer C**.  Was the HIV infection burden in female sex workers in China overestimated?  *Lancet Infect Dis.* 2013 Jan;13(1):13-4. doi: 10.1016/S1473-3099(12)70319-5.  PMID:  23257224.

172. SD Baral, Poteat T, Strömdahl S, Wirtz AL, Guadamuz TE, **Beyrer C**. Worldwide burden of HIV in transgender women:  a systematic review and meta-analysis. *Lancet Infect Dis.* 2012 Dec 20. doi:pii: S1473-3099(12)70315-8. 10.1016/S1473-3099(12)70315-8. PMID: 23260128.

173. Wirtz AL, Walker DG, Bollinger L, Sifakis F, Baral S, Johns B, Oelrichs R, **Beyrer C**. Modelling the impact of HIV prevention and treatment for men who have sex with men on HIV epidemic trajectories in low- and middle-income countries.   Int J STD AIDS. 2013 Mar 19. [Epub ahead of print] PMID: 23512511.

174. Anude CJ, Eze E, Onyegbutulem HC, Charurat M, Etiebet MA, Ajayi S, Dakum P, Akinwande O, **Beyrer C**, Abimiku A, Blattner W.  Immuno-virologic outcomes and immuno-virologic discordance among adults alive and on anti-retroviral therapy at 12 months in Nigeria. BMC Infect Dis. 2013 Mar 1;13:113. doi: 10.1186/1471-2334-13-113. PMID: 23452915.

175. Decker MR, Wirtz AL, Pretorius C, Sherman SG, Sweat MD, Baral SD, **Beyrer C**, Kerrigan DL.  Estimating the impact of reducing violence against female sex workers on HIV epidemics in Kenya and Ukraine: a policy modeling exercise.   Am J Reprod Immunol. 2013 Feb;69 Suppl 1:122-32. doi: 10.1111/aji.12063. PMID: 23387931

176. Baral S, Logie CH, Grosso A, Wirtz AL**, Beyrer C**. Modified social ecological model: a tool to guide the assessment of the risks and risk contexts of HIV epidemics. BMC Public

Health. 2013 May 17;13(1):482. [Epub ahead of print]PMID: 23679953.

177. El-Bassel N, Gilbert L, Terlikbayeva A, Wu E, **Beyrer C**, Shaw S, Hunt T, Ma X, Chang M, Ismayilova L, Tukeyev M, Zhussupov B, Rozental Y. HIV Among Injection Drug Users and Their Intimate Partners in Almaty, Kazakhstan. AIDS Behav. 2013 Apr 24. [Epub ahead of print] PMID: 23612942.

178. **Beyrer C,** Abdool Karim Q. The changing epidemiology of HIV in 2013. Curr Opin HIV AIDS. 2013 Jul;8(4):306-10. doi: 10.1097/COH.0b013e328361f53a.  PMID: 23743721 [PubMed - in process]

179. Mayer K, **Beyrer C.**  WHO's new HIV guidelines: opportunities and challenges. *Lancet.* 2013 Jul 27;382(9889):287-8. doi: 10.1016/S0140-6736(13)61578-0.

180**. Beyrer C**, Sullivan P, Millett G, Sanchez J, Baral SD, Collins C, Wirtz AL, Altman D, Trapence G, Mayer K. The global HIV epidemics in men who have sex with men (MSM): time to act. *AIDS.* 2013 Jul 9. [Epub ahead of print] PMID: 23842129 [PubMed - as supplied by publisher]

181. Singh S, Ambrosio M, Semini I, Tawil O, Saleem M, Imran M, **Beyrer C**. Revitalizing the HIV response in Pakistan: A systematic review and policy implications. Int J Drug Policy. 2013 Jun 27. doi:pii: S0955-3959(13)00085-6. 10.1016/j.drugpo.2013.05.011. [Epub ahead of print] PMID: 23810289

182. Wirtz AL, Zelaya CE, Peryshkina A, Latkin C, Mogilnyi V, Galai N, Dyakonov K, **Beyrer C**.  Social and structural risks for HIV among migrant and immigrant men who have sex with men in Moscow, Russia: Implications for prevention. AIDS Care. 2013 Jul 23. [Epub ahead of print] PMID: 23875610

183. Decker MR, Wirtz AL, Moguilnyi V, Peryshkina A, Ostrovskaya M, Nikita M, Kuznetzova J, **Beyrer C**.  Female Sex Workers in Three Cities in Russia: HIV Prevalence, Risk Factors and Experience with Targeted HIV Prevention.  AIDS Behav. 2013 Aug 9. [Epub ahead of print] PMID: 23929034.

184. Mayer KH, Wheeler DP, Bekker LG, Grinsztejn B, Remien RH, Sandfort TG, **Beyrer C.** Overcoming biological, behavioral, and structural vulnerabilities: new directions in research to decrease HIV transmission in men who have sex with men.  J Acquir Immune Defic Syndr. 2013 Jul;63 Suppl 2:S161-7. doi: 10.1097/QAI.0b013e318298700e. PMID: 23764630 [PubMed - indexed for MEDLINE]

185. Wirtz AL, Kirey A, Peryskina A, Houdart F, **Beyrer C**.  Uncovering the epidemic of HIV among men who have sex with men in Central Asia.  Drug Alcohol Depend. 2013 Jul 29. doi:pii: S0376-8716(13)00250-0. 10.1016/j.drugalcdep.2013.06.031. [Epub ahead of print] PMID: 23906993 [PubMed - as supplied by publisher].

186. Nosyk B, Audoin B, **Beyrer C,** Cahn P, Granich R, Havlir D, Katabira E, Lange J, Lima

November 2017/ C. Beyrer

VD, Patterson T, Strathdee SA, Williams B, Montaner J.  Examining the evidence on the causal effect of HAART on transmission of HIV using the Bradford Hill criteria.  AIDS. 2013 Apr 24;27(7):1159-65. doi: 10.1097/QAD.0b013e32835f1d68.  PMID: 23902921 [PubMed - in process].

187. Mayer K, **Beyrer C**.  WHO's new HIV guidelines: opportunities and challenges. Lancet. 2013 Jul 27;382(9889):287-8. doi: 10.1016/S0140-6736(13)61578-0. PMID: 23890033 [PubMed - indexed for MEDLINE]

188. Baral SD, Poteat T, Guadamuz TE, **Beyrer C**. Sampling bias in transgender studies - Authors' reply. Lancet Infect Dis. 2013 Oct;13(10):832-3. doi: 10.1016/S1473-3099(13)70261-5. PMID: 24070556.

189. Cohen J, Lo YR, Caceres CF, Klausner JD; WHO guideline working group.  WHO guidelines for HIV/STI prevention and care among MSM and transgender people: implications for policy and practice.  Sex Transm Infect. 2013 Nov;89(7):536-8. doi: 10.1136/sextrans-2013-051121. No abstract available. PMID: 24123866.

190. Yang D, Chariyalertsak C, Wongthanee A, Kawichai S, Yotruean K, Saokhieo P, Guadamuz T, Suwanvanichkij V, **Beyrer C**, Chariyalertsak S.  Acceptability of Pre-Exposure Prophylaxis among Men Who Have Sex with Men and Transgender Women in Northern Thailand.  PLoS One. 2013 Oct 8;8(10):e76650. doi: 10.1371/journal.pone.0076650. PMID: 24116132.

191. Degenhardt L, Mathers BM, Wirtz AL, Wolfe D, Kamarulzaman A, Carrieri MP, Strathdee SA, Malinowska-Sempruch K, Kazatchkine M, **Beyrer C**.  What has been achieved in HIV prevention, treatment and care for people who inject drugs, 2010-2012? A review of the six highest burden countries.  Int J Drug Policy. 2013 Sep 4. doi:pii: S0955-3959(13)00128-X. 10.1016/j.drugpo.2013.08.004.

192. Collins C, **Beyrer C**.  Country ownership and the turning point for HIV/AIDS. *The Lancet Infx Dis*, October 17th, 2013.  http://dx.doi.org/10.1016/S2214-109x(13)70092-5.

193. Poteat T, Logie C, Adams D, Lebona J, Letsie P, **Beyrer C,** Baral S. Sexual practices, identities and health among women who have sex with women in Lesotho – a mixed-methods study.  Culture, Health & Sexuality, 2013. DOI:10.1080/13691058.2013.841291

194.  **Beyrer C**.  MSM and Transgender Women in Asia and the Pacific.  *HIV Australia* Nov. 2013. Vol 11(4) Special ICAAP11 Edition.

195. Malta M, **Beyrer C.**  The HIV Epidemic and human rights in Brazil. J Int AIDS Soc. 2013 Nov 12;16(1):18817. doi: 10.7448/IAS.16.1.18817.  PMID: 24225350.

196. Mayer K, **Beyrer C**.  WHO's new guidelines for antiretroval treatment—Author's reply. Lancet. 2013 Nov 30;382(9907):1779. doi: 10.1016/S0140-6736(13)62540.

197. **Beyrer C.** HIV now: why human rights matter more than ever. *Journal of the International AIDS Society* 2013, 16:18968. http://dx.doi.org/10.7448/IAS.16.1.18968

198. Wirtz AL, Jumbe V, Trapence G, Kamba D, Umar E, Ketende S, Berry M, Strömdahl S, **Beyrer** C, Baral SD. HIV among men who have sex with men in Malawi: elucidating HIV prevalence and correlates of infection to inform HIV prevention. *J Int AIDS Soc.* 2013 Dec 2;16(4 Suppl 3):18742. doi: 10.7448/IAS.16.4.18742. PMID: 24321110.

199. Dramé FM, Crawford EE, Diouf D, **Beyrer** C, Baral SD. A pilot cohort study to assess the feasibility of HIV prevention science research among men who have sex with men in Dakar, Senegal. *J Int AIDS Soc.* 2013 Dec 2;16(4 Suppl 3):18753. doi: 10.7448/IAS.16.4.18753.  PMID:  24321115

200. **Beyrer C.** Strategies to manage the HIV epidemic in gay, bisexual, and other men who have sex with men. *Curr Opin Infect Dis*. 2014 Feb;27(1):1-8. doi: 10.1097/QCO.0000000000000037. PMID: 24345924.

201.Grabowski MK, Lessler J, Redd AD, Kagaayi J, Laeyendecker O, Ndyanabo A, Nelson MI, Cummings DA, Bwanika JB, Mueller AC, Reynolds SJ, Munshaw S, Ray SC, Lutalo T, Manucci J, Tobian AA, Chang LW, **Beyrer C**, Jennings JM, Nalugoda F, Serwadda D, Wawer MJ, Quinn TC, Gray RH; Rakai Health Sciences Program. The Role of Viral Introductions in Sustaining Community-Based HIV Epidemics in Rural Uganda: Evidence from Spatial Clustering, Phylogenetics, and Egocentric Transmission Models.  PLoS Med. 2014 Mar 4;11(3):e1001610. doi: 10.1371/journal.pmed.1001610. eCollection 2014 Mar. PMID:  24595023.

202.El-Bassel N, Gilbert L, Terlikbayeva A, **Beyrer C**, Wu E, Shaw SA, Ma X, Chang M, Hunt T, Ismayilova L, Primbetova S, Rozental Y, Zhussupov B. HIV risks among injecting and non-injecting female partners of men who inject drugs in Almaty, Kazakhstan: Implications for HIV prevention, research, and policy.  Int J Drug Policy. 2013 Nov 23. pii: S0955-3959(13)00196-5. doi: 10.1016/j.drugpo.2013.11.009. [Epub ahead of print] PMID: 24556208

203.Wirtz AL, Pretorius C, **Beyrer C**, Baral S, Decker MR, Sherman SG, Sweat M, Poteat T, Butler J, Oelrichs R, Semini I, Kerrigan D. Epidemic impacts of a community empowerment intervention for HIV prevention among female sex workers in generalized and concentrated epidemics.  PLoS One. 2014 Feb 6;9(2):e88047. doi: 10.1371/journal.pone.0088047. eCollection 2014.  PMID:  24516580.

204. **Beyrer C**, Baral SD, Weir BW, Curran JW, Chaisson RE, Sullivan PS. A call to action for concentrated HIV epidemics. Curr Opin HIV AIDS. 2014 Mar;9(2):95-100. doi: 10.1097/COH.0000000000000043. No abstract available.   PMID: 24499807.

205.Maman S, van Rooyen H, Stankard P, Chingono A, Muravha T, Ntogwisangu J, Phakathi Z, Srirak N, F Morin S; NIMH Project Accept (HPTN 043) study team. NIMH Project Accept (HPTN 043): results from in-depth interviews with a longitudinal cohort of

community members.  PLoS One. 2014 Jan 29;9(1):e87091. doi: 10.1371/journal.pone.0087091. eCollection 2014.  PMID: 24489841.

206.  Boren D, Sullivan PS, **Beyrer C,** Baral SD, Bekker LG, Brookmeyer R.  Stochastic variation in network epidemic models: implications for the design of community level HIV prevention trials.  Stat Med. 2014 Apr 15. doi: 10.1002/sim.6193. [Epub ahead of print] PMID: 24737621.

207. Lloyd J, Papworth E, Grant L, **Beyrer C**, Baral S.  Systematic review and meta-analysis of HIV prevalence among men in militaries in low income and middle income countries. Sex Transm Infect. 2014 Apr 7. doi: 10.1136/sextrans-2013-051463. [Epub ahead of print] PMID: 24711546.

208. Vu A, Adam A, Wirtz A, Pham K, Rubenstein L, Glass N, **Beyrer C**, Singh S.  The Prevalence of Sexual Violence among Female Refugees in Complex Humanitarian Emergencies: a Systematic Review and Meta-analysis.  PLoS Curr. 2014 Mar 18;6. pii: ecurrents.dis.835f10778fd80ae031aac12d3b533ca7. doi: 10.1371/currents.dis.835f10778fd80ae031aac12d3b533ca7. PMID: 24818066.

209. Altman D, **Beyrer C**.  The global battle for sexual rights.  J Int AIDS Soc. 2014 May 17;17:19243. doi: 10.7448/IAS.17.1.19243. eCollection 2014. No abstract available. PMID: 24836776 [PubMed - in process] Free PMC Article.

210. Wirtz AL, Kamba D, Jumbe V, Trapence G, Gubin R, Umar E, Strömdahl SK, **Beyrer C**, Baral SD.  A qualitative assessment of health seeking practices among and provision practices for men who have sex with men in Malawi.  BMC Int Health Hum Rights. 2014 Jun 3;14(1):20. [Epub ahead of print] PMID: 24893654.

211. El-Bassel N, Gilbert L, Terlikbayeva A, **Beyrer C**, Wu E, Chang M, Hunt T, Ismayilova L, Shaw SA, Primbetova S, Rozental Y, Zhussupov B, Tukeyev M.  Effects of a couple-based intervention to reduce risks for HVI, HCV, and STIs among drug-involved heterosexual couples in Kazakhstan:  A randomized controlled trial.  *J Acquir Immune Defic Syndr*. 2014 Jul 2. [Epub ahead of print] PMID: 24991973.

212. **Beyrer C,** Crago AL, Bekker LG, Butler J, Shannon K, Kerrigan D, Decker MR, Baral SD, Poteat T, Wirtz AL, Weir BW, Barré-Sinoussi F, Kazatchkine M, Sidibé M, Dehne KL, Boily MC, Strathdee SA.  An action agenda for HIV and sex workers. *Lancet.* 2014 Jul 21. pii: S0140-6736(14)60933-8. doi: 10.1016/S0140-6736(14)60933-8. [Epub ahead of print]

213. Strathdee SA, Crago AL, Butler J, Bekker LG, **Beyrer C.**  Dispelling myths about sex workers and HIV. *Lancet.* 2014 Jul 21. pii: S0140-6736(14)60980-6. doi: 10.1016/S0140-6736(14)60980-6.

214.  Decker MR, Crago AL, Chu SK, Sherman SG, Seshu MS, Buthelezi K, Dhaliwal M, **Beyrer C.**  Human rights violations against sex workers: burden and effect on HIV. Lancet.

November 2017/ C. Beyrer

2014 Jul 21. pii: S0140-6736(14)60800-X. doi: 10.1016/S0140-6736(14)60800-X.

215. Grubb IR, Beckham SW, Kazatchkine M, Thomas RM, Albers ER, Cabral M, Lange J, Vella S, Kurian M, **Beyrer C.** Maximizing the benefits of antiretroviral therapy for key affected populations. J Int AIDS Soc. 2014 Jul 18;17(1):19320. doi: 10.7448/IAS.17.1.19320. eCollection 2014.  PMID: 25043380

216. Baral S, Holland C, Shannon K, Logie C, Semugoma P, Sithole B, Papworth E, Drame F, **Beyrer C.** Enhancing Benefits or Increasing Harms:  Community Responses for HIV Among Men Who Have Sex with Men and People Who Inject Drugs.  JAIDS, 2014, Aug 15:66 Suppl 3:S319-28.  Doi: 10.1097/QAI.000000000000000233.  PMID: 25007203.

217. **Beyrer C**. Pushback:  the current wave of anti-homosexuality laws and impacts on health. PLoS Med. 2014 Jun 24;11(6):e1001658. doi: 10.1371/journal.pmed.1001658. eCollection 2014 Jun. PMID: 24959671[PubMed - in process]

218. Decker MR, **Beyrer C,** Sherman SG.  Ending the invisibility of sex workers in the US HIV/AIDS surveillance and prevention strategy. AIDS 2014 Sep 24;28(15):2325-7. doi: 10.1097/QAD.0000000000000411.  PMID [PubMed - in process]

219. Mcnaghten A, Keams, Kearns R, Siegler AJ, Phaswana-Mafuya N, Bekker LG, Stephenson R, Baral SD, Brookmeyer R, Yah CS, Lambert AJ, Brown B, Rosenberg E, Blalock Tharp M, de Voux A, **Beyrer C**, Sullivan PS.  Sibanye Methods for Prevention Packages Program Project Protocol: Pilot Study of HIV Prevention Interventions for Men Who Have Sex With Men in South Africa.  JMIR Res Protoc. 2014 Oct 16;3(4):e55. doi:10.2196/resprot.3737. PMID: 25325296 PMCID 4210958

220. Beckham SW[1], Shembilu CR, Winch PJ, **Beyrer C**, Kerrigan DL. 'If you have children, you have responsibilities': motherhood, sex work and HIV in southern Tanzania. Cult Health Sex. 2014 Oct 1:1-15. [Epub ahead of print] PMID:  25270410.

221. **Beyrer C**, Vella S, Cooper DA.  In memoriam:  Joep Lange MD, PhD.  J Int AIDS Soc. 2014 Sep 8;17:19401. doi: 10.7448/IAS.17.1.19401. eCollection 2014.  PMID:2520487. Free PMC Article.

222. Grubb IR, Beckham SW, Kazatchkine M, Thomas RM, Albers ER, Cabral M, Lange J, Vella S, Kurian M, **Beyrer C**; IAS Treatment for Key Affected Populations Working Group.  Maximizing the benefits of antiretroviral therapy for key affected populations.  J Int AIDS Soc. 2014 Jul 18;17:19320. doi: 10.7448/IAS.17.1.19320. eCollection 2014. PMID:  25043380.  Free PMC Article.

223. Baral S, Holland CE, Shannon K, Logie C, Semugoma P, Sithole B, Papworth E, Drame F, **Beyrer C**. Enhancing benefits or increasing harms: community responses for HIV among men who have sex with men, transgender women, female sex workers, and people who inject drugs. J Acquir Immune Defic Syndr. 2014 Aug 15;66 Suppl 3:S319-28. doi: 10.1097/QAI.0000000000000233. Review.  PMID:  25007203 [PubMed - indexed for

November 2017/ C. Beyrer

MEDLINE].

224. Combination HIV Prevention among MSM in South Africa: Results from Agent-based Modeling. Brookmeyer R, Boren D, Baral SD, Bekker LG, Phaswana-Mafuya N, **Beyrer C**, Sullivan PS. PLoS One. 2014 Nov 14;9(11):e112668. doi:10.1371/journal.pone.0112668.  eCollection 2014. PMID 25398143

225. Piot P, Barré-Sinoussi F, Karim QA, Karim SS, **Beyrer C**.  Appeal to global donors to save the Treatment Action Campaign.  Lancet. 2014 Dec 6;384(9959):e62. doi: 10.1016/S0140-6736(14)62045-6. Epub 2014 Dec 2. PMID: 25479693.

226. Beckham˙ SW,  Shembilu C, Brahmbhatt H, Winch PJ, **Beyrer C**, Kerrigan D. Female Sex Workers' Experiences with Intended Pregnancy and Antenatal Care Services in Southern Tanzania.  Studies in Family Planning.  10 MAR 2015 DOI: 10.1111/j.1728-4465.2015.00015.

227. Sakkhachornphop S, Kijak GH, **Beyrer C**, Razak MH, Sanders-Buell E, Jittiwutikarn J, Suriyanon V, Robb ML, Kim JH, Celentano DD, McCutchan FE, Tovanabutra S. An effective tool for identifying HIV-1 subtypes B, C, CRF01_AE, their recombinant forms, and dual infections in Southeast Asia by the multi-region subtype specific PCR (MSSP) assay.  J Virol Methods. 2015 Feb 25. pii: S0166-0934(15)00037-3. doi: 10.1016/j.jviromet.2015.02.015. [Epub ahead of print] PMID: 25725414.

228. Malta M, da Silva CM, Magnanini MM, Wirtz AL, Perissé AR, **Beyrer C**, Strathdee SA, Bastos FI. Improvement of HAART in Brazil, 1998-2008: a nationwide assessment of survival times after AIDS diagnosis among men who have sex with men.BMC Public Health. 2015 Dec;15:1530. doi: 10.1186/s12889-015-1530-y. Epub 2015 Mar 7.  PMID: 25778228.

229. **Beyrer C,** Bekker L-G, Pozniak A, Barre-Sinoussi F.  Pre-exposure prophylaxis works— it's time to deliver.  The Lancet. 385 (9977); 18 April 2015, 1482-3. DOI: http://dx.doi.org/10.1016/S0140-6736(15)60724-3.

230. Wirtz AL, Zelaya CE, Peryshkina A, McGowan I, Cranston RD, Latkin C, Galai N, Mogilniy V, Dzhigun P, Kostetskaya I, **Beyrer C**. Anal human papillomavirus and HIV: A cross-sectional study among men who have sex with men in Moscow, Russia, 2012–2013. *Euro Surveill.* 2015;20(15):pii=21095. Available online: http://www.eurosurveillance.org/ViewArticle.aspx?ArticleId=21095.

231. Wirtz AL, Zelaya CE, Latkin C, Stall R, Peryshkina A, Galia N, Mogilniy V, Dzhigun P, Kostetskaya I, **Beyrer C.**  Alcohol Use and Associated Sexual and Substance Use Behaviors Among Men Who Have Sex with Men in Moscow, Russia.  *AIDS Behav*. Pub Online April 18, 2015:  DOI 10.1007/s10461-015-1066-2.

232. HIV in Thai men who have sex with men: a sustained emergency. Sullivan, P, **Beyrer C.** *The Lancet HIV*, Volume 2 , Issue 2 , e38 - e39.

233. Odeny TA, Padian N, Doherty M, Baral S, **Beyrer C,** Ford N, Geng EH.  Definitions of implementation science in HIV/AIDS. [www.the lancet.com/hiv Vol 2 May 2015]. PMID 264230000

234. Wirtz AL, Peryshkina A, Mogilniy V, **Beyrer C**, Decker MR.  Current and recent drug use intensifies sexual and structural HIV risk outcomes among female sex workers in the Russian Federation. *Int J Drug Policy*. 2015 Apr 25. pii: S0955-3959(15)00128-0. doi: 10.1016/j.drugpo.2015.04.017. [Epub ahead of print]  PMID: 26003930.

235. Wirtz AL, Trapence G, Jumbe V, Umar E, Ketende S, Kamba D, Berry M, Strömdahl SK, **Beyrer C**, Muula AS, Baral S.  Feasibility of a combination HIV prevention program for men who have sex with men in Blantyre, Malawi. *J Acquir Immune Defic Syndr*. 2015 May 20. [Epub ahead of print] PMID: 26010028.

236. Strathdee S, **Beyrer C**.   Threading the Needle:  How to Stop the HIV Outbreak in Rural Indiana. *NEJM*, June 24th, 2015.[DOI: 10.1056/NEJMp1507252.] PMID: 26106947

237. Whitmee S, Haines A, **Beyrer C**, Boltz F, Capon AG, Dias B, Ezeh A, Frumkin H, Gong P, Head P, Horton R, Mace G, Marten R, Myers S, Nishtar S, Osofsky S, Pattanayak S, Pongsiri M, Romanelle C, Soucat A, Vega J, Yach D.  Safeguarding human health in the Anthropocene epoch:  report of The Rockefeller Foundation-Lancet Commission on planetary health.  *The Lancet*. [THELANCET-D-15-02284R1 S0140-6736(15)60906-1] PMID 26188744

238. **Beyrer C**, Birx DL, Bekker LG, Barré-Sinoussi F, Cahn P, Dybul MR, Eholié SP, Kavanagh MM, Katabira ET, Lundgren JD, Mworeko L, Pala M, Puttanakit T, Ryan O, Sidibé M, Montaner JS; Vancouver Consensus Signatories. The Vancouver Consensus: antiretroviral medicines, medical evidence, and political will.  Lancet. 2015 Aug 8;386(9993):505-7. doi: 10.1016/S0140-6736(15)61458-1. No abstract available. PMID: 26293427.

239. Wirtz AL, Zelaya CE, Latkin C, Peryshkina A, Galai N, Mogilniy V, Dzhigun P, Kostetskaya I, Mehta SH, **Beyrer C**. The HIV care continuum among men who have sex with men in Moscow, Russia: a cross-sectional study of infection awareness and engagement in care.  Sex Transm Infect. 2015 Aug 21. pii: sextrans-2015-052076. doi: 10.1136/sextrans-2015-052076. [Epub ahead of print] PMID:  26297721.

240. Davis WW, Mullany LC, Shwe Oo EK, Richards AK, Iacopino V, **Beyrer C**.  Health and Human Rights in Karen State, Eastern Myanmar.  PLoS One. 2015 Aug 26;10(8):e0133822. doi: 10.1371/journal.pone.0133822. eCollection 2015. PMID: 26308850.

241. Risher K, Mayer KH, **Beyrer C**.  HIV treatment cascade in MSM, people who inject drugs, and sex workers.  Curr Opin HIV AIDS. 2015 Nov;10(6):420-9. doi: 10.1097/COH.0000000000000200.  PMID: 26352393.

242. Mayer KH, **Beyrer C**.  Antiretroviral chemoprophylaxis: PROUD and pragmatism.Lancet. 2015 Sep 9. pii: S0140-6736(15)00153-1. doi: 10.1016/S0140-6736(15)00153-1. [Epub ahead of print] PMID:  26364262.

243. Martin CE, Wirtz AL, Mogilniy V, Peryshkina A, **Beyrer C**, Decker MR. Contraceptive use among female sex workers in three Russian cities.  Int J Gynaecol Obstet. 2015 Nov;131(2):156-60. doi: 10.1016/j.ijgo.2015.06.026. Epub 2015 Sep 5. PMID:  26387467.

244. **Beyrer C**.  Tailoring biomedical interventions for key populations.  Lancet HIV. 2015 Jan;2(1):e8-9. doi: 10.1016/S2352-3018(14)00037-X. Epub 2014 Dec 23. PMID: 26424235.

245. Davis WW, Mullany LC, Schissler M, Albert S, **Beyrer C**. Militarization, human rights violations and community responses as determinants of health in southeastern Myanmar: results of a cluster survey.  Confl Health. 2015 Oct 6;9:32. doi: 10.1186/s13031-015-0059-0. eCollection 2015. PMID:  26445595.

246. **Beyrer C**. The proper study of mankind.  Lancet. 2015 Oct 31;386(10005):1724-5. doi: 10.1016/S0140-6736(15)61217-X. Epub 2015 Jul 6. PMID:  26545422.

247. Strathdee SA, **Beyrer C**. HIV Outbreak in Indiana.  N Engl J Med. 2015 Oct;373(14):1380-1. doi: 10.1056/NEJMc1510396. No abstract available. PMID: 26422741.

248. de Voux A, Baral SD, Bekker LG, **Beyrer C**, Phaswana-Mafuya N, Siegler AJ, Sullivan PS, Winskell K, Stephenson R.  A social network typology of sexual risk-taking among men who have sex with men in Cape Town and Port Elizabeth, South Africa. *Cult Health Sex.* 2015 Nov. 16:1-15.  PMID 2659376.

249. Zahn R, Grosso A, Scheibe A, Bekker LG, Ketende S, Dausab F, Iipinge S, **Beyrer C**, Trapance G, Baral S.  Human Rights Violations among Men Who Have Sex with Men in Southern Africa: Comparisons between Legal Contexts.  PLoS One. 2016 Jan

November 2017/ C. Beyrer

14;11(1):e0147156. doi: 10.1371/journal.pone.0147156. eCollection 2016.  PMID: 26764467.

250. Gray GE, Laher F, Doherty T, Abdool Karim S, Hammer S, Mascola J, **Beyrer C**, Corey L. (2016) Which New Health Technologies Do We Need to Achieve an End to HIV/AIDS? *PLoS Biol* 14(3): e1002372. doi:10.1371/journal.pbio.1002372.

251. El-Bassel N, Gilbert L, Shaw SA, Mergenova G, Terlikbayeva A, Primbetova S, Ma X, Chang M, Ismayilova L, Hunt T, West B, Wu E, **Beyrer C**.  The Silk Road Health Project: How Mobility and Migration Status Influence HIV Risks among Male Migrant Workers in Central Asia.  *PLoS One.* 2016 Mar 11;11(3):e0151278. doi: 10.1371/journal.pone.0151278. eCollection 2016.  PMID: 26967159 Free PMC Article.

252. Csete J, Kamarulzaman A, Kazatchkine M, Altice F, Balicki M, Buxton J, Cepeda J, Comfort M, Goosby E, Goulao J, Hart C, Kerr T, Madrazo Lajous A, Lewis S, Martin N, Meija D, Camacho A, Mathieson D, Obot I, Ogunrombi A, Sherman S, Stone J, Vallath N, Vickerman P, Zabransky T, **Beyrer C.**  Public Health and International Drug Policy.  The Lancet Commissions. *The Lancet*, March 24, 2016.  Lancet. 2016 Apr 2;387(10026):1427-80. doi: 10.1016/S0140-6736(16)00619-X. Review. PMID: 27021149.

253. Wirtz AL, Mehta SH, Latkin C, Zelaya CE, Galai N, Peryshkina A, Mogilnyi V, Dzhigun P, Kostetskaya I, **Beyrer C.**  Comparison of Respondent Driven Sampling Estimators to Determine HIV Prevalence and Population Characteristics among Men Who Have Sex with Men in Moscow, Russia.  *PLoS One.* 2016 Jun 1;11(6):e0155519. doi: 10.1371/journal.pone.0155519. eCollection 2016.  PMID: 27248818 Free PMC Article.

254. Stahlman S, **Beyrer C,** Sullivan PS, Mayer KH, Baral SD.  Engagement of Gay Men and Other Men Who Have Sex with Men (MSM) in the Response to HIV: A Critical Step in Achieving an AIDS-Free Generation.  *AIDS Behav*. 2016 Apr 5. [Epub ahead of print] PMID: 27048235

255. Mishra S, Boily MC, Schwartz S, **Beyrer C,** Blanchard JF, Moses S, Castor D, Phaswana-Mafuya N, Vickerman P, Drame F, Alary M, Baral SD.  Data and methods to characterize the role of sex work and to inform sex work programmes in generalized HIV epidemics: evidence to challenge assumptions, *Annals of Epidemiology* (2016), doi: 10.1016/j.annepidem.2016.06.004.

256. Stahlman S, Lyons C, Sullivan P, Mayer K, Hosein S, **Beyrer C**, Baral SD.  HIV Incidence among Gay Men and Other Men who Have Sex with Men in 2020: Where is the Epidemic Heading? *Sexual Health*. SH16070: 07 June 2016.

257. Mayer K, Shisana O, **Beyrer C.**  AIDS 2016: from aspiration to implementation. *The*

44

*Lancet,* Volume 387 , Issue 10037 , 2484 – 2485.

258. Rubenstein LS, Amon JJ, McLemore M, Eba P, Dolan K, Lines R, **Beyrer C**. HIV, prisoners, and human rights. *The Lancet.* 2016 Jul 14. pii: S0140-6736(16)30663-8. doi: 10.1016/S0140-6736(16)30663-8.

259. Dolan K, Wirtz AL, Moazen B, Ndeffo-Mbah M, Galvani A, Kinner SA, Courtney R, McKee M, Amon JJ, Maher L, Hellard M, **Beyrer C,** Altice FL. Global burden of HIV, viral hepatitis, and tuberculosis in prisoners and detainees. *The Lancet.* 2016 Jul 14. pii: S0140-6736(16)30466-4. doi: 10.1016/S0140-6736(16)30466-4. PMID: 27427453

260. Telisinghe L, Charalambous S, Topp SM, Herce ME, Hoffmann CJ, Barron P, Schouten EJ, Jahn A, Zachariah R, Harries AD, **Beyrer C,** Amon JJ.HIV and tuberculosis in prisons in sub-Saharan Africa. *The Lancet*. 2016 Jul 14. pii: S0140-6736(16)30578-5. doi: 10.1016/S0140-6736(16)30578-5. [Epub ahead of print] PMID: 27427448.

261. **Beyrer C,** Kamarulzaman A, McKee M; Lancet HIV in Prisoners Group. Prisoners, prisons, and HIV: time for reform. *The Lancet.* 2016 Jul 14. pii: S0140-6736(16)30829-7. doi: 10.1016/S0140-6736(16)30829-7. [Epub ahead of print] No abstract available.

   PMID: 27427447.

262. **Beyrer C**, Baral SD, Collins C, Richardson ET, Sullivan PS, Sanchez J, Trapence G, Katabira E, Kazatchkine M, Ryan O, Wirtz AL, Mayer KH. The global response to HIV in men who have sex with men. *The Lancet.* 2016 Jul 9;388(10040):198-206. doi: 10.1016/S0140-6736(16)30781-4.

263. **Beyrer C,** Kresge, JK.  We're Not Done.  IAVI Report, 2016;20(2): 4-8.  PMID 27491173.

264. Stahlman S, Lyons C, Sullivan PS, Mayer KH, Hosein S, **Beyrer C**, Baral SD. HIV incidence among gay men and other men who have sex with men in 2020: where is the epidemic heading? *Sex Health.* 2016 Aug 5. doi: 10.1071/SH16070. [Epub ahead of print]. PMID:  27491699.

265. German D, Grabowski MK, **Beyrer C**. Enhanced use of phylogenetic data to inform public health approaches to HIV among men who have sex with men.  Sex Health. 2016 Sep 2. doi: 10.1071/SH16056. [Epub ahead of print]. PMID:  27584826.

266. Arrington-Sanders R, Morgan A, Oidtman J, Qian I, Celentano D, **Beyrer C**. A Medical Care Missed Opportunity: Preexposure Prophylaxis and Young Black Men Who Have Sex

With Men.  J Adolesc Health. 2016 Oct 5. pii: S1054-139X(16)30245-2. doi: 10.1016/j.jadohealth.2016.08.006. [Epub ahead of print]  PMID:  27720357.

267. Cáceres CF, Borquez A, Klausner JD, Baggaley R, **Beyrer C**. Implementation of pre-exposure prophylaxis for human immunodeficiency virus infection: progress and emerging issues in research and policy.  J Int AIDS Soc. 2016 Oct 18;19(7(Suppl 6)):21108. doi: 10.7448/IAS.19.7.21108.  PMID:  27760685.

268. **Beyrer C**, Makofane K, Orazulike I, Diouf D, Baral SD. Towards Equity in Service Provision for Gay Men and Other Men Who Have Sex with Men in Repressive Contexts. PLoS Med. 2016 Oct 25;13(10):e1002154. doi: 10.1371/journal.pmed.1002154.  PMID: 27780210.

269. Beckham SW, **Beyrer C**, Luckow P, Doherty M, Negussie EK, Baral SD. Marked sex differences in all-cause mortality on antiretroviral therapy in low- and middle-income countries: a systematic review and meta-analysis.  J Int AIDS Soc. 2016 Nov 8;19(1):21106. doi: 10.7448/IAS.19.1.21106. Review.  PMID:  27834182.

270. Holland CE, Kouanda S, Lougué M, Pitche VP, Schwartz S, Anato S, Ouedraogo HG, Tchalla J, Yah CS, Kapesa L, Ketende S, **Beyrer C**, Baral S.  Using Population-Size Estimation and Cross-sectional Survey Methods to Evaluate HIV Service Coverage Among Key Populations in Burkina Faso and Togo.  Public Health Rep. 2016 Nov;131(6):773-782. doi: 10.1177/0033354916677237.  PMID: 28123223

271. Macarayan E, Ndeffo-Mbah M, **Beyrer C**, Galvani AP. Philippine drug war and impending public health crisis. Lancet. 2016 Dec 10;388(10062):2870. doi: 10.1016/S0140-6736(16)32468-0.

272. Belaunzaran-Zamudio PF, Mosqueda-Gómez JL, Macías-Hernández A, Rodríguez-Ramírez S, Sierra-Madero J, **Beyrer C.**  Burden of HIV, Syphilis and Hepatitis B and C among inmates in a Prison State System in Mexico. AIDS Res Hum Retroviruses. 2017 Jan 17. doi: 10.1089/AID.2016.0271. [Epub ahead of print]

273. Kasaie P, Pennington J, Shah MS, Berry SA, German D, Flynn CP, **Beyrer C**, Dowdy DW. The Impact of Pre-Exposure Prophylaxis Among Men Who Have Sex With Men: An Individual-Based Model. J Acquir Immune Defic Syndr. 2017 Mar 10. doi: 10.1097/QAI.0000000000001354. [Epub ahead of print] PMID: 28291047.

274. Peitzmeier SM, Tomko C, Wingo E, Sawyer A, Sherman SG, Glass N, **Beyrer C**, Decker MR. Acceptability of microbicidal vaginal rings and oral pre-exposure prophylaxis for HIV prevention among female sex workers in a high-prevalence US city.  AIDS Care. 2017 Mar 8:1-5. doi: 10.1080/09540121.2017.1300628. [Epub ahead of print] PMID: 28271718.

275. Wirtz AL, Trapence G, Kamba D, Gama V, Chalera R, Jumbe V, Kumwenda R, Mangochi M, Helleringer S, **Beyrer C**, Baral S.  Geographical disparities in HIV prevalence and care

November 2017/ C. Beyrer

among men who have sex with men in Malawi: results from a multisite cross-sectional survey.  Lancet HIV. 2017 Feb 27. pii: S2352-3018(17)30042-5. doi: 10.1016/S2352-3018(17)30042-5. [Epub ahead of print] PMID: 28256422.

276. Hylton E, Wirtz AL, Zelaya CE, Latkin C, Peryshkina A, Mogilnyi V, Dzhigun P, Kostetskaya I, Galai N, **Beyrer C.**  Sexual Identity, Stigma, and Depression: the Role of the "Anti-gay Propaganda Law" in Mental Health among Men Who Have Sex with Men in Moscow, Russia.  J Urban Health. 2017 Feb 27. doi: 10.1007/s11524-017-0133-6. [Epub ahead of print] PMID: 28243868.

277. Wirtz AL, Clouse E, Veronese V, Thu KH, Naing S, Baral SD, **Beyrer C.**  New HIV testing technologies in the context of a concentrated epidemic and evolving HIV prevention: qualitative research on HIV self-testing among men who have sex with men and transgender women in Yangon, Myanmar.  J Int AIDS Soc. 2017 Apr 25;20(1):1-9. doi: 10.7448/IAS.20.01.21796. PMID: 28453242.

278. DeBeck K, Cheng T, Montaner JS, **Beyrer C**, Elliott R, Sherman S, Wood E, Baral S. HIV and the criminalisation of drug use among people who inject drugs: a systematic review.  *Lancet HIV*. 2017 May 12. pii: S2352-3018(17)30073-5. doi: 10.1016/S2352-3018(17)30073-5.  PMID: 28515014.

279. Wirtz AL, Naing S, Clouse E, Thu KH, Mon SHH, Tun ZM, Baral S, Paing AZ, **Beyrer C.** The Parasol Protocol: An Implementation Science Study of HIV Continuum of Care Interventions for Gay Men and Transgender Women in Burma/Myanmar.  *JMIR Res Protoc*. 2017 May 17;6(5):e90. doi: 10.2196/resprot.7642. PMID: 28526661.

280. Belaunzarán-Zamudio PF, Mosqueda-Gomez JL, Macias-Hernandez A, Sierra-Madero JG, Ahmed S, **Beyrer C**. (2017) Risk factors for prevalent hepatitis C virus-infection among inmates in a state prison system in Mexico Risk factors for prevalent hepatitis C virus-infection among inmates in a state prison system in Mexico. PLOS ONE 12(6): e0179931. https://doi.org/10.1371/journal.pone.0179931.

281. **Beyrer C**, Shisana O, Baral SD, Milsana M, Mayer KH, Pozniak A, Walker BD, Mboup S, Sohn AH, Serwadda D, Rees H, Dvoriak S, Warren M, Thiam S, El-Sadr WM, Hospital X, Ryan O, Thomson N, Bekker LG.  The Science of Durban, AIDS 2016.  *Journal of the International AIDS Society* 2017, **20**:21781.| http://dx.doi.org/10.7448/IAS.20.1.21781

282. **Beyrer C,** Das P, Horton R, Ryan O, Bekker LG.  The International AIDS Society-Lancet Commission on the future of the HIV response and global health.  *Lancet*. 2017 Jul 22;390(10092):344-345. doi: 10.1016/S0140-6736(17)31874-3. PMID: 28745592

283. Sow PS, Kippax S, Bras M, Mayer KH, Bekker LG, **Beyrer C.**  In memoriam: Mark Wainberg, PhD (1945-2017).  *J Int AIDS Soc.* 2017 Jul 13;20(1):1-2. doi: 10.7448/IAS.20.1.22206.   PMID: 28703508.

284. **Beyrer C,** Kamarulzaman A. Ethnic cleansing in Myanmar: the Rohingya crisis and human rights. *Lancet.* 2017 Sep 30;390(10102):1570-1573. doi: 10.1016/S0140-6736(17)32519-9. Epub 2017 Sep 21. PMID: 28943266

285. **Beyrer C**, Pozniak A. HIV Drug Resistance - An Emerging Threat to Epidemic Control. N Engl J Med. 2017 Oct 26;377(17):1605-1607. doi: 10.1056/NEJMp1710608. PMID: 29069566.

286. Shaver J, Sullivan P, Siegler A, de Voux A, Phaswana-Mafuya N, Bekker LG, Baral SD, Wirtz AL, **Beyrer C,** Brown B, Stephenson R. Comparing Provider and Client Preferences for HIV Prevention Services in South Africa among Men Who Have Sex with Men. *J Int Assoc Provid AIDS Care.* 2017 Jan 1:2325957417736611. doi: 10.1177/2325957417736611. PMID: 29108450.

287. Schwartz SR, Kavanagh MM, Sugarman J, Solomon SS, Njindam IM, Rebe K, Quinn TC, Toure-Kane C, **Beyrer C,** Baral S. HIV viral load monitoring among key populations in low- and middle-income countries: challenges and opportunities. J Int AIDS Soc. 2017 Nov;20 Suppl 7:43-49. doi: 10.1002/jia2.25003.

288. **Beyrer C ,** Wirtz AL, O'Hara G, Léon N, Kazatchkine M. The expanding epidemic of HIV-1 in the Russian Federation. *PLoS Medicine.* Published: November 28, 2017https://doi.org/10.1371/journal.pmed.1002462.

**Books**

**Beyrer C.** War in the Blood: Sex, Politics, and AIDS in Southeast Asia, Second Edition. (Zed Books, London, 2017.)

**Beyrer C.** War in the Blood: Sex, Politics, and AIDS in Southeast Asia. (Zed Books, London, 1998, White Lotus, Bangkok, 1998, and St. Martin's Press, New York, 1998. Thai Language Edition, *"Songkram Nai Luat,"* Chulalongkorn University Press, Bangkok, 2002).

**Beyrer C,** Pizer H, Eds.. Public Health and Human Rights: Evidence-Based Approaches. (Johns Hopkins University Press, Baltimore, 2007.)

Celentano DD, **Beyrer C**, Eds. Public Health Aspects of AIDS in Low and Middle Income Countries: Epidemiology, Prevention, and Care. (Springer Verlag, 2008.)

**Beyrer C,** Sifakis F, Baral SD, Wirtz A, Johns B, Walker D. The Global Epidemics of HIV Among MSM in Low and Middle Income Countries. (The World Bank, Washington DC, 2011.)

Kerrigan D, Wirtz A, Semini I, N'Jie N, Stanciole A, Butler J, Oelrichs R, **Beyrer C.**  The Global Epidemics of HIV Among Sex Workers. (The World Bank, Washington DC, 2012.)

Dutta A, Wirtz A, Stanciole A, Oelrichs R, Semini I, Baral S, Pretorius C, Haworth C, Hader S, **Beyrer C,** Cleghorn F.  The Global Epidemics of HIV Among People Who Inject Drugs. (The World Bank, Washington DC, 2012.)

**Book Chapters**

1. **Beyrer C.**  "Women:  Wives, Mothers, Daughters." In Constructing Sexualities:  Readings in Sexuality, Gender, and Culture.  Ed: LaFont S. (Prentice Hall, Upper Saddle River, NJ, 2002.):340-346.

2. **Beyrer C.** "Burma and Cambodia:  Human Rights, Social Disruption and the Spread of HIV/AIDS."  In War on Drugs, HIV/AIDS and Human Rights. Ed: Malinowska-Sempruch K, Gallagher S. (International Debate Education Association, New York, 2004):239-253

3. **Beyrer C**, Stephens, HAF. "Transmission of HIV and other infectious diseases in Southeast Asia:  genetic and cultural factors."  In AIDS in Asia.  Eds: Lu Y, Essex M. (Kluwer Academic/Plenum Publishers, New York, 2004):317-336.

4. **Beyrer C.** "The AIDS Pandemic: An Introduction."  In The AIDS Pandemic: Impact on Science and Society. Eds: Mayer K, Pizer H.(Elsevier Science, London, 2005.):1-13.

5. **Beyrer C**, Kumarasamy A, Pizer H. "Asia:  Health Meets Human Rights." In The AIDS Pandemic:  Impact on Science and Society.  Eds: Mayer K, Pizer H.(Elsevier Science, London, 2005.):374-398.

6. **Beyrer C.** "The Thai VaxGen Trial:  What have we learned?" In AIDS Vaccine Development:  Challenges and Opportunities. Eds: Koff W, Kahn P., Gust I. (Caister Academic Press, Norfolk, UK, 2007.)

7. **Beyrer C.** "Responding to Epidemic Disease Threats in Burma and Lessons for China: Why Good Governance Matters." In Crisis Preparedness. Asia and the Global Governance of Epidemics. Ed: Quah SR. (The Walter H. Shorenstein Asia-Pacific Research Center, 2007.)

8. **Beyrer C**, Zenilman J.  "STDs, HIV/AIDS and Migrant Populations." In Sexually Transmitted Diseases, Fourth Edition.  Eds: Holmes KK, Sparling PF, Stamm WE, Piot P, Wasserheit JW, Corey L, Cohen M, Watts H. (McGraw Hill, 2007).

9. **Beyrer C.**  "Public Health and Human Rights: An Introduction".  In Public Health and Human Rights: Evidenced-Based Approaches.  (Johns Hopkins Press, 2007).

10. **Beyrer C**.  "Using Molecular Tools to Track Epidemics and Investigate Human Rights and Disease Interactions".  In <u>Public Health and Human Rights: Evidenced-Based Approaches</u>.  (Johns Hopkins Press, 2007).

11. **Beyrer C**, Terzian A, Lowther S, Zambrano J, Mwandralinga KM, Galai N.   "Civil Conflict and Health Information: The Case of DR Congo".  In <u>Public Health and Human Rights: Evidenced-Based Approaches</u>.  (Johns Hopkins Press, 2007).

12. Gauri V, Vaillancourt D, **Beyrer C**.  "From Human Rights Principles to Public Health Practice: HIV/AIDS Policy in Brazil".  In <u>Public Health and Human Rights: Evidenced-Based Approaches</u>.  (Johns Hopkins Press, 2007).

13. Cohen J, **Beyrer C,** Kass N.  "Responding to the Global HIV/AIDS Pandemic: Perspectives from Human Rights and Public Health Ethics".  In <u>Public Health and Human Rights: Evidenced-Based Approaches</u>.  (Johns Hopkins Press, 2007).

14. **Beyrer C**. "Shan Women and Girls and the Sex Industry in Southeast Asia; Political Causes and Human Rights Implications". In <u>Health and Human Rights :</u> (Ashgate, 2007)

15. **Beyrer C**, Baral S, Mehta S. "The International Drug Epidemic."  In <u>The Social Ecology of Infectious Diseases.</u>  Eds. Mayer & Pizer (Academic Press, 2008.).

16. **Beyrer C**, Franck NF, Suwanvanichkij V, Thaung H.  "HIV/AIDS in Burma:  Public Health Constrained." In:  Celentano DD, **Beyrer C**, Eds.  <u>Public Health Aspects of AIDS in Low and Middle Income Countries:  Epidemiology, Prevention, and Care.</u> (*Springer Verlag,* 2008).

17. **Beyrer C**, Sherman S, Baral S.  "Harm Reduction, Human Rights and Public Health."  In HIV Prevention. (Academic Press, 2008).

18. Celentano DD, Davis W, **Beyrer C**.  "Epidemiology of HIV/AIDS in Low- and Middle-Income Countries: Where Global AIDS is and Where it's Going." In:  Celentano DD, **Beyrer C**, Eds.  <u>Public Health Aspects of AIDS in Low and Middle Income Countries: Epidemiology, Prevention, and Care.</u> (*Springer Verlag,* 2008).

19. Beyrer C, Davis W, Celentano DD.  "The HIV/AIDS Epidemics of Africa." In:  Celentano DD, **Beyrer C**, Eds.  <u>Public Health Aspects of AIDS in Low and Middle Income Countries: Epidemiology, Prevention, and Care.</u> (*Springer Verlag,* 2008).

20. Beyrer C, Davis W, Celentano DD.  "The HIV/AIDS Epidemics in the Former Soviet Union, Central Asia, and Iran." In:  Celentano DD, **Beyrer C**, Eds.  <u>Public Health Aspects of AIDS in Low and Middle Income Countries:  Epidemiology, Prevention, and Care.</u> (*Springer Verlag,* 2008).

November 2017/ C. Beyrer

21. Celentano DD, Davis W, **Beyrer C,** del Rio C. "The HIV/AIDS Epidemics of the Americas." In:  Celentano DD, **Beyrer C**, Eds.  Public Health Aspects of AIDS in Low and Middle Income Countries:  Epidemiology, Prevention, and Care. (*Springer Verlag,* 2008).

22. Archibald C, Bastos F, **Beyrer C**, Nick Crofts N, Don Des Jarlais D, Grund JP, Hacker M, Heimer R, and Saidel T.   "The nature and extent of HIV/AIDS among injecting drug users." In Evidence For Action: Establishing the Evidence-Base for Effective HIV Prevention among Injecting Drug Users. (World Health Organization, Geneva, 2009).

23. **Beyrer C,** Baral S. "HIV, Sexually Transmitted Diseases, and Human Rights."  In Sexually Transmitted Infections. Ed: Gaydos and Gupta. (Elsevier, 2011).

24. **Beyrer C.** Point of View "Men Who Have Sex with Men, HIV, and Human Rights: A Call to Action." In Health and Human Rights in a Changing World. (Routledge, 2013).

25. Baral S, Papworth E, Logie C, **Beyrer C.**  "LGBT Health:  Global Perspectives and Experiences."  In The Fenway Guide to the Lesbian, Gay, Bisexual, and Transgender Health, 2nd Edition. (American College of Physicians, Philadelphia, 2015).

**Other Articles and Editorials not peer reviewed**

1. **Beyrer C**. Chinese Torture of Ethnic Tibetans [Letter]. *New York State J. of Med.*1988 Jun;88(6):331.

2. Smith H, **Beyrer C**, Benons L, Hospedales J. Measles Elimination: the Caribbean [Letter]. *The Lancet*, 9-23-92.

3. Davis K, Bialek R, Chaulk P, **Beyrer C**, Cowley P, Harlow J. Financing Health Care for Persons with HIV Infection and AIDS. A report for the National Commission on AIDS. June, 1991.

4. Khamboonruang C, Natpratan C, Eiumtrakul S, **Beyrer C**, Nelson KE, Celentano DD. Thai PAVE Project Preparatory Studies for HIV Vaccine Trials: A Summary.  Pp. 10-16 in: *Preparations for HIV/AIDS Vaccine Evaluations in Northern Thailand (PAVE)*. ISBN 974-565-773-5.  Chiang Mai**,** Thailand: Research Institute for Health Sciences, 1994.

5. **Beyrer C**, Suprasert S, Sittitrai W, Celentano DD, Phanuphak P.  An HIV prevalence and risk Factor survey among the Hilltribe and ethnic groups of upper northern Thailand. Special Publication, Thai Red Cross Society Programme on AIDS, Bangkok, 1995.

November 2017/ C. Beyrer

6.  **Beyrer C**.  HIV Vaccine Evaluations: Efficacy Trial Considerations.  **In**: SK Lam, KP Ng, YF Ngeow (Eds.), *Proceedings of the Workshop on the Epidemiology of HIV and AIDS: Methods, Approaches, and Applications*.  Kuala Lumpur: University of Malaya, 1996: 103-107.

7.  **Beyrer C**.  An Introduction to HIV and AIDS Epidemiology.  **In**: SK Lam, KP Ng, YF Ngeow (Eds.), *Proceedings of the Workshop on the Epidemiology of HIV and AIDS: Methods, Approaches, and Applications*.  Kuala Lumpur: University of Malaya, 1996: 41-45.

8.  Nelson KE, Celentano DD, Eiumtrakul S, **Beyrer C**, Suprasert S, Hoover D, Kuntolbutra S, Khamboonruang C.  Thai program increases men's use of condoms with sex workers [digest].  Intern Fam Plan Persp 1996; 22:177-78.

9.  **Beyrer C**, Doherty F.  Out of Control; the HIV/AIDS Epidemic in Burma.  *The New Internationalist* 1996, Vol. 240:6;23-24.

10. **Beyrer C**, Doherty F.  Out of Control 2; the HIV/AIDS Epidemic in Burma.  A Report on the Current Status of the HIV/AIDS and Heroin Epidemics, Policy Options, and Policy Implications.  Special Report: Southeast Asian Information Network, Bangkok, Thailand, 1998.

11. **Beyrer C**.  *War in the Blood; Sex, Politics and AIDS in Southeast Asia*.[Excerpts] *Burma Debate* 1998;5(2):4-12.

12. La Montagne JR, Rabinovich R, Curlin G, **Beyrer C**, Gellin B, et al.  *Task Force on Safer Childhood Vaccines: Final Report and Recommendations.* National Institute of Allergy and Infectious Diseases, N.I.H., Jan. 1998.

13. Yu XF, Chen J, Shao Y, **Beyrer C**, Lai S.  Two subtypes of HIV-1 among injection-drug users in southern China [Letter].  *The Lancet* 1998;**351**:1250.

14. **Beyrer C**, Kunawararak P, Celentano DD, Nelson KE.  The epidemiology of HIV among male commercial sex workers in Northern Thailand [Letter].  *AIDS,* 1996, **1:**113.

15. **Beyrer C**, Nelson.  Loss to follow-up effect in investigations of HIV-1 incidence [Letter].  *The Lancet* 1997;**349:**649-650.

16. Chelala C, **Beyrer C**.  Drug use fueling Asian AIDS epidemic.[Editorial].  *The Japan Times* 1999, Oct. 8th.

17. Chelala C, **Beyrer C**.  Drug use and HIV AIDS in Burma.[Editorial]. *The Lancet* 1999;**354**:1119.

18. **Beyrer C**.  The Health and Humanitarian Situation of Burmese Populations Along the Thai-Burma Border. *Burma Debate* 1999;VI(3):4-13.

November 2017/ C. Beyrer

19. **Beyrer C.**  A brief history of opiate use in Asia.  Millennium Essay,  *Asian Harm Reduction Network Newsletter*, 2000;1:7-10.

20. **Beyrer C,** Kass N.  Human Rights and Research Ethics in Singapore. [Letter]. *Lancet* 2002;360(9349):1982-83.

21. **Beyrer C**.  Global Sex, by Dennis Altman.  Book Review. *Social Sci. and Med* 2003;56(6):1369-70.

22. **Beyrer C.**  Dual Loyalty and Human Rights in Health Professional Practice.  Book Review. *JAMA* 2003;290(5):671-672.

23. **Beyrer C.**  Government must protect Burmese, hill-tribe people.  Editorial.  *The Nation*, Bangkok, Thailand, 16-07-2004.

24. **Beyrer C.**  Sickness and Wealth:  The Corporate Assault on Global Health.  Book Review.  *JAMA 2005*;293(9):1142-1143.

25. **Beyrer C,** Mair J, Zambrano J.  *From the Inside Out: talking to incarcerated women about Health Care*. D.C. Prisoners' Legal Services Project and Johns Hopkins Bloomberg School of Public Health, 2005.

26. **Beyrer C,** Mullany L, Richards A, Samuels A, Suwanvanichkij V, Franck N, Lee TJ. Responding to AIDS, TB, Malaria and Emerging Infectious Diseases in Burma: Dilemmas of Policy and Practice.  Special Report, March 27th, 2006.  The Center for Public Health and Human Rights, Johns Hopkins University.

27. **Beyrer C,** Suwanvanichkij J. "...And in Another, AIDS in Retreat."  Editorial.  *The New York Times*, New York, 2006, August 12th.

28. **Beyrer C,** Suwanvanichkij J. "...And in Another, AIDS in Retreat."  Editorial.  *The International Herald Tribune*, 2006, August 13th.

29. **Beyrer C**, Stover E. Aid and Sanctions in Burma. Editorial. *The Boston Globe*, Boston, 2007, June 16th.

30. Stover E, **Beyrer C,** Suwanvanichkij V, Moss A, Tuller D, Lee TJ, Whichard E, Shigekane R, Mathieson D. The Gathering Storm: Infectious Diseases and Human Rights in Burma. Special Report, 2007 July. The Center for Public Health and Human Rights, Johns Hopkins University.

31. Solomon S, **Beyrer C.** HIV Infection, Injecting Drug Use, and Harm Reduction. Editorial. *Global AIDSLink*. Published by The Global Health Council, September/October 2007, #105.

32. Frost K, **Beyrer C**. "Empowering Men who Have Sex with Men to Fight AIDS." Monday, August 06, 2007. (Windy City Times, Washington Blade, Out in Perth.)

33. **Beyrer C,** Jared G. "Burma's next wave of dying." Editorial. *The Boston Globe*, May 2008.

34. **Beyrer C,** Donaghue F**, "**An unnatural disaster in Burma**."** Editorial. *The Boston Globe***,** December 2, 2008.

35. Sollom R, **Beyrer C,** Sanders D, Donaghue F. "Health in Ruins: A Man-Made Crisis in Zimbabwe", Tuesday, January 13, 2009.  An Emergency Report by Physicians For Human Rights. Cambridge, Massachusetts.

36. **Beyrer C,** Donaghue F, "In Zimbabwe, A Cancer Called Mugabe."  Editorial, The Washington Post, January 7th, 2009.

37. Suwanvanichkij V, Mahn Mahn, Maung C, Daniels B, Murakami N, Wirtz A, **Beyrer C**. "After the Storm:  Voices from the Delta."  Special Report by The Emergency Assistance Teams Burma and the Center for Public Health and Human Rights, February, 26th, 2009, Johns Hopkins University.

38. **Beyrer C**, Sollom R. "Burma's Rising Toll:  The junta widens a war on ethnic groups." The Washington Post, September 3rd, 2009.

39. Tutu D. "Love all God's children, straight or gay."  The Washington Post, March 12, 2010. [Drafted by CB]

40. Diagnosis Critical:  Health and Human Rights in Eastern Burma. Special Report of the Center for Public Health and Human Rights, JHSPH, and its partners. October, 2010.

41. Haunok W, **Lester E.** "Punished for a Visit."  The Irrawaddy, November, 2010. [Ed Lester is a pseudonym for CB.]

42. Sollom R, Beyrer C, Richards A, Suwanvanichkij V, Parmar P, Mullany L, Bradshaw J. "Life Under the Junta:  Evidence of Crimes Against Humanity in Burma's Chin State." Special Report, Physicians for Human Rights, January, 2011. (PHR, Boston MA)

43. **Beyrer C. "**A requiem for the fallen from the early days of AIDS."  *The Lancet*; 378(9803), Page 1619, 5 November 2011.

44. Collins C, Ryan O, Baral SD, **Beyrer C**. "Achieving an AIDS-Free Generation for Gay Men and Other MSM."  Special Report. amfAR The Foundation for AIDS Research and The Johns Hopkins Center for Public Health and Human Rights, January 15th, 2012.

45. Audoin B, **Beyrer C**.  "Russia's Retrograde Stand on Drug Abuse." *The New York Times/International Herald Tribune*. March 2nd, 2012

46. Global Commission on HIV and the Law.  "HIV and the Law: Risks, Rights & Health." July 9th 2012. (UNDP, Special Report, New York, NY.)

47. Beletsky L, **Beyrer C**, Cleary PD, Cordero JF, Curran J, Frenk J, Gable L, Gostin LO, Gruskin S, Kazatchkine M, McKee M, Piot P, Rimer B, Shortell S, Strathdee SA, Wiley L.   Brief of Deans and Professors of Public Health and Organizations Working in Public Health Policy and Implementation as *Amici Curiae* in Support of Respondents.  Supreme Court of the United States, AOSI vs AID, Washington, DC, 2013.

48.  **Beyrer C**. "Yes, Let's Tell Gay Men the Truth." *The Gleaner*, Jamaica. July 28th, 2013.

49. **Beyrer C.**  "End the senseless syringe funding ban:  Providing sterile syringes to people who inject drugs minimizes the spread of both HIV and hepatitis C." *The Baltimore Sun*, December 11, 2013.

50. **Beyrer C**. Bekker LG "The Work Undone in HIV".  *Mail & Guardian* HIV Research for Prevention,  October 24th 2014.

51.  Gray G, Coovadia J, **Beyrer C,** Higginbotham D, Kiguli J, Kramer B, McIntrye J, Nel J, van Niekerk J, Pepper J, Singh J, Steyn M, Dugmore H.   Diversity in Human Sexuality: Implicaitons for Policy in Africa.  Academy of Science of South Africa Special Study Report. (Pretoria, South Africa, June, 2015.)

52. **C Beyrer.**  Sex Workers Rights Are Human Rights.  Huffington Post, August 6, 2015.

53. **Beyrer C,** Freidman M, Baral S.  In Response to Rentboy Bust, the Case for Decriminalizing Sex Work.  The Huffington Post, September 8, 2015.

54.  Poonsaketwattana M, Kraus S, **Beyrer C.**  Can new drug stop HIV among gay men? Bangkok Post, September 22, 2015.

55. **Beyrer C**, A Fauci.  Time to write the last chapter on HIV.  CNN Opinion, November 30th, 2015.

56. **Beyrer C.**  It May be World AIDS Day, But It's Too Soon to Declare Victory.  US News and World Report, Dec 1, 2015.

November 2017/ C. Beyrer

57. **Beyrer C.** The inclusion of all populations. Huffington Post World Post (Blog: 06/20/2016).

58. **Beyrer C,** Blum R, Poteat TC. "Hopkins faculty disavow 'troubling' report on gender and sexuality." Baltimore Sun, September 28th, 2016.

59. **Beyrer C.** To end HIV, discriminatory laws must be repealed. STAT, July 26th, 2017.

**Abstracts**

1. **Beyrer C**, Nelson KE, Natpratan C, Linpisarn S, Rungruengthanakit K, Keawvichit R, and Khamboonruang C. Preliminary baseline prevalence of selected sexually transmitted diseases, including hepatitis N, in two cohorts of HIV-1 seronegative adults in northern Thailand. RIHES Annual Meeting, 21-22 July 1993.

2. Wongworapat K, Wannarumol S, Putsyainunt R, Keawvichit R, Wannarumol N, Natpratan C, **Beyrer C**, Nelson KE, and Khamboonruang C. A comparison of prevalent sexually transmitted diseases between direct and indirect HIV-1 seronegative female commercial sex workers in the Thai PAVE cohort. Mahidol Day, Chiang Mai University, Chiang Mai, 24 September 1993.

3. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE. Baseline prevalence of selected sexually transmitted diseases in direct and indirect HIV-1 seronegative commercial sex workers in northern Thailand. Conference of Advances in AIDS Vaccine Development, The 6th NCVDG Meeting, Alexandria, VA, 30 Oct-Nov. 4, 1993.

4. **Beyrer C**, Nelson KE, Eiumtrakul S, Celentano DD, Kaldor J, Khamboonruang C. Estimating HIV-1 Incidence from Serial Prevalence Data Using the Birth Cohort Method: An Application Using Data from Royal Thai Army Cohorts in Northern Thailand. The 6th NCVDG Meeting, Alexandria VA, 30 Oct-Nov. 4, 1993.

5. Nelson KE, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Khamboonruang C. HIV Vaccine Preparedness Studies in Four Cohorts of High Risk Seronegative Adults in N. Thailand. The 6th NCVDG Meeting, Alexandria VA, 30 Oct-Nov. 4, 1993.

6. Celentano DD, **Beyrer C**, Natpratan C, Nelson KE, Khamboonruang C. Baseline Behavioral Characteristics of a cohort of High Risk HIV-1 Seronegative Male STD Clinic Users in Northern Thailand. The 6th NCVDG Meeting, Alexandria VA, Oct 30-Nov. 4, 1993.

7.  Akarasewi P, Nelson KE, Suprasert S, Wright N, **Beyrer C**, Celentano DD.  Risk Factors for HIV-1 Infection in Female Commercial Sex Workers in N. Thailand.  The 9th International Conference on AIDS, Berlin, June 1994.(P0-C14-2898).

8.  Khamboonruang C, Natpratan C, Eiumtrakul S, **Beyrer** C, Celentano DD, Nelson KE. "Self-treatment for sexually transmitted diseases among northern Thai men: A comparison of male STD clinic users and Royal Thai Army conscripts in the Thai PAVE cohorts." Annual National Conference on Health Behavior, Songkhla, Thailand, 1994.

9.  Nelson KE, Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD. HIV incidence in adults in northern Thailand. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy, Orlando, Florida, 4-7 October 1994.

10. Linpisarn S, **Beyrer C**, Eiumtrakul S, Natpratan C, Nelson KE, Khamboonruang C. Sexual behavior and risk of hepatitis B infection among northern Thai men. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

11. Eiumtrakul S, Keawvichit R, **Beyrer C**, Celentano DD, Nelson KE, Khamboonruang C. Risks for prevalent syphilis infection among northern Thai military conscripts. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

12. Wongworapat K, Keawvichit R, Natpratan C, **Beyrer C**, Nelson KE, Khamboonruang C. Changing gonorrhea and chlamydia infection rates among female commercial sex workers in northern Thailand. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

13. Natpratan C, **Beyrer C**, Celentano DD, Nelson KE, Khamboonruang C. Risk factors for incident HIV infection among female commercial sex workers in nothern Thailand. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

14. Khamboonruang C, Celentano DD, Eiumtrakul S, Sussman L, **Beyrer C**, Nelson KE. Factors associated with participation in HIV preventive vaccine trails among northern Thai military conscripts: Results from the Thai PAVE Project.  The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

15. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano D, Nelson KE. Incident HIV and STDs in direct and indirect commercial sex workers (CSWs) in Thailand.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994. (oral presentation).

16. Renzullo P, **Beyrer C**, Nelson KE, Celentano DD, Eiumtrakul S, and Khamboonruang C. HIV-1 infection in young men discharged from the army. Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994.

17. Wang Z, Yu XF, **Beyrer C**, Khamboonruang C, Nelson KE. Characterization of E subtype HIV-1 from AIDS patients and recent seroconverters in northern Thailand.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994.

18. Khamboonruang C, **Beyrer F**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  HIV incidence in adults in northern Thailand. Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994. (oral presentation)

19. Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C, Celentano DD, Wright N. HIV prevalence and risk behavior in young men in northern Thailand, 1991-1993.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994 (accepted for poster presentation).

20. Mascola J, Yu XF, Wang E, **Beyrer C**, Khamboonruang C, Nelson KE, McCutchan F, McNeil J, Burke D.  "Conservation of neutralization serotype among clade B and E viruses despite V3 loop sequence variation."  Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

21. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  HIV incidence in adults in northern Thailand.  Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

22. Natpratan C, Kunawararak P, **Beyrer C**, Feng W, Khamboonruang C, Nelson KE.  HIV-1 incidence and prevalence among male commercial sex workers in northern Thailand.  Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

23. Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C.  HIV-1 prevalence and changes in risk behavior among young men in northern Thailand. Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

24. Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Sussman L, Renzullo P, Nelson KE, Khamboonruang C.  Inducements and barriers to HIV vaccine trial participation among high risk cohorts in northern Thailand, 1994. Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

25. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE.  "Integrating HIV/AIDS prevention into the Royal Thai Army reduces HIV and STD risks among young Thai conscripts.  Third USAID HIV/AIDS Prevention Conference, Washington DC, 1995.[Oral Presentation].

26. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Khamboonruang C, Nelson KE.  "Preventive interventions among Thai conscripts reduce HIV/ STD."  Eleventh Meeting of the International Society for STD Research, New Orleans, LA, 1995.

27. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE.  "Integrating HIV/AIDS prevention into the Royal Thai Army reduces HIV and STD risks among young Thai conscripts.  123rd Annual Meeting of the American Public Health Association, San Diego, CA, October, 1995.

28. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE.  "Cohort development in northern Thailand: HIV incidence studies among male and female STD clinic users. Third China International Symposium on AIDS, Beijing, December, 1995.

29. **Beyrer C**, Khamboonruang C, Eiumtrakul S, Celentano DD, Nelson KE.  "Declining HIV Infections among young men in northern Thailand: The Royal Thai Army cohort studies." Third China International Symposium on AIDS, Beijing, December, 1995.

30. **Beyrer C** Suprasert S, Sittitrai W, Celentano DD, Phanuphak P.  "Migration and HIV among the hilltribes of northern Thailand."  First Technical Consultation, Asian Center for Research on Migration, Bangkok, May, 1995.

31. Yu XF, Wang E, **Beyrer C**, Celentano DD, Khamboonruang C, Suprasert S, Nelson KE.  "Characterization of E subtype HIV-1 from recent seroconverters in northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand.  September, 1995.  (Oral Presentation).

32. Renzullo P, **Beyrer C**, Nelson KE, Celentano DD, Eiumtrakul S, Khamboonruang C, Ruangyuttigarn C.  "HIV-1 Infection Risk in Young Men Discharged from the Army." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995. (Oral Presentation).

33. Celentano DD, Bond K, Na Chiang Mai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE.  "HIV Prevention in the Royal Thai Army Reduces HIV Risks Among Conscripts."  Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995. (Oral Presentation).

34. Natpratan C, Nantakwan D, **Beyrer C**, Kunawararak P, Gunhom C, Khamboonruang C, Nelson KE.  "Feasibility of Northern Thai Factory Workers for HIV Vaccine Trials." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

35. **Beyrer C**, Brookmeyer R, Natpratan C, Ruckpaophunt S, Nelson KE, Khamboonruang C.  "Measuring HIV-1 incidence in northern Thailand; prospective cohort results and estimates based on early diagnostic tests."  Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

36. **Beyrer C**, Suprasert S, Celentano DD, Nelson KE, Phanupak P, Sittitrai W.  "HIV/AIDS Knowledge, Attitudes and Perceptions among nine ethnic minority groups in northern Thailand."  Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

37. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  "HIV incidence in adults in northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

38. Suprasert S, **Beyrer C**, Celentano DD, Nelson KE, Phanupak P, Sittitrai W.  "HIV Prevalence among Nine Ethnic Minority Groups in Northern Thailand."  Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

39. Sussman L, Celentano DD, **Beyrer C**, Natpratan C, Khamboonruang C, Nelson KE.  "Enabling Sex Workers to Prevent HIV/STD Infection." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

40. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano DD, Nelson KE.  "HIV Prevalence among Male and female STD Clinic Users in Northern Thailand."  Third US Retrovirology Meeting, Washington DC, January, 1996.

41. **Beyrer C**, Celentano DD, Natpratan C, Feng W, Khamboonruang C, Nelson KE.  "Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand?"  Eighth NCVDG, Bethesda MD, Feb. 1996. (Oral Presentation, Brief Definitive Reports)

42. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano DD, Nelson KE.  "Screening Results for a cohort of Male and Female STD Clinic Users in Northern Thailand."  Eighth NCVDG, Bethesda MD, Feb. 1996.

43. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE. "Cohort development in northern Thailand; HIV incidence studies among male and female STD clinic users."  Eighth Annual NCVDG, Bethesda MD, Feb. 1996.

44. **Beyrer C**, Suprasert S, Celentano DD, Nelson KE, Phanupak P, Sittitrai W.  "Widely varying HIV prevalence and risks among 9 ethnic minority groups in Northern Thailand." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

45. Kunawararak P, **Beyrer C**, Pongthong J, Thirasawat A, Natpratan C.  HIV Incidence among male commercial sex workers in northern Thailand, 1989-1995. Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.[Oral Presentation]

46. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  "HIV incidence in adults in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

47. Cheodchai C, Rungruengthanakit K, Mason C, Markowitz L, **Beyrer C**, Kitsiripornchai C, Nitayaphan S, Michael R, Nelson KE.  "Association of Chancroid seroprevalence with HIV-1 seroprevalence in young Thai men."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

48. Nelson KE, Celentano DD, Eiumtrakul S, Hoover D, **Beyrer C**, Kuntolbutra S, Khamboonruang C.  "Behavioral dynamics of declining HIV infection rates among young men in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

November 2017/ C. Beyrer

49. Lind van Wijngaarden J, Chiancharoen C, **Beyrer C.** "A peer-based HIV intervention for men who have sex with men in urban Chiang Mai, northern Thailand.  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

50. Renzullo P, Nelson KE, Celentano DD, **Beyrer C**, Eiumtrakul S, Garner R, McNeil J, Khamboonruang C.  "HIV-1 infection risk behavior change in a cohort of Thai men during and after military service." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

51. Rugpao S, Wongchak T, **Beyrer C**, Khamboonruang C, Yutabootr Y, Celentano DD, Nelson KE.  "Frequency of condom use and breakage and slippage in commercial sex in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.(Oral Presentation)

52. Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Nelson KE, Go V, Khamboonruang C.  "Sexual mixing and condom use among high risk seronegative men in northern Thailand."   Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

53. Chuenchitra C, Rungreungthanakit K, Mason C, Markowitz L, **Beyrer C**, Kitsiripornchi C, Khamboonruang C, Nitayaphan S, Michael R, Nelson KE, Maclean i.  Association of Chancroid seroprevalence with HIV-1 seroprevalence in young Thai men.  Third U.S. Retrovirology Meeting, Virginia, February, 1997.

54. Kingkaew M, Suriyachai V, Mason C **Beyrer C**, Suriyanon S, Natpratan C, Nelson KE, Maclean I, Khamboonruang C.  Evaluation of Chancroid ELISA for Epidemiologic study in Thailand.  Annual Research Conference, Chiang Mai University, June, 1997.

55. Khamboonruang C, Cegielski P, Celentano DD, Suprasert S, Eiumtrakul S, Beyrer C, Nelson KE.  Experiences and lessons learned from the HIV vaccine feasibility cohort: Incidence could be reduced in the absence of vaccine.  Joint International Tropical Medicine Meeting, Bangkok, August, 1997.

56. Stephens H, **Beyrer C**, Mastro T, Klathong V, Kunachiwa S, Fongsatikul C, Khamboonruang C, Limpakarnjanarat K, Mason C, Michael R, Artenstein A, Nelson KE, Chandanayingyong D.  "HLA Class I alleles in a cohort of HIV-1 highly-exposed persistently seronegative (HEPS) commercial sex workers in northern Thailand." Third International Meeting on HIV and Immunoregulation, Wales, UK, September, 1997.

57. Nelson KE, Celentano DD, **Beyrer C**, Khamboonruang C, Eiumtrakul S.  "Declining HIV Infection rates resulting from recent behavior change in Thailand."  Institute of Human Virology, University of Maryland, 1997 Annual Meeting, Baltimore, September, 1997.

58. Celentano DD, Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C.  "Condom use in Thailand: Do individual use patterns support national STD trends?"  Plenary session, International Society STD Research, Seville, Spain, October, 1997.

November 2017/ C. Beyrer

59. **Beyrer C,** VanCott T, Peng NK, Artenstein A,  Duriasamy G, Nagaratnam S, Saw TL, Loomis-Price L, Hallberg P, Nelson KE.  "HIV-1 Subtypes in Malaysia; Segregation by Risk."  Fourth International Congress on AIDS in Asia, Manila, October, 1997.

60. **Beyrer C,** Kunawararak P, Natpratan C, Khamboonruang C, Celentano DD, Nelson KE.  "The role of same-sex behavior in the HIV epidemic among northern Thai men."   Fourth International Congress on AIDS in Asia, Manila, October, 1997.

61. Celentano DD, Juttiwutikorn J, Hodge M, **Beyrer C**, Cegielski P, Nelson KE.  "HIV-1 Incidence among Opiate Users in northern Thailand."  Fourth International Congress on AIDS in Asia, Manila, October, 1997.

62. Celentano DD, Nelson KE, Lyles C, **Beyrer C**, Eiumtrakul S, Go V, Khamboonruang C.  "Declining Incidence of HIV and STDs in young Thai men."  Fourth International Congress on AIDS in Asia, Manila, October, 1997.

63. Khamboonruang C, Cegielski P, Eiumtrakul S, Suwanarach C, **Beyrer C,** Celentano DD, Nelson KE.  "Changes in sexual risk behaviors among young men in northern Thailand, 1995-1997." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

64. Khamboonruang C, Cegielski P, Natpratan C, **Beyrer C,** Celentano DD, Nelson KE.  "Condom use with stable female sexual partners by men attending STD/Anonymous testing clinics (ATC) in northern Thailand, 1995-1997." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

65. Khamboonruang C, Tovanabutra S, Wongtrakul K, Sittisombat N, Cegielski P, **Beyrer C**, Eiumtrakul S, Suwanarach C, Nelson KE.  "Analysis of HIV-1 subtype in northern Thailand by heterduplex mobility assay (HMA).  Fourth Asia-Pacific Congress on Medical Virology, Seoul, Korea,  November, 1997

66. **Beyrer C,** Khamboonruang C, Natpratan C, Renzullo P, Cegielski P, McNeil J, Nelson KE.  Community Cohorts for HIV-1 Vaccine Trials in Northern Thailand; The Thai HIVNET/WRAIR collaboration. The 12th International Congress on AIDS, Geneva, 1998.

67. **Beyrer C,** Kunawararak P, Natpratan C, Khamboonruang C, Celentano DD, Nelson KE.  The role of same-sex behavior in the HIV epidemic among Northern Thai men. The 12th International Congress on AIDS, Geneva, 1998.

68. Nelson KE, Eiumtrakul S, Celentano DD, **Beyrer C**, Kuntolbutra S, Khamboonruang C.  HIV infection in young men in northern Thailand, 1991-1997: Increasing role of injection drug use. The 12th International Congress on AIDS, Geneva, 1998.[1517/43555]

62

69. Cegielski JP, Natpratan C, Cheepsattayakorn A, Khamboonruang C, Natpratan P, Borvornsin S, Pruenglampoo S, Srirak N, **Beyrer C**, Nelson KE.  Community-Based Screening for Tuberculosis in Northern Thailand Using Mass Miniature Radiography.  Annual World Conference, International Union Against TB and Lung Disease, Bangkok, 1998.

70. Cegielski P, **Beyrer C**,  Natpratan C, Khamboonruang C, Nelson KE, Kunawararak P, Rungruenthanakit K,  Keawvichit R. HIV and Syphilis Incidence in Men Attending Sexually Transmitted Disease (STD)/Anonymous HIV Testing & Counselling Clinics in Northern Thailand, 1995-1997.  The 12th International Congress on AIDS, Geneva, 1998. 13152

71. **Beyrer C**.  "The HIV/AIDS Epidemic in Burma; dilemmas of policy and practice." 50th Annual Meeting, Association of Asian Studies, Washington, DC, March, 1998.

72. **Beyrer C.**  Shan women in the sex industry in Southeast Asia; Political causes and human rights consequences.  Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.[Oral Presentation]

73. **Beyrer C**, Razak MH, Lisam K, Wei L, Chen J, Yu XF.  Overland heroin trafficking routes and HIV spread in South and Southeast Asia.  Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.[Oral Presentation]

74. Jittiwutikarn J, Rungruengthanakit K, Razak MH, Sawanpanyalert P, **Beyrer C**, Suriyanon V, Celentano DD. HIV prevalence and risk among drug users in northern Thailand.  Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

75. Celentano DD, Razak MH, **Beyrer C,** Kitisri C, Vongchak T, Suriyanon V, Jittiwutikarn J. Non-participation bias in HIV epidemiologic studies in drug use.  Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

76. Razak MH, Jittiwutikarn J, Srirak N, **Beyrer C**, Suriyanon V, Khamboonraung C, Celentano DD. HIV risk among methamphetamine abusers in northern Thailand: a maturing epidemic chases a new epidemic.  Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

77. Razak MH, Jittiwutikarn J, Vongchak T, Rungsivaroj N, **Beyrer C**, Nelson K, Celentano DD. Heroin users are still at higher HIV risks among changing drug use pattern in northern Thailand. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

78. **Beyrer C,** Chen J, Liu W, Lai S, Liang S, Yu XF. An emerging HIV epidemic among injection drug users in Guangxi Province, Southern China.  Seventh Conference on Retroviruses and Opportunistic Infections, San Francisco, Jan. 2000.

79. Rangsin, R, Chiu J, Sirisopana N, Eiumtrakul S, Khamboonruang C, Robb M, **Beyrer C,** Brown A, Markowitz L, Nelson KE.  Natural History of HIV Subtype E Infections in Thai Men 5-7 years after infection.  8th Conference on Retroviruses and Opportunistic Infections, Chicago, Ill., Feb. 4-8, 2000.[PO 207].

80. Nelson KE, **Beyrer C,** Eiumtrakul S, Celentano, DD, Khamboonruang C.  Control of STDs and Sexually Transmitted HIV by a National Education and Condom Program: Emerging of Injection Drug Use in HIV transmission in Thailand. 73rd Annual Meeting, American Epidemiological Society, Florida, March, 2000.

81. **Beyrer C.**  "HIV/AIDS and Human Rights in Burma: Prevention Approaches in a Civil Crisis." 13th International AIDS Conference, Durban, South Africa, 2000.[WePeE4909].

82. **Beyrer C**, Razak MH, Suriyanon V, Srirak N, Vongchak T, Sawichai S, Jittiwutikarn J, Khamboonruang C, Celentano DD.  "Sexual Risks for HIV infection among male drug users in Northern Thailand.  13th International AIDS Conference, Durban, South Africa, 2000. [MoPpC1108]

83. Wei L, Chen J, Li R, Li Z, Razak MH, **Beyrer C.**  "Peer education for HIV/STD prevetion among community-based drug users in Guanxi Province, Southern China." 13th International AIDS Conference, Durban, South Africa, 2000.[WeOrC500] Oral Presentation.

84. Khamboonruang C, Natpratan C, Borsowin S, Cegielski P, Srirak N, McNeil J, Renzullo P, Benenson M, **Beyrer C.**  "Sustained low HIV-1 incidence among cohorts of young northern Thai adults: Confirmation of Thailand's success in HIV prevention." 13th International AIDS Conference, Durban, South Africa, 2000.[ThOrC671] Oral Presentation.

85. Natpratan C, Natpratan P, Borwornsin S, **Beyrer C,** Srirak N, McNeil J, Renzullo P, Benenson M, Khamboonruang C.  Community-based HIV vaccine trial preparation in northern Thailand, 1998-1999: A health fair enrollment approach." 13th International AIDS Conference, Durban, South Africa, 2000.[ThOrD682] Oral Presentation.

86. **Beyrer C,** Soucat A, Ainsworth M.  "Thailand's Response to AIDS: Results of a World Bank Report." 12th International Conference on Reduction of Drug Related Harm, New Delhi, India, April 1-5, 2001.

87. McCutchan FE, Carr J, Murphy D, Piyasirisilp  S, Gao F, Hahn B, Yu X-F, **Beyrer C**, Birx D.  Precise mapping of Recombination breakpoints reveals a common parent of Two BC recombinant strains circulating in China. AIDS Vaccine 2001, Philadelphia, PA, Sept., 5-8.[Oral Session 51, PO 279.]

88. **Beyrer C,** Razak MH, Labrique A, Brookmeyer R.  "Assessing the magnitude of the HIV/AIDS epidemic in Burma."  Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

89. **Beyrer C**.  "Human Rights and Medicals Ethics." Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

90. **Beyrer C**. "Collaborating with U.S. Scientists:  What are the Ethical Requirements." Invited lecture; Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

91. Rangsin, R, Chiu J, Sirisopana N, Eiumtrakul S, Khamboonruang C, Robb M, **Beyrer C**, Brown A, Markowitz L, Nelson KE.  "Natural History of HIV Subtype E Infections in Thai Men 5-7 years after infection".  Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

92. Razak MH, Celentano D, Intarat S, Supreeda B, **Beyrer C**, Keawvichit R, Jittiwutikarn J, Suriyanon V. "High HIV prevalence and incidence among IDU and potential barriers for prevention programs in northern Thailand. Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

93. **Beyrer C.**  "Ethical Issues in Clinical Trials."  Fifth International Conference on Home and Community Care for HIV/AIDS, Chiang Mai, Thailand, December 18-22, 2001.

94. **Beyrer C,** Jittiwutikarn J, Teokul W., Razak MH, Suriayanon V, Sripaipan T, Celentano DD. Drug Use, Increasing Incarceration Rates, and HIV risks in Thailand, 1992-2000. 14th World AIDS Conference, Barcelona, July 7-12, 2002 [MoPeC3396].

95. **Beyrer C**, Kass N.  Human rights, research ethics reviews, and HIV/AIDS. 14th World AIDS Conference, Barcelona, July 7-12, 2002 [TuPeG5594].

96. Celentano DD, Razak MH, Jittiwutikarn J, Srirak N, Vongchak T, **Beyrer C**, Rungreuanthanakit K, Suriyanon V.  HIV incidence and behavior change in a prospective cohort study of drug users in northern Thailand. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002 [ThOrC1395].

97. McCutchan FE, Carr JK, Tovanabutra S, Yu X-F, **Beyrer C**, Birx DL. HIV-1 and Drug Trafficking: Marker Strains Illuminate Networks and Provide Focus for Interventions. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002.

98. Peryshkina A, Stachowiak J, **Beyrer C**.  Increased vulnerability to HIV among women trafficked within and across Russian borders. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002.

99. Drug use, sexual behavior and HIV infection among women in Guangxi, China.  Liu W, Zhu Q Y, Chen J, Guo NZ, Huang DC, Yu XF, **Beyrer C**.  14th World AIDS Conference, Barcelona, July 7-12, 2002.[MoPeC3348]

100. Chen J, Liu W, Zhu QY, Yu XF, **Beyrer C**.  HIV epidemic trends in Guangxi and south China, 1996-2001:  ongoing HIV transmission in a heroin trafficking zone. 14th World AIDS Conference, Barcelona, July 7-12, 2002.[MoPeC3385]

101. **Beyrer C,** Tovanabutra S, Suriyanon V, McCutchan F, Carr J, Birx D.  Molecular Epidemiology o f HIV-1 in injecting drug users in Thailand:  Implications for HIV vaccine trials.  10th Conference on Retroviruses and Opportunistic Infections, Boston, Feb. 2003 [Abstract accepted for presentation.]

102. Wiewel EW, Go VF, Kawichai S, **Beyrer C,** Vongchak T, Srirak N, Jaroon J, Suriyanon V, Razak MH, Celentano DD. Injection and acculturation among male ethnic minority drug users in northern Thailand.  Second International Conference on Urban Health. New York, New York, October 15, 2003 [abstract 02124].

103. **Beyrer C.** Tovanabutra S, Vongchuk T, Srirak N, Juttiwutikarn J, Razak MH, Suriyanon V, Celentano DD.  Incident HIV-1 infections among a cohort of northern Thai drug users, 2000-2003:  Implications for HIV vaccine trials and preventive interventions. 11th Conference on Retroviruses and Opportunistic Infections, San Francisco, Feb. 2004 [Abstract 858].

104. **Beyrer C.** Leiter KS, Suwanvanichkij V, Reis C, Burkhalter H, Borchelt G, Din NT, Iacopino V.  he sex industry, human rights and HIV/AIDS in Thailand. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [Abstract WePeD6549].

105. Tovanabutra S, Watanaveerakej V, Viputtikul K, Sanders-BuellE, **Beyrer C**, De Souza M, Birx DL, McCutchan FE, Carr JK.  The changing molecular epidemiology of HIV-1 in Thailand:  emergence of CRF01_AE/B recombinant strains. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [Abstract Mo ORC1008].

106. Stachowiak JA, Peryshkina AN, Kruzhkova I, Konakova A, Sherman SG, **Beyrer C**.  Unmet needs of Moscow sex workers. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [MoPeD3904].

107. Stachowiak JA, **Beyrer C.**  An intervention-oriented human rights and health model.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [MoPeE4054].

108. Woratanarat T, **Beyrer C.**  Global cohort studies among IDUs and future HIV vaccine trials.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC5998].

109. Brown AS, Suriyanon V, Sahay S, Paranjape R, Bollinger RC, Liu S, Yu X, Boss-Victoria R, Strathdee S, Chiliade P, Harro C, Charron KR, **Beyrer C.**  Predictors of willingness to participate in preventive AIDS vaccine trials:  implications for international trials. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [ThPeC7440].

110. Guadamuz TE, Kunawararak P, **Beyrer C.**  Pumpaisanchai J, Celentano DD.  Sexual risk behaviors and demographic characteristics of male sex workers in Chiang Mai, Thailand, 2003.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC6194].

November 2017/ C. Beyrer

111. Guadamuz TE, Kunawararak P, Celentano DD, Pumpaisanchai J, **Beyrer C**.  Latex and oil: sexual lubricant use among male sex workers in Chiang Mai, Thailand.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC6234].

112. Kawichai S, Celentano DD, Chariyalertsak S, Visrutaratana S, Ruangyuttikarn C, Chariyalertsak C, Short O, **Beyrer C**.  Reaching out to rural residents for HIV VCT:  A pilot study of mobile VCT services in four communities of Chiang Mai province rural areas, northern Thailand. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [ThPeC7495].

113. **Beyrer C**, Sripaipan T, Tovanabutra S, Jittiwutikarn J, Suriyanon V, Vongchak T, Srirak N, Kawichai S, Razak MH, and Celentano DD. MSM-IDU in Northern Thailand:  High HIV, HCV, and sexual risks and rates among dual risk men seeking drug treatment. 16th International Conference on Drug-Related Harm, Belfast, March 20-24, 2005.  Oral Presentation.

114. **Beyrer C**, Lowther S, Terzian A, Zambrano J, Galai N.  Civil conflict and health information:  The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004.  First Conference on Lessons Learned from Rights Based Approaches to Health, Emory University, April 2005.  Oral Presentation.

115. Carr JK, Saad M, Nadai I, Tishkova F, Eyzaguirre L, Strathdee SA, Stachowiak J, **Beyrer C**, Earhart K, Birx D, Sanchez  JL.  Outbreak of a West Africa HIV-1 recombinant, CRF02_AG, in Central Asia. [MoOa0407] Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 24-27 July 2005, Rio de Janeiro. Oral Presentation.

116. **Beyrer C.**  The Next Wave:  Emerging HIV Epidemics in Eurasia. Plenary Presentation, Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July 2005, Rio de Janeiro.  Oral Presentation.

117. **Beyrer C.**  Health issues facing Burma and the region.  Burma Looking Forward Conference.  October 26, 2005.  Washington, D.C.  Oral Presentation.

118. **Beyrer C.**  Research and Ethics. Invitation to Health Seminar (National Health and Education Committee and Burma Medical Association), 17 January 2006, Mae Sot, Thailand.  Oral Presentation.

119. **Beyrer C.** The Emerging Epidemics of HIV-1 and HCV among Injecting Drug Users in Tajikistan. 13th Conference on Retroviruses and Opportunistic Infections, 6 February 2006, Denver, Colorado.  Poster Presentation.

120. **Beyrer C.**  Global Drug Epidemic and HIV.  CME: Clinical Care of the Patient with HIV Infection, Johns Hopkins Medical Institutions, 14 March 2006. Baltimore, Maryland.  Oral Presentation.

121. Baral S, **Beyrer C**. Immunogenicity of vaccination strategies in high-risk drug users: a systematic review. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Poster Presentation.

122. Celentano D, Genberg B, Chariyalertsak S, Kawichai S, Visrutaratna S, Srirak N, **Beyrer C**. HIV/AIDS-related Stigma and Discrimination in Northern Thailand: Community Attitudes and Perceptions among Sexually Active Adults Ages 18-32. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Oral Presentation.

123. Djomand G, Metch B, Hansen M, Duerr A, Wasserheit J, Pape JW, Villafana T, Casapia M, Zorilla C, Donastorg Y, Buchbinder S, **Beyrer C**. The HVTN 903 vaccine preparedness study: laying the grounds for vaccine efficacy trials. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006.

124. Gupta S, Koenig E, Murphy G, Adon C, **Beyrer C**, Khawaja S, Parry J, Straus W. Comparison of Three Methods to Detect Recent HIV-1 Infection in Specimens Collected Cross-Sectionally in a Cohort of Female Sex Workers in the Dominican Republic. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Poster Presentation.

125. Hyder JA, Suwanvanichkij, Thomson N, O'Hare M, Tawngtai, Phumurng, **Beyrer C**. HIV Vulnerability among Shan Migrants in Thailand. 16th International AIDS Meeting, Toronto, Canada, August 13-18, 2006. Poster Presentation.

126. Kawichai S, Chariyalertsak S, Genberg B, **Beyrer C**, Visrutaratna S, Sirthanaviboonchai K, Wichijarn M, Chariyalertsak C, Celentano D. HIV Behavioral Risks Among Rural Adolescents and Young Adults Aged 18-32 Years Old in Northern Thailand. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006.

127. Tovanabutra S, McCutchan F, **Beyrer C,** Celentano D, Robb M, Kijak G, Suriyanon V, Vongchak T, Sakkhachornphop S, Gammon C, Razak MH.  The Link between Multiple HIV-1 Exposure and Genetic Complexity of Strains is Reinforced by Identification of a Second Circulating Recombinant Form among Injecting Drug Users in Northern Thailand. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006, Oral Presentation.

128. Tovanabutra S, Kijak G, **Beyrer C**, Sripaipan T, Suriyanon V, Moqueet N, Sanders-Buell E, Rungruengthanakit K, Jittiwutikarn J, Robb M, Birx D, Celentano D, McCutchan F. Recent uptake of injection and frequent needle sharing correlate with the genetic complexity of HIV-1 strains among northern Thailand injecting drug users. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Poster Presentation.

129. Visrutaratna1 S, Kawichai S, Chariyalertsak S, Genberg B, **Beyrer C**, Chariyalertsak C, Wichajarn M, Srithanaviboonchai K, Celentano D. HIV voluntary counseling and testing (VCT) prevalence among a random sample of young adults aged 18-32 years old in rural areas, northern Thailand. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Poster Presentation.

130. Zorrilla C, Santiago L, Estronza G, Perez J, Djomand G, Buchbinder S, **Beyrer C**. Recruiting the unreachable and the slippery: crack using women and street sex workers as subjects for a vaccine preparedness study. 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006. Poster Discussion.

131. Kijak GH, **Beyrer C**, Tovanabutra S, Sripaipan T, Suriyanon V, Jittiwutikarn J, Robb MI, Birx DL, Celentano DD, McCutchan F. Social/demographic variables associated with recombinants and dual infections in injecting drug users in Northern Thailand. 5th International Conference on AIDS Vaccines, Amsterdam, the Netherlands, August 29 – September 1, 2006.  Poster Presentation.

132. Gupta S, Koenig E, Murphy G, Adon C, **Beyrer C,** Celentano D, Khawaja S, Parry J and Straus W. Comparison of three methods to detect recent HIV-1 infection in specimens collected cross-sectionally in a cohort of female sex workers in the Dominican Republic. 5th International Conference on AIDS Vaccines, Amsterdam, the Netherlands, August 29 – September 1, 2006.  Poster Presentation.

133. Lee C, Kuiper H, Mullany L, Lee T, Whichard E, Maung C, **Beyrer C.** Reaching the Unreachable: Reproductive Health for Burmese IDPs.  34th International Conference on Global Health, May 29-June 1, 2007, Washington, D.C.  Oral Presentation.

134. Masenior NF, **Beyrer C,** Gerson J, Golden D, Fornaci P, Zambrano JA,  Mair JS. Denials & Delays: Limits on the right to health care among incarcerated women in the D.C. women's jails, 2004-2005. 135th Annual American Public Health Association Conference, November 3-7, 2007, Washington, D.C.  Poster Presentation.

135. S. Baral, F. Sifakis, N. Masenior, F. Cleghorn, **Beyrer C.** A systematic review of HIV prevalence among MSM in Asia, Latin America, and Africa from 2000-2008. World AIDS Conference, Mexico, 31 July-Aug. 7, 2008.  Poster Presentation.

136. F. Sifakis, A. Peryskina, B. Sergeev, V. Moguilny, A. Beloglazov, N. Franck – Masenior, S. Baral, **Beyrer C**. Rapid assessment of HIV infection and associated behaviors among men who have sex with men in Russia, 2008. World AIDS Conference, Mexico, 31 July-Aug. 7, 2008. Poster Presentation.

137. R. Jurgens, J. Cohen, F. Girard, C. Stegling, **C. Beyrer**, S. Weiser. Increasing access to HIV testing and counseling while respecting human rights. Worlds AIDS Conference, Mexico 31, July-Aug. 7, 2008. Poster Presentation.

138. E. Umar, G. Trapence, W. Chibwezo, D. Nyadani, H. Doyle, **C. Beyrer**, S. Baral. A cross-sectional evaluation of the HIV prevelance and HIV-related risk factors of men who have sex with men (MSM) in Malawi. World AIDS Conference, Mexico, 31 July – Aug 7, 2008. Poster Presentation.

139. S. Baral, F. Dausab, N. Masenior, S. Iipinge, **C. Beyrer**. A systematic review of HIV epidemiology and risk factors among MSM in Sub-Saharan Africa. World AIDS Conference, Mexico, 31 July – Aug 7, 2008. Poster Presentation.

140. C. Washington, V. Sumanvanichkij, S. Sam, J. Hyder, S. Lein Harn, S. Loa Phun, S. Tawngtai, S. Phumurng, L. Johnson, D. Celentano, **Beyrer C**. Are all Shan migrants the same? A comparison of HIV-related knowledge and attitudes amongst two groups of male Shan migrants in Northern Thailand. World AIDS Conference, Mexico, 31 July – Aug 7, 2008.

141. C. Washington, V. Sumanvanichkij, S. Sam, S. Lein Harn, S. Loa Phun, L. Johnson, S, Odell, D. Celentano, **Beyrer C.** HIV-related knowledge, attitudes, stigma, and testing history among Shan migrants in Northern Thailand. World AIDS Conference, Mexico, 31 July – Aug 7, 2008. Oral Presentation.

142. **Beyrer C,** Trapence G, Motimedi F, Umar E, Iipinge S, Dausab F, Baral S. Sexual concurrency, bisexual practices, and HIV among men who have sex with men in Malawi, Namibia, and Botswana. 16th Conference on Retroviruses and Opportunistic Infections, Montreal CA, Feb 8-11, 2009. Oral Presentation.

143. A. Onigbanjo, B. Eziefule, G. Emmanuel, S. Iwuagwu, S. Baral, **Beyrer C,** O. Anene. Rates of bisexual concurrency, and bisexual practices among men who have sex men (MSM) in Abuja, Nigeria. 5th IAS Conference on HIV Pathogenesis Treatment and Prevention Cape Town, South Africa, July 19-22 2009. [MOPEC020]

144. S. Baral, **Beyrer C**, E. Burrell, L.G. Bekker. Bisexual practices and bisexual concurrency and among men who have sex with men (MSM) in Peri-Urban Cape Town, South Africa. 5th IAS Conference on HIV Pathogenesis Treatment and Prevention Cape Town, South Africa, July 19-22, 2009. [MOPEC031]

145. **Beyrer C.** HIV/AIDS and Human Rights: Evidence-Based Approaches. 3rd IAS Conference on HIV/AIDS in Eastern Europe and Central Asia, Moscow, Russia, October 28-30[th], 2009. [Oral Presentation, 234]

146. Baral, S., Segumona, P., Diouf, D., Poteat, T., Ndaw, M., Drame, F., Trapence, F., Traore, F., Bhattacharya, S., Dhaliwal, M, **Beyrer** C. Criminalization of same sex practices as a structural driver of HIV risk among Men who have Sex with Men (MSM): The Cases of Senegal, Malawi, and Uganda. *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 10948

147. Kaibe, B. Lebona, J., Letsie, P. Adams, D., **Beyrer** C. Baral, S. A Rapid Assessment of HIV risks and human rights status of Men who have Sex with Men (MSM) in Lesotho. *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 11016

148. **Beyrer** C., Baral, S., Sifakis, F., Walker, D., Wirtz, A., Johns, B., Sifakis, F. An epidemic scenario based approach to assessing global HIV epidemics among men who have sex with men (MSM) in low and middle income countries (LMIC)" *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 14729

149. Poteat, T., Diouf, D., Baral, S., Ndaw, M., Drame, F., Traore, F., Dhaliwal, M., Wirtz, A., **Beyrer** C. The Impact of criminalization of same sex practices on HIV risk among men who have sex with men (MSM) in Senegal: Results of a qualitative rapid assessment. *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 8112

150. Janngeon, U, Suwanvanichkij, V., Chhabra, M., Minh Quan, V., Phowee, M., Celentano, D., **Beyrer** C. Access to care for HIV-positive drug users in a slum community of Bangkok, Thailand**.** *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 0759

151. Peryshkina, P., Kizub, D., Deobald, I., Masenior, N., Wirtz, A., Moguilnyi, V., Kostetskaya, I, Sifakis, F., **Beyrer** C. Men who have sex with men (MSM), Physicians, and Non-government Organizations (NGOs): Finding agreement on the HIV risk environment and service provision for MSM in Russia. *XVIII International AIDS Conference*. Vienna, 2010. Abstract number: 0693

152. Wirtz, AL, Walker, D., Baral, SD, Sifakis, F, Johns, B., Bollinger, L., **Beyrer** C. Combination HIV prevention for MSM in Concentrated and Generalized Epidemics: Modeling the Impacts of HIV Prevention Interventions for MSM in Peru and Kenya. *18th Conference on Retroviruses and Opportunistic Infections*. Boston, 2011.  Abstract number:Y164.

153. Galai, N, Zelaya, CE, Wirtz, AL, Peryshkina, A, Dyakonov, K, Moguilnyi, V, **Beyrer C**. Moscow MSM study (BeSafe) of HIV prevalence, risk behaviors and sexual orientation: Design and initial results. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: MOPE298.

154. Wirtz, A, Moguilnyi, V, Nikitina, M, Ostrovskaya, M, Kuznetzova, J, Peryshkina, A, **Beyrer,C,** Decker, M. Prevalence of sexual and injecting drug related HIV risks among female sex workers in the Russia Federation. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: PE329

155. Wirtz, A, Dyakonov, K, Zelaya, C, Deobald, I, Moguilnyi, V, Peryshkina, A, Latkin, C, **Beyrer** C, Galai, N. HIV risks and vulnerabilities for migrant men who have sex with men (MSM) in Moscow, Russia: social experiences, identity, and sexual risk. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THPE378

November 2017/ C. Beyrer

156. Wirtz, A, Pretorious, C, **Beyrer C**, Baral, S, Sherman, S, Decker, M, Sweat, M, Kerrigan, D. Modeling the impacts of a comprehensive community empowerment-based, HIV prevention intervention for female sex workers in generalized and concentrated epidemics: Infections averted among sex workers and adults. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: Oral Abstract THAC0502.

157. Baral, S, Poteat, T, Wirtz, A, Stromdahl, S, **Beyrer, C**. Global burden of HIV infection among Transgender persons: A Systematic Review and Meta-Analysis. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: Oral Poster Discussion THPDC0202.

158. Berry, M, Wirtz, A, Janayeva ,A, Ragoza, V, Terlikbayeva, A,  Amirov, B,  Baral, S, **Beyrer, C**. Risk factors for HIV and unprotected anal intercourse among men who have sex with men (MSM) in Almaty, Kazakhstan. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: MOPE291.

159. Berry, M, Wirtz, A, Janayeva, A, Ragoza, V, Terlikbayeva A, Amirov, B, Baral, S, **Beyrer, C**. Association between human rights violations and HIV risk behaviors among men who have sex with men (MSM) in Almaty, Kazakhstan. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: MOPE268.

160. Wirtz, A, Trapence, G, Jumbe, V, Umar, E, Ketende, S, Kamba, D, Berry, M, Stromdahl, S, **Beyrer C,** Baral, S. HIV prevalence, sexual risks and HIV knowledge among men who have sex with men (MSM) in Malawi: understanding risks among a stigmatized population and opportunities for interventions. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: FRLBX03

161. Teklu, A, Beyene, H, Chawicha, K, Weiss, B, Holt, E, **Beyrer C,** Ruff, A. Improving retention in care among HIV/AIDS patients on anti-retroviral therapy (ART) through the use of ART-experienced patients acting as adherence supporters: a cluster randomized controlled trial in one region in Ethiopia. Supported by FIC D43 TW000010. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: LBPE53.

162. Zelaya, C, Wirtz, A. Galai, N, Peryshkina, A, Dyakonov, K, **Beyrer C.** High prevalence of undiagnosed HIV infection despite high levels of reported history of HIV testing among men who have sex with men (MSM) in Moscow, Russia. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: MOPE292.

163. Baral, S, **Beyrer C**, Muessig, K, Poteat, T,  Wirtz, A, Decker, M, Sherman, S, Kerrigan, D. High and disproportionate burden of HIV among female sex workers in low- and middle-income countries: a systematic review and meta-analysis. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THAC0501.

164. Beckman, S, Kennedy, C, Winch, P, **Beyrer C,** Kerrigan, D. Sex work, motherhood and HIV in Iringa, Tanzania: roles, responsibilities and risks. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THPE384.

November 2017/ C. Beyrer

165. Guadamuz, T, Boonmongkon, P, Diaz, R, Stall, R, **Beyrer C,** Celentano, D, Kegeles, S. Intimate partner violence, risky sex and the internet: toward an evidence-based intervention development for young men who have sex with men (YMSM) in provincial Thailand. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THPE415.

166. Decker, M, Wirtz, A, Ostrovskaya, M, Moguilnyi, V, Kuznetsova, J, Nikitina, M, Peryshkina, A, **Beyrer C.** Female sex workers in the Russian Federation: HIV prevalence and links with violence. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THPE419.

167. Stromdahl, S. Onigbanjo Williams, A, Eziefule, B, Emmanuel, G, Iwuagwu, S, **Beyrer C**, Anene, O, Baral, S. An assessment of stigma and human rights violations among men who have sex with men (MSM) in Abuja, Nigeria. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: THPE482.

168. Yang, D, Chariyalertsak, C, Wongthanee, A, Kawichai, S, Yotruean, K, Guadamuz, T, Suwanvanichkij, V, **Beyrer C**, Chariyalertsak, S. Acceptability of HIV pre-exposure prophylaxis (PrEP) with Truvada among men who have sex with men (MSM) and male-to-female transgender persons (TG) in northern Thailand. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: Oral Abstract TUAC0303.

169. Amirov, B, Tukeyev, M, Riazanova, G, Dzissyuk, N, Zhumashova, Z, Abishev, A, Zhakipbayeva, B, Terlikbayeva, A, El-Bassel, N, **Beyrer C**, Goodenow, M, Salemi. M. High-resolution molecular epidemiology of HIV-1A and CRF02_AG in Kazakhstan reveals an emergent epidemic spreading through the Turkestan-Siberia railway. *XIX International AIDS Conference*. Washington D.C., 2012. Abstract number: TUPE163.

170. Baral S, Wirtz A, Jumbe V, Ketende S, Kamba D, **Beyrer C**, Umar E, Stromdahl S, Trapence G. The feasibility of implementing and evaluating combination HIV prevention interventions for high-risk populations in stigmatized settings: the case of men who have sex with men in Malawi. *7th IAS Conference on HIV Pathogenesis, Treatment and Prevention*. Kuala Lumpur, Malaysia, 2013. Abstract number: MOAC0105.

171. Beckham SW, **Beyrer C**, Luckow P, Doherty M, Negussie E, Baral SD. Marked gender differences in mortality on ART in lower- and middle income countries: a systematic review and meta-analysis. *8th, International AIDS Society Conference on HIV Pathogenesis, Treatment and Prevention*. Vancouver, Canada, July 2015.

172. Mitchell K, Hoots B, Dimitrov D, Farley J, Gelman D, Flynn C, Adeyeye A, Remien RH, **Beyrer C**, Paz-Bailey G, Boily M. Potential impackt on HIV incidence of Increasing Viral Suppression among HIV-postivie MSM in Baltimore: Mathematical Modelling for HPTN 078. HIV Research for Prevention 2016: AIDS Vaccine, Microbicide and ARV-based Prevention Science (HIVR4P), Chicago USA October 17-21 2016

November 2017/ C. Beyrer

CURRICULUM VITAE

# Chris Beyrer, MD, MPH

PART II

## TEACHING

**Advisees**

| **Current** | **Degree** | **Date Expected** | **Thesis Title (where applicable)** |
|---|---|---|---|
| Jirair Ratevosian | DrPH | 2021 | |
| Kate Shearer | PhD | 2018 | |
| Adeola Ayedun | MPH | 2018 | |

**Advisees**

| **Former** | **Degree** | **Date Completed** | **Thesis Title (where applicable)** |
|---|---|---|---|
| Hong-Ngoc Ba Nguyen | MHS-Epi | 1998 | |
| Kavita Lole, MD | PhD | | |
| Joia Mukherjee, MD | PDF | | |
| Deepa Patke, PhD | PhD | | |
| Hibist Astatke Student at University of Maryland | PhD | 1999 | HIV-Hazardous Behaviors among Adolescents in Nazareth, Ethiopia |
| Neil Martinson, MBChB, MPH | PDF | 2001 | |
| Karen Fujii | MHS-Epi | 2000 | |
| Wei Hua | MHS-Epi | 2000 | |
| Kristen Melbye | MHS-Epi | 2000 | |

November 2017/ C. Beyrer

| David W. Dowdy | ScM | 2002 | Nucleic Acid Amplification Tests for Rapid Diagnosis of Pulmonary Tuberculosis in Smear-Positive Patients. A Comprehensive Cost-Effectiveness Analysis. |
| --- | --- | --- | --- |
| Angelia A. Eick | ScM-Epi | 2002 | Safety and Immunogenicity of Two Octavalent Pneumococcal Conjugate Vaccines in Native American Infants |
| Steven Reynolds, MD | MPH | 2002 | Recent HSV-2 infection and the risk of HIV-1 acquisition in Pune, India |
| Radhika Parikh | MPH | 2002 | |
| Gayle Baker, BA | MHS-Epi | 2003 | Adverse pregnancy outcomes and early childhood mortality in mothers infected with HTLV-1 in Jamaica |
| James Aizire, MBBS | MHS-Epi | 2003 | "Who is at risk? Pattern and Distribution of Gonorrhea and Chlamydia in a high HIV-1 epidemic rural Ugandan population: Evidence from a population based study." |
| Hannah Nalwanga Kibuuka, MBChB, MMED | MPH | 2003 | |
| Abhijeet Anand, MBBS | MPH | 2003 | *Capstone Paper*: Human Papilloma Virus and its Interaction with STDs and HIV |
| Julie Anne Stachowiak, MPH | PhD-IH | 2004 | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Christopher Guerry | MHS-IH | 2004 | A Summary of Work Conducted with the Back Pack Health Worker Teams -- Mae Sot, Thailand |
| Upinder Jodhka, BS | MHS-Epi | 2004 | Residential Instability and HIV Seroconversion Among ALIVE Participants in Baltimore |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| Ami Shah Brown, MPH | PhD-IH | 2004 | Preparedness for International AIDS Vaccine Trials: Lessons Learned from a Multi-Site Study of Knowledge, Attitudes and Willingness to Participate |
| Soe Naing, MD | MPH | 2004 | *Capstone Paper:* Risks for Substance Use and Sexually Transmitted Diseases among Northern Thai Sex Workers: The Impact of Age of Initiation |
| Adam Richards, MD | MPH | 2004 | *Capstone Paper:* Malaria Morbidity Among Internally Displaced Persons in Eastern Burma: A Public Health and Human Rights Assessment |
| April Naegeli, BS MT | MPH | 2004 | *Capstone Paper:* A review of Literature Concerning Multiply-Drug Resistant Acinetobacter sp. Outbreaks in Intensive Care Unit Settings |
| Abdinasir Adem, MD | MPH | 2004 | |
| Thira Woratanarat, MD | PHD | 2004 | |
| Maia Zarandia, PhD | PHD | 2004 | |
| Voravit Suwanvanichkij, MD | MPH | 2005 | |
| Atheer Ahmed | MPH | 2005 | *Capstone Paper*: Policy Impetuses Behind the Iraqi National AIDS Program: Does the change in the political climate exclusively equal a change in health policy? |
| Adam Langer, DVM | MPH | 2005 | *Capstone Paper*: From Plate Back to Gate: Enhancing Trace Back in Cases of Foodbourne Illness: An Analysis of a Public Health Problem |
| Monica Malta | MPH | 2005 | Targeting HIV-positive cocaine users specific needs in Brazil |

| Thomas Guadamuz | MHS | 2005 | *Capstone Paper*: The role of a cost-effectiveness modeling of universal trimethoprim sulfamethoxazole as primary prophylaxis for infants born to HIV-1 positive mothers as an effective response to the current AIDS epidemic among infants in Thailand, a public health policy analysis |
| Sebastian Tongson | ScM | 2005 | *- [Changed adviser]* |
| Anne Spaulding | MPH | 2005 | Collecting Evidence: Transforming the Delivery of Correctional Health Care in United States Prisons into Evidence-Based Practice. Analysis of a Public Health Problem |
| Suphachai Sakkachornphop [Student at Chiang Mai University in Thailand] | MHS | 2006 | Development of Multi-region, Subtype-specific PCR (MSSP) as Genetically Identify and Distinguish HIV-1 Subtypes B, C, CRF01_AE and Their Forms |
| Pankaj Sadaphal, MD | DrPH-Epi | 2006 | The World Bank-ORG Tuberculosis Patient Survey: Lessons from Three States in India |
| Zeenat Patel, MD | MPH/ MBA | 2006 | Risks for HIV and HCV Among Injecting Drug Users in Dushanbe, Tajikistan |
| Angelia A. Eick, (ScM completed 6-2002) | PhD-Epi | 2006 | Pneumococcal Carriage and Disease in an Age of Routing Pneumococcal Conjugate Vaccination: A Study Among Navajo and White Mountain Apache Children |
| Monica Desai | MPH | 2007 | HIV Prevention and Awareness in African UN Peacekeeping Forces |
| Swati Gupta, MPH | DrPH-Epi | 2007 | Key Epidemiological Issues in the Preparation of Cell Mediated Immunity-Based HIV Vaccine Trials |
| Thomas Guadamuz | PhD | 2007 | Using Venue-Day-Time Sampling to Assess HIV Prevalence and Correlates |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Among Men Who Have Sex With Men Populations in Thailand *(Co-Advisor with Dr. David Celentano)* |
| Daniela Rohne-Garlapati | MPH | 2007 | Hand Hygiene in the Hospital Setting—An Analysis of a Public Health Problem |
| William Davis | MPH | 2008 | Identification of Rapid Tests for Sexually Transmitted Infections for use in Assessment of Gender-Based Violence in Conflict Zones. |
| Gampo Dorji | MPH | 2008 | Forecasting and Reconstruction of HIV/AIDS Epidemic in Bhutan From Year 1993-2015 |
| David W. Dowdy, (ScM completed 6-2002) | MD/PhD-Epi | 2008 | Impact and Cost-Effectiveness of Mycobacterium Growth Indicator Tube (MGIT) for Detecting Pulmonary Tuberculosis in HIV-Infected Brazilian Adults. |
| Allan Massie | MHS | 2008 | Predictors of Bacterial Vaginosis in Pregnant Women in Rural Bangladesh. |
| Kiran Joshi | MD-MPH | 2008 | HIV/AIDS in India - opportunities for advocacy in the U.S. |
| Romanee Chaiwarith | PHD | 2008 |  |
| Sonal Singh | MPH | 2008 | Association Between Human Rights Violations and HIV-Related Health Behavior Among MSM and Third Gender in Nepal: A Retrospective Cross Sectional Survey *[Co-Adviser with Dr. Luke Mullany]* |
| Darshan Sudarshi | MPH | 2009 | Malaria, Human Rights and Burma |
| Lara Bishay | MPH | 2009 | At Highest Risk, Yet Most Underserved: Associations of HIV Risk Behaviors in MSM in St Petersburg and Moscow |
| Bulbulgul Aumakhan, MD | DrPH-Epi | 2009 | Genital Herpes in High Risk HIV-1 Infected And HIV-1 Uninfected Women |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| | | | in US: Quantitative and Qualitative Evaluation of HSV Infection and its Interaction with HIV-1 |
| Darya Kizub | BA | 2009 | Studying the Relationship between Demographic Factors, History of Injection Drug Use, HAART Adherence, and Stating HAART among HIV/AIDS patients in the Russian Federation. |
| Stefan Baral, MD, MBA, MSc | PDF-Epi | 2010 | HIV and Human Rights among MSM in West and Southern Africa. |
| Chuka Anude MD-MHS, | PhD | 2011 | Predictors and Prediction Modeling of Mortality, Drop Out, and Immuno-virologic outcomes among HIV-1 infected Adults receiving HAART in Nigeria |
| Marco Ambrosio | MPH | 2011 | |
| Celia Hagan | MPH | 2011 | |
| Nora Rowley | MPH | 2011 | |
| Adrienne Shapiro | MD/PhD | 2011 | Evaluating An Intervention for Active Case-Finding for TB and HIV in South Africa<br><br>*[Co – Advisor with Jonathan Golub]* |
| Krystal Mason | MHS | 2012 | |
| Parichat Salee | MHS | 2012 | |
| Darshan Sudarshi | PDF-Epi | 2013 | Malaria, Human Rights and Burma |
| Kate Grabowksi, MHS | PhD | 2014 | Patterns and predictors of the epidemiological and evolutionary dynamics of HIV-1 in Rakai, Uganda |
| William Davis | DrPH | 2014 | Health and Human Rights in Post- |

79

November 2017/ C. Beyrer

|  |  |  | Conflict Eastern Burma: Militarization, Risk and Resilience |
|---|---|---|---|
| Michael Wiener | iMPH | 2014 | |
| Arielle Slam | MPH/MBA | 2014 | |
| Monica Malta | PDF | 2014 | |
| Brian Weir, PhD | PDF | 2014 | |
| Kora deBeck | PDF | 2015 | |
| Sarah Beckham | PDF | 2015 | |
| Kate Grabowski, PhD | PDF | 2015 | |
| Eugene Richardson | PDF | 2015 | |
| Sonal Singh | MHS | 2016 | |
| William Davis DrPH | PDF | 2016 | |
| Cassia Wells MD | GPMR MPH | 2017 | |
| Nicholas Thomson | PDF, NIDA-IAS Fellow | 2017 | |
| Julia Raifman-Goldberg | PDF | 2017 | |
| Xiao-Fang Wang | PDF | 2017 | |

**Preliminary Oral Participation (School-Wide)**

| | **Degree** | **Department** | **Date** |
|---|---|---|---|

80

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| Surinda Kawichai | PhD | Epi | 06/01/1998 [Alternate] |
| Rosa Duran | PhD | Epi | 6/8/1999 |
| Supriya Mehta | PhD | Epi | 7/27/1999 |
| Pajongsil Perngmark | PhD | HPM | 9/9/1999 |
| Amanda Gibbons | PhD | Epi | 01/04/2000 [Alternate] |
| Shruti Mehta | PhD | Epi | 06/05/2000 [Alternate] |
| Kimberly Ashburn | PhD | IH | 6/29/2000 |
| Alain Labrique | PhD | Epi | 10/24/2000 |
| Frangiscos Sifakis | PhD | Epi | 1/24/2001 |
| Julie Anne Stachowiak | PhD | IH | 8/10/2001 |
| Nikhil Anil Gupte | PhD | Biostatistics | 10/24/2001 |
| Irene Kuo | PhD | Epi | 04/19/2002 [Alternate] |
| Nickolas Zaller | PhD | IH | 9/19/2002 |
| Britta C. Beenhakker | PhD | PFHS | 12/19/2002 |
| Ami Shah Brown | PhD | IH | 3/26/2003 |
| Angelia A. Eick | PhD | Epi | 3/31/2004 |
| Yingkai Cheng | PhD | Epi | 5/27/2004 |
| Gypsyamber D'Souza | PhD | Epi | 8/2/2004 |
| Katherine Andrinopoulos | PhD | IH | 1/7/2005 |
| David W. Dowdy | PhD/MD | Epi | 04/21/2005 [Thesis Advisor] |
| Mark Kuniholm | PhD | Epi | 05/17/2005 [Alternate] |
| Thomas Guadamuz | PhD | Epi | 6/24/2005 |
| Swati Gupta | DrPH | Epi | 10/27/2005 |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| Danstan Bagenda | PhD | IH | 12/6/2005 |
| Olumuyiwa Aina | PhD | Epi | 6/15/2006 [Alternate] |
| Cissy Mutuluuza | DrPH | Epi | 6/19/2006 |
| Junko Onishi | PhD | IH | 10/24/2006 |
| Bulbulgul Aumakhan | DrPH | Epi | 4/27/2007 |
| Enisha Sarin | PhD | IH | 5/4/2007 |
| Ye-Mon Myint | DrPH | PFRH | 1/9/2008 |
| Homaira Hanif | PhD | IH | 6/2/2008 |
| Kelika Konda | PhD | ID | 06/04/2008 [Alternate] |
| Catherine Maulsby | PhD | HBS | 12/2/2008 |
| Chuka Anude | DrPH | Epi | 1/21/2009 |
| Pritika Chatterjee | PhD | HBS | 03/20/2009 [Alternate] |
| Jamie Trevitt | PhD | PFRH | 04/24/2009 |
| Adel Takruri | PhD | PFRH | 10/12/2009 [Alternate] |
| Tonia Poteat | PhD | IH | 9/27/2010 |
| Horacio Ruisenor-Escudero | PhD | IH | 10/20/2010 |
| Pablo Belaunzaran-Zamudio | PhD | IH | 01/03/2011 |
| Catherine Lee | PhD | IH | 05/03/2011 |
| Mary Kathryn Grabowski | PhD | Epi | 06/06/2011 |
| Sarah Beckham | PhD | IH | 11/14/2011 |
| Fleisher, Lisa | PhD | HPM | 03/01/2012 |

| Dana Cernigliaro | PhD | HBS | 10/12/2012 |
| Oliver Laeyendecker | PhD | Epi | 03/26/2012 |
| Rose Zulliger | PhD | HBS | 10/31/2013 |
| Erica Koegler | PhD | IH | 05/07/2014 |
| Christina Rodriguez-Hart | PhD | HBS | 01/27/2016 |
| Kate Shearer | PhD | Epi | 07/01/2016 |
| Alison McFall | PhD | Epi | 01/04/2017 |

**Final Oral Participation**

| **Student** | **Degree/Dept** | **Date** | **Thesis Title** |
| --- | --- | --- | --- |
| Sudha Sivaram | DrPH-IH | 11/1/1999 | AIDS Prevention Efforts to Rural India: Evaluating Their Impact and Sustainability |
| Supriya Mehta | PhD | 2/29/2000 | Emergency Department Patients: A Potential Population for Gonorrhea and Chlamydia Control Interventions |
| Christian Coles | PhD | 3/10/2000 | AIDS Prevention Efforts to Rural India: Evaluating Their Impact and Sustainability |
| Jennifer Smith | PhD-Epi | 4/3/2000 | - |
| Aynur Unalp-Arida | PhD-Epi | 4/27/2000 | Presentation versus publication of primary results in clinical trials |
| Celine Gounder | MS-Epi | 4/28/2000 | Field evaluation of a rapid immunochromatographic test for tuberculosis |
| Ram Rangsin | DrPH-Epi | 1/23/2001 | The Natural History of HIV-1 Subtype E Infection among Young Thai Men After Seroconversion [Alternate] |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| Dittakarn Boriboonhirunsarm | PhD-Epi | 5/15/2001 | Adverse  Obstetric Outcomes in HIV-Infected Women[Alternate] |
| Surinda Kawichai | PhD-Epi | 7/2/2001 | Human Immunodeficiency Virus Voluntary Counseling and Testing (VCT) in Northern Thailand [Alternate] |
| Rosa M. Duran Garcia | PhD-Epi | 1/15/2002 | Risk Factors for Dengue Infection during the 1997 Cuban Epidemic |
| Waimar Tun | PhD-Epi | 3/4/2002 | HIV-Related Risk Behaviors and Attitudes Towards HIV Treatment in the Era of Highly Active Antiretroviral Therapy Among Injection Drug Users [Alternate] |
| Pajongsil Perngmark | PhD-HPM | 3/7/2002 | HIV infection and behavioral risk factors among injecting drug users in southern Thailand |
| Patti Elaine Gravitt | PhD-Epi | 3/8/2002 | HPV Viral Load as a Co-Factor for Cervical Neoplastic Progression: Assessment of Temporality and Potential Misclassification of Viral Load [Alternate] |
| Frangiscos Sifakis | PhD-Epi | 3/8/2002 | The epidemiology of HIV infection in the Baltimore young men's survey |
| Luiz A. Alves de Lima | PhD-IH | 2/18/2003 | Risk Factors for Kaposi's Sarcoma-Associated Herpesvirus (KSHV) Infection among Homosexual Men at High Risk for HIV Infection in Brazil |
| Ami Shah Brown | PhD-IH | 1/7/2004 | Preparedness for International AIDS Vaccine Trials: Lessons Learned from a Multi-Site Study of Knowledge, Attitudes and Willingness to Participate  [Thesis Adviser] |
| Christy M. Fong | PhD-IH | 6/25/2004 | Gender and access to DOTS program (Directly Observed Treatment, Short-course) in a poor, rural and minority area of |

| | | | Gansu Province, China |
|---|---|---|---|
| Cherise P. Scott | PhD-IH | 8/4/2004 | Characterization of major factors in the protective efficacy of a live attenuated vaccine against Mycobacterium tuberculosis using the naturally attenuated Mycobacterium microti in the murine model [Alternate] |
| Nickolas D. Zaller | PhD-IH | 9/20/2004 | To donate or not to donate: an analysis of blood donors and blood donation knowledge, attitudes and practices in northwestern China |
| Ami Shah Brown | PhD-IH | 10/7/2004 | Preparedness for International AIDS Vaccine Trials: Lessons Learned from a Multi-Site Study of Knowledge, Attitudes and Willingness to Participate |
| Luke C. Mullany | PhD-IH | 10/18/2004 | Umbilical cord infection among newborns of southeastern Nepal |
| Julie Anne Stachowiak | PhD-IH | /2004 | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Rajendra Shukla | DrPH-IH | 1/26/2005 | Difference in TB Treatment Completion in Rural and Urban Areas [Alternate] |
| Britta C. Beenhakker | PhD | 3/4/2005 | The impact of male involvement in antenatal care in Kathmandu, Nepal [Alternate] |
| Pankaj Sadaphal | DrPH-Epi | 10/26/2005 | The World Bank-ORG Tuberculosis Patient Survey: Lessons from Three States in India |

| Kirsten M. Stoebenau | PhD-PFRH | 10/31/2005 | From those who "have to carry men" to those who "look to marry men": the social organization of women's sex work in Antananarivo, Madagascar [Alternate] |
| Jaya Jaya | DrPH-PFHS | 11/18/2005 | A Comparison of Survey Methodologies to Elicit Information on Sexual Health from Adolescents in Urban India |
| Rohit A. Chitale | PhD-Epi | 03/10/2006 | Diagnosis and clinical prediction of Group A Beta-hemolytic Streptococcal Pharyngitis in children in developing countries [Alternate] |
| Angelia A. Eick, (ScM completed 6-2002) | PhD-Epi | 03/16/2006 | Pneumococcal Carriage and Disease in an Age of Routing Pneumococcal Conjugate Vaccination: A Study Among Navajo and White Mountain Apache Children |
| Gypsyamber D'Souza | PhD-Epi | 07/18/2006 | Oropharyngeal Cancer Attributable to Human Papillomavirus 16 (HPV16) Infection [Alternate] |
| Swati Gupta | DrPH | 07/19/2006 | Key Epidemiological Issues in the Preparation of Cell Mediated Immunity-Based HIV Vaccine Trials |
| Yingkai Cheng | PhD-Epi | 08/22/2006 | Substance Use, Risky Sexual Behaviors and HIV Testing among Young People in Northern Thailand |
| LaBrique, Alain | PhD-Epi | 02/06/2007 | The Epidemiology of Hepatitis E Virus Infections in Rural Bangladesh |
| Nancy Maldeis | PhD-Epi | 03/01/2007 | Microbial etiologies of urethritis in men and cervicitis in women in Baltimore City |

November 2017/ C. Beyrer

|  |  |  | STD clinics |
|---|---|---|---|
| Thomas Guadamuz | PhD-Epi | 03/09/2007 | Using Venue-Day-Time Sampling to Assess HIV Prevalence and Correlates Among Men Who Have Sex With Men Populations in Thailand |
| Darcy Phelan | DrPH | 03/19/2007 | Time Trends of Cervical Cancer Screening Practices and Predictors of Appropriate Use of Non-Reflex HPV Testing at Johns Hopkins Hospital & Health System |
| Clare L. Barrington | PhD-IH | 05/04/2007 | Social networks, norms, and HIV-related behaviors among the male partners of female sex workers in La Romana, Dominican Republic [Alternate] |
| Mark Kuniholm | PhD-Epi | 06/20/2007 | Epidemiology of HIV, hepatitis C, and hepatitis B in Georgia [Alternate] |
| Sara Mirza | PhD | 05/19/2008 | - |
| Rachel Weber | PhD-Epi | 06/11/2008 | Factors associated with sexually transmitted infections including the human immunodeficiency virus among sex workers in Moscow, Russian Federation and Israel [Alternate] |
| Chuka Anude | PhD | 12/08/2008 | Predictors and Prediction Modeling of Mortality, Drop Out, and Immuno-virologic outcomes among HIV-1 infected Adults receiving HAART in Nigeria |
| Sheree Schwartz | PhD | 04/07/2009 | - [Alternate] |
| Enisha Sarin | PhD-IH | 04/09/2007 | Examination of the impact of Human rights abuses on Health |

|  |  |  | service utilization and Quality of Life among Injecting Drug Users in Delhi, India |
|---|---|---|---|
| Marjorie Opuni-Akuamoa | PhD-PFRH | 12/09/2008 | - |
| Megan Salter | PhD | 6/8/2009 | -<br>[Alternate] |
| Clair Ryan | PhD | 090/8/2009 | Monitoring the HIV-1 epidemics in Indonesia and the Pacific Region |
| Kelika Konda | PhD | 03/17/2010 | Risk behavior among *Esquineros* (Corner Men) in the context of the community popular opinion leader trail in Peru |
| Catherine Maulsby | PhD | 07/09/2010 | Undiagnosed Seropositivty and HIV Testing Among MSM in Baltimore, MD. |
| Jamie Trevitt | PhD | 8/20/2010 | Female Reproductive Choice in Russia:  Demographic and Behavioral Determinants of Pregnancy Outcomes, Contraceptive Usage, and Repeat Abortion. |
| Abby Rudolph | PhD | 9/10/2010 | Evaluation of RDS to Recruit Illicit Drug Users in New York City, 2006-2009. |
| Chuka Anude | PhD | 1/24/2011 | Predictors and Prediciton Modeling of Loss to Follow-up, Immuno-Virologic Outcomes and Sub-optimal Drug Adherence Among Adults Receiving HIV ART in Nigeria. |
| Mark Berry | PhD | 3/3/2011 | Risks for HIV Infection Among Men Who Have Sex With Men in Almaty, Kazakhstan. |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| Adrienne Shapiro | PhD | 3/11/2011 | Evaluating An Intervention for Active Case-Finding for TB and HIV in South Africa. |
| Kathryn Muessig | PhD | 6/13/2011 | Men who Sell Sex to Men in China: Identity, Work, and HIV. |
| Sufia Dadabhai | PhD | 9/30/2011 | Population-Based HIV Surveillance:  Strategic Data for Monitoring Care and Treatment in Kenya. |
| Krystal Mason | SCM | 5/16/2012 | |
| Anchalee Kohli | PhD | 10/05/13 | Family Relationships and social interation in Post-Conflict South Kivu Province, DR Congo:  A mixed methods study with women from rural Walungu Territory. |
| Sarah Beckham | PhD | 12/18/2013 | Like Any Other Woman? Pregnancy, Motherhood, and HIV among Sex Workers in Southern Tanzania. |
| Oliver Laeyendecker | PhD | 02/22/2013 | Development and Validation of a Testing Algorithm to Detect Recent HIV Infection form Cross Sectional Surveys. |
| Kate Grabowski | PhD | 01/17/2014 | The Small Scale Spatial Dynamics of HIV-1 Transmission in Rakia, Uganda. |
| Amy Paul | PhD | 03/11/2015 | Traingulating Transition: Conceptual, Practic al, and Ethical Considerations for Sustaining Program Impact through Transition to Local Ownership. |
| Meng Hsuan Lin | PhD | 04/18/2016 | Stimulating Demand:  An Assessment of the Conditional |

November 2017/ C. Beyrer

| | | | |
|---|---|---|---|
| | | | Cash Transfer Project in Afghanistan. |
| Jiho Cha | PhD | 12/21/2016 | Measuring human rights violations in North Korean health crisis: a retrospective study. |
| Rebecca Pierce | PhD | 06/19/17 | Infectious Outcomes Associated witih an Active surveillance Culture and Decolonization Program in the Neonatal Intensive Care Unit. |

## Thesis Committee Membership

| **Former Students** | **Thesis Title** |
|---|---|
| Jamie Trevitt | Female Reproductive Health in Russia: Demographic and Behavioral Determinants of Pregnancy Outcomes, Contraceptive Usage, and Repeat Abortion. |
| Jim Aizire | Who is at risk? Pattern and Distribution of Gonorrhea and Chlamydia in a high HIV-1 epidemic rural Ugandan population: Evidence from a population based study. |
| Gayle Baker | Adverse pregnancy outcomes and early childhood mortality in mothers infected with HTLV-1 in Jamaica |
| Sufia Dadabhai | |
| Angeline B. David | Efficacy of 7-Valent Conjugate Pneumococcal Vaccine Against Otitis Media among Young American Indian Children: An End-of-Study Medical Chart Review |
| David W. Dowdy | Nucleic Acid Amplification Tests for Rapid Diagnosis of Pulmonary Tuberculosis in Smear-Positive Patients: A Comprehensive Cost-Effectiveness Analysis |
| Angelia A. Eick | Safety and Immunogenicity of Two Octavalent Pneumoccoccal Conjugate Vaccines in Native American Infants |
| Jaya Jaya | A Comparison of Survey Methodologies to Elicit Information on Sexual health from Adolescents in Urban India |
| Patti Elaine Gravitt | HPV Viral Load as a Co-Factor for Cervical Neoplastic Progression: |

|  | Assessment of Temporality and Potential Misclassification of Viral Load |
|---|---|
| Upinder Jodhka | Residential Instability and HIV Seroconversion Among ALIVE Participants in Baltimore |
| Surinda Kawichai | Human Immunodeficiency Virus Voluntary Counseling and Testing (VCT) in Northern Thailand |
| Rasha Khatib | Developing an Instrument for Measuring and Understanding Human Dignity |
| Luiz A. Alves de Lima | Risk Factors for Kaposi's Sarcoma-Associated Herpesvirus (KSHV) Infection among Homosexual Men at High Risk for HIV Infection in Brazil |
| Junko Onishi | Provider Responses To Demand Side Cash Transfer Programs |
| Charlotte Piens | Planning for an HIV/AIDS Vaccine Efficacy Trial: A Critical Review of Past Efficacy Trials and a Proposal for a Future HIV/AIDS Vaccine Trial |
| Ram Rangsin | The Natural History of HIV-1 Subtype among Young Thai Men after Seroconversion |
| Julie Anne Stachowiak | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Ellen Wiewel | Injection Prevalence and Risks Among Male Ethnic Minority Drug Users in Northern Thailand |
| Jennifer Han | Relationship Between Perceptions of the Environment and Physical Activity Participation in Community-Dwelling Women |
| Jordan White | Post-incarceration health outcomes among young Black men in Baltimore City. |

**Classroom Instruction**

Course Co-Director, "Sexual Orientation and Gender Identity in Public Health," Second Term, 2017.

Course Co-Director, "Assessing Epidemiologic Impact of Human Rights Violations," Spring Term, 2017.

Course Co-Director, "Sexual Orientation and Gender Identity in Public Health," Second Term,

2016.

Lecturer.  "Health Systems and Human Rights."  Summer Term, 2016.

Course Co-Director, "Assessing Epidemiologic Impact of Human Rights Violations," Spring Term, 2016.

Lecturer, "Research Ethics and Human Rights", Johns Hopkins University, Third Term, 2016.

Course Co-Director, "Sexual Orientation and Gender Identity in Public Health," Second Term, 2015.

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2015

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2014

Course Co-Director, "Sexual Orientation and Gender Identity in Public Health," Second Term, 2014.

Course Co-Director, "Sexual Orientation and Gender Identity in Public Health," Second Term, 2013.

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2013

Lecturer, "Introduction to International Health," Second Term, 2012.

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2012

Lecturer, "Infectious Diseases and Human Rights," Fundamentals of Epidemiology, Arts and Sciences, 2012.

Lecturer, "Research Ethics and Human Rights," Johns Hopkins University, Summer Institute, 2012

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2011

Lecturer, "Advanced Issues in AIDS", Second Term, 2011

Lecturer, "Research Ethics and Human Rights," Johns Hopkins University, Summer Institute, 2011

Lecturer, "Making Change Through Policy", First Term, 2011

Lecturer, "Making Change Through Policy," First Term, 2011

Course Co-Director (With Steven Goodman MD) "Doctoral Seminar, Department of Epidemiology," Third Term, 2010-2011

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2010

Lecturer, "Research Ethics and Human Rights", Johns Hopkins University, Summer Institute, 2010

Lecturer, "Advanced Issues in AIDS", Summer Term, 2010

Lecturer, "Making Change Through Policy", First Term, 2010

Lecturer, "Human Rights Perspective in International Health", Second Term, 2010

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2010

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2009

Lecturer, "Research Ethics and Human Rights", Johns Hopkins University, Summer Institute, 2009

Lecturer, "Advanced Issues in AIDS", Summer Term, 2009

Lecturer, "Making Change Through Policy", First Term, 2009

Lecturer, "Human Rights Perspective in International Health", Second Term, 2009

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2009

Lecturer, "Global Disease Control Programs and Policies", Winter Institute, 2009

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2008

Lecturer, "Introduction to Humanitarian Emergencies", Second Term, 2008

Lecturer, "Human Rights Perspective in International Health", Second Term, 2008

Lecturer, "Human Rights and Public Health", Second Term, 2008

Lecturer, "Making Change Through Policy", Second Term, 2008

Lecturer, "Making Change Through Policy", First Term, 2008

Lecturer, "Global Disease Control Programs and Policies", Winter Institute, 2008

Lecturer, "Research Ethics and Human Rights", Johns Hopkins University, Summer Institute, 2008

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2008

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2007

Lecturer, "Making Change Through Policy," First Term, 2007

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2007

Lecturer, "Research Ethics and Human Rights", Johns Hopkins University, Summer Institute, 2007

Lecturer, "Chronic Emergency: Public Health and Human Rights in Burma," Center for Global Health, Vanderbilt University, April, 2007

Lecturer, "The Epidemiology and Prevention of HIV Infection", Johns Hopkins University, Winter Institute 2007

Lecturer, "Advanced Issues in AIDS", Fall Term, 2006

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2006

Lecturer, "Epidemiology of AIDS", Johns Hopkins University, Fourth Term, 2006

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2006

Lecturer, "Current Topics in Public Health Policy", Spring Term, 2006

Lecturer, "Global Disease Control Programs and Policies", Fourth Term, 2006

Lecturer, "International Research Ethics", Third Term 2006

Lecturer, "The Epidemiology and Prevention of HIV Infection", Johns Hopkins University, Winter Institute 2006

Lecturer, "Epidemiology of AIDS", Johns Hopkins University, Winter Institute, 2006

Lecturer, "Physician and Society", Johns Hopkins University School of Medicine, Fall Term 2005

Lecturer, "Ethical Issues in Public Health", Summer Term 2005

Lecturer, "Epidemiology of AIDS", Summer Term 2005

Lecturer, Institute for Tropical Medicine, Summer Term 2005

Lecturer, "International Research Ethics", Summer Term 2005

Lecturer, Summer Term 2005, "Health Policy", Summer Term 2005

Lecturer, "Clinical Epidemiology", Johns Hopkins School of Medicine, Spring Term, 2005

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Spring Term, 2005

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations", Summer Term, 2005

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term, 2005

Lecturer, "Current Topics in Public Health", Johns Hopkins University, Spring Term, 2005

Lecturer, "Baltimore Authors", The Evergreen Society, Johns Hopkins University, SPSBE, Winter 2004

Lecturer, "Physician and Society", Johns Hopkins University School of Medicine, Fall Term, 2004

Lecturer, "Public Health Practice", Johns Hopkins University, Fall Term 2004

Lecturer, "Current Topics in Public Health", Johns Hopkins University, Fall Term 2004

Laboratory Instructor, "Principles of Epidemiology", Johns Hopkins University, Fall Term 2004

Course Director, "Public Health and Human Rights:  Methods and Approaches", Summer Term 2004

Lecturer, "Summer Institute of Tropical Medicine", Johns Hopkins University, Summer Term 2004

Lecturer, "International Research Ethics", Johns Hopkins University, Summer Term 2004

Lecturer, "Issues in Health Advocacy", Johns Hopkins University, Spring Term 2004

Lecturer, "Physician and Society", Johns Hopkins University School of Medicine, Spring Term 2004

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term 2004

Lecturer, "HIV in Women, Children, and Adolescents", Johns Hopkins University, Spring Term 2003

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term 2003

Lecturer, "Current Topics in Public Health", (Montgomery County Campus)

Lecturer, "Clinical Vaccine Trials", Johns Hopkins University, Fall Term 2002 (Web-based MPH)

Lecturer, "Summer Institute of Tropical Medicine", Johns Hopkins University, Summer Term 2002

Lecturer, "International Research Ethics", Johns Hopkins University, Summer Term 2002

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term 2002

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term 2002

Lecturer, "Clinical Vaccine Trials", Johns Hopkins University, Fall Term 2001 (Web-based MPH)

Laboratory Instructor, "Principles of Epidemiology", Johns Hopkins University, Fall Term 2001

Lecturer, "International Research Ethics", Johns Hopkins University, Summer Term 2001

Lecturer, "Summer Institute of Tropical Medicine", Johns Hopkins University, Summer Term 2001

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term 2001

Lecturer, "Epidemiology and Public Policy", Johns Hopkins University, Summer Term 2001

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term 2001

Lecturer, "Epidemiology and Natural History of Viral Infections", Johns Hopkins University, Spring Term 2001

Lecturer, "Issues in Public Health", Johns Hopkins University, Winter Intersession 2001

Laboratory Instructor, "Principles of Epidemiology", Johns Hopkins University, Fall Term 2000

Lecturer, "Summer Institute of Tropical Medicine", Johns Hopkins University, Summer Term 2000

Lecturer, "Clinical Vaccine Trials" Johns Hopkins University, Fall Term 2000 (Web-based MPH)

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Fall Term 2000

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term 2000

Lecturer, "International Research Ethics", Johns Hopkins University, Summer Term 2000

Lecturer, "International Research Ethics", Johns Hopkins University, Spring Term 2000

Lecturer, "Issues in Public Health", Johns Hopkins University Undergraduate Course, Winter Term 2000

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Fall Term 1999

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term 1999

Lecturer, "International Research Ethics", Johns Hopkins University, Summer Term 1999

Advisor, "Design and Applications of Case-Control Studies (Epi 4)", Johns Hopkins University, Spring Term 1999

Advisor, "Design and Applications of Case-Control Studies (Epi 4)", Johns Hopkins University, Spring Term 2000

Lecturer, "AIDS, Ethics & Public Policy", Johns Hopkins University, Spring Term 1999

Instructor, "Principles of Epidemiology", Johns Hopkins University, Fall Term 1998

Lecturer, "AIDS, Ethics & Public Policy", Johns Hopkins University, Fall Term 1998

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Fall Term 1998

Advisor, "Design and Applications of Case-Control Studies (Epi 4)", Johns Hopkins University, Spring Term 1997

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term 1998

Instructor, "Principles of Epidemiology", Johns Hopkins University, Fall Term 1997

Lecturer, "The Epidemiology of HIV/AIDS", Johns Hopkins University, Summer Term and Fall Term 1997

Course Coordinator for International Workshops and Special Courses including: "Epidemiology Research Methods in support of HIV/AIDS Initiatives", Thailand, 1994; "Data Management for HIV Research", Thailand, 1995; "Improving Detection and Treatment of STDs", Thailand, 1996; "Data Management and Analysis for HIV/AIDS Research", Malaysia, 1997; "Epidemiology Research Methods in support of HIV/AIDS Initiatives", (Co-Director) Ethiopia, 1997.

Lecturer in the Department of Family Medicine, Faculty of Medicine, Chiang Mai University. Chiang Mai, Thailand, 1994-1997.

Course Co-Director of "Issues and Careers in International Health." The Undergraduate Division of the Johns Hopkins University. Baltimore, MD.  January, 1992.

**RESEARCH GRANT PARTICIPATION**

**Current**

<u>American Cohort to Study HIV Acquisition among Transgender Women in High Risk Areas</u>

July 1st 2017- June 30th 2022. NIMH/NIAID/NICHD, PI Andrea Wirtz, PhD, MHS, CoI Chris Beyrer MD, MPH.  Funding Level$ 5,666,558. The American Cohort study proposes to establish multi-site, longitudinal cohort of transgender women in the eastern and southern U.S. (Boston, New York City, Baltimore-Washington, Atlanta, and Miami metropolitan areas) to characterize sociobehavioral risk factors for HIV acquisition, access to biobehavioral HIV prevention methods, and linkage to care for those who HIV seroconvert. Study findings will provide vital epidemiologic parameters for future HIV prevention and care research among transgender women, offer a platform upon which other research questions can be explored, and inform the development and testing of evidence-based and acceptable HIV prevention interventions for this population.

<u>Identifying and Engaging Urban HIV infected and uninfected YBMSM in care</u>

September 1, 2016 – June 30, 2021 NIH/NIDA R01DA043089, PI David Celenatano, ScD & Renata Sanders MD, Co-Investigator Chris Beyrer MD, MPH, Funding Level $2,874,303. This project in Baltimore, Washington, DC and Philadelphia will compare Respondent Driven Sampling and web-based sampling to enroll Young Black MSM (ages 15-24 years) into two studies: (1) a comparison of an app-assisted approach with navigators to link and retain in care YBMSM who are not virally suppressed and compare rates of viral suppression at 18 months; and (2) a comparison of efforts to link high risk HIV uninfected YBMSM with PrEP services.

<u>Effectiveness of combination HIV preventive interventions for young Thai MSM</u>

August 1, 2015-December 31-2019.  NIH/NIAID R01AI118505, PI Christopher Beyrer MD, MPH, Funding Level $499,999/year.  Development and conduct of a non-randomized effectiveness and cost effectiveness study of a multi-level combination HIV preventive intervention with and without daily oral Truvada pre-exposure prophylaxis (PrEP) with mobile phone-based adherence support among  young men who have sex with men (YMSM, aged 18-26) in Bangkok, Thailand.  The study will include a formative phase, with the refinement of a multi-level combination intervention; an effectiveness trial with an HIV incidence endpoint; and a costing and costeffectiveness component among 1240 YMSM in a high HIV incidence context.

November 2017/ C. Beyrer

Continuum of Care Innovations for GMT in Burma/Myanmar

January 1st 2015 – December 31st 2017 PI Chris Beyrer MD, MPH. Funding Level $899,978. Using the overarching framework of the HIV Care Continuum, or cascade the study team will measure and overcome barriers to HIV testing and access to care through a series of three primary innovations for GMT in Myanmar: HIV self-testing innovations; staging of HIV disease for those who are infected through point-of-care (POC) CD4 technology; and training and capacity building of a cadre of peer health navigators for GMT to increase successful health system navigation for persons in need of ART or HIV disease management

T32 Johns Hopkins HIV Epidemiology and Prevention Sciences Training Program

July,1st 2013-June 30th, 2018.  NIH/NIAID. PI Chris Beyrer MD, MPH.  Funding Level $411,092. National Research Service Award Institutional Research Grant to support a training program in HIV Epidemiology and Prevention Sciences at the Johns Hopkins Bloomberg School of Public Health (BSPH) and the Johns Hopkins School of Medicine (SOM), entitled the "Johns Hopkins HIV Epidemiology and Prevention Sciences Training Program."

P30 AI094189-01A1 The Johns Hopkins Center for AIDS Research (JHU CFAR)

May 2nd, 2017-April 30th, 2022. NIAID/NIH.  PI Richard Chaisson MD, Co-PI Chris Beyrer MD, MPH.  Funding level, $ US 15,000,000,00.  The JHU CFAR is a University-wide program designed to promote trans-disciplinary collaboration in HIV research, support junior and minority investigators, and focus the research efforts of Johns Hopkins on the HIV epidemic in Baltimore and internationally.

NIAID  FCO104111/ID0080.023  Protocol Chair support for HPTN 078

June 01, 2014-November 30, 2017

Dr. Beyrer  will serve as Procotol Chair for HPTN 078.  PI Beyrer. US $61,270.  As Protocol Chair he will lead a multi-disciplinary team including researchers from JHU, Columbia University, FHI 360, and the HPTN Core Lab, Statistical Center, and Modeling Group.  He will provide overall scientific leadership for the development and implementation of the protocol, chair the regular and ad hoc conference calls, attend the semi-annual HPTN investigators meetings, and lead the protocol writing team.

**RESEARCH GRANT PARTICIPATION**

**Past**

Administrative, modeling and development costs associated with The Lancet special theme series on HIV and Prisoners

May 15, 2015-July 30, 2016.  NIH/NIDA/Synergy Enterprises.  PI Chris Beyrer MD, MPH.

100

Funding Level USD $123,359.00.  Technical, Scientific, Administrative and Data Management Activities to develop, publish, and present a 7 paper special theme issue of The Lancet on HIV, viral hepatitis, and TB among Prisoners.  Presentation will be in a Symposium Session at the *21st International AIDS Conference* in Durban, South Africa in July, 2016.


## HIV Investment Case Development for Tanzania

July 1, 2015-June 06, 2016.  UNAIDS/ Health and Development Africa (PTY) Limited.  Pi Chris Beyrer.  Funding Level USD $143,464.  The investment case will aim to inform policy and programmatic decisions to optimize the Tanzanian public sector response and maximize the projected impact of reducing new HIV infections and AIDS-related deaths by 2020-2025-2030.


## R01 MH085574-01A2 High Risk Men: Identity, Health Risks, and Stigma

September 30th, 2009-June 30th, 2015.  NIMH/NIH.  PI Chris Beyrer MD, MPH.  Funding level $461,592.  An epidemiologic study of identity, health-seeking behaviors, and risk behaviors among men who have sex with men (MSM) in Moscow Russia. We will compare risk profiles among MSM recruited through and enhanced respondent driven sampling approach with those recruited through the internet-based sampling methods.


## Gender Differences in Assessing ART Services & Treatment Outcomes

January 01, 2015-January 31, 2016. World Health Organization.  PI Chris Beyrer MD, MPH. Funding level, $ US 25,000.   Conduct a comprehensive assessment of scientific evidence, in the form of systematic reviews that will inform programmes on gender based differences in accessing HIV treatment and outcomes across the continuum of care.


NIAID R01 AI094575-01

May 1, 2011-March 31, 2016

A Package of Combination HIV Prevention Interventions for MSM in Southern Africa.  PI Patrick Sullivan. US 490,000/per year.  This project will work partner with community groups in South Africa to gather preliminary and pilot data for the development of an optimized combination package of HIV prevention interventions and services (CPHI) for men who have sex with men (MSM) in southern Africa.


## OPP1091263 The Lancet Series on HIV in Sex Workers

May 05th, 2013-December 31, 2014. Bill and Melinda Gates Foundation.  PI Chris Beyrer MD, MPH.  Funding level $143,685.  To review the global epidemiology prevention treatment care and policy options for reducing HIV among people who sell sex and guest edit a special theme of the Lancet on HIV and Sex work.

Fogarty AIDS International Training and Research Program

September 23, 2003 --August 31, 2014.  Fogarty International Center, National Institutes of Health.  PI Chris Beyrer MD, MPH.  Funding level, US 970,675/per year.  The major goal of this project is to increase the capability of developing country scientists to conduct HIV/AIDS research through advanced research training.

NIAID/NIH

February 28, 2007 – December 31, 2013.  Southern Asia HIV/AIDS Clinical Trials Unit. PI David D. Celentano, ScD.  Funding level US, 702,390/per year. The HIV Prevention Trials Network (HPTN) is a worldwide collaborative clinical trials network that develops and tests the safety and efficacy HIV preventive interventions.  The JHU-SE Asia CTU will focus on relevant prevention trials in the region.

Lancet Series: HIV among MSM

July 01, 2011-December 30th, 2012.  Bill and Melinda Gates Foundation.  PI Chris Beyrer MD, MPH.  Funding level, US $89,000.  The purpose of this grant is to support the efforts of Dr. Beyrer, and research specialists in men who have sex with men (MSM) and HIV, who have agreed to commission a Series with *The Lancet* on the global HIV epidemic among MSM.  The series will consist of six review articles published as a special issue to launch at the XIX International AIDS Conference in Washington DC, 2012

Lancet Series: HIV among MSM

September 01, 2011-December 30th, 2012.  amfAR The Foundation for AIDS Research.  PI Chris Beyrer MD, MPH.  Funding level, US $58,000.  The purpose of this grant is to support the efforts of Dr. Beyrer, and research specialists in men who have sex with men (MSM) and HIV, who have agreed to commission a Series with *The Lancet* on the global HIV epidemic among MSM.  The series will consist of six review articles published as a special issue to launch at the XIX International AIDS Conference in Washington DC, 2012

Columbia University

April 01, 2008 – March 31, 2013.  Couple based HIV/STI Prevention for Injecting Drug Users in Kazakhstan. PI El-Bassel, DSW, MSW. Funding level, US 26,493/per year.  A randomized controlled trial of a couples-based behavioral intervention trial among drug using heterosexual couples in two cities in Kazakhstan. Randomization will be done with couples, and the intervention has both behavioral and biologic outcomes.

The Himelfarb Family Fund

July 1, 2008 – June 30, 2013.  Institutional support for the Center for Public Health and Human Rights.  PI Chris Beyrer MD, MPH.  Funding level, US 40,000/ per year.  Support for the development of the center, and for research, teaching, and advocacy on public health and human rights.

HIV/STI Risks Among Migrant Male Workers in Kazakhstan

July 01, 2008-June 30th, 2012.  Columbia University. PI Nabila El Bassel.  Funding level, US $18, 475. An epidemiologic investigation of HIV risks and behaviors among male migrant market works in Kazakhstan.  The study is situated in the open market outside Almaty, which is the largest such market in Central Asia, with 35,000 migrant vendors.

R13 AI098464-01  XIX International AIDS Conference (AIDS 2012)

July 01, 2011-December 31, 2012.  PIs Chris Beyrer MD, MPH, Elly Katabira MD.  Funding level, US 7,000,000.00.  Support for the International AIDS Conference in Washington DC, 2012.

Fred Hutchinson Cancer Research Center

June 01, 2012 – May 31, 2013.  HIV Vaccine Trials Network.  PI Chris Beyrer MD, MPH. Funding level, US 83,416/per year.   Develop and support HIV vaccine clinical trial sites in Asia and Russia/CIS for the HVTN Leadership.

Increasing Awareness and Building International Support for Democracy in Burma

October 1, 2010-September 30th, 2011.  National Endowment for Democracy.   The objective of this project include: increasing international attention on and interest in Burma, to serve as a conduit for information into and out of Burma, ensure that the voices of leading democrats inside Burma are heard, and coordinating international advocacy efforts to promote respect for human rights in Burma.

Cross Sectional Evaluation of the Prevalence of HIV among MSM in Kazakhstan

September 1, 2010-August 31, 2011.  Open Society Institute. PI Chris Beyrer MD, MPH. Funding level, US $32,365.  An epidemiologic investigation of HIV risks and human rights contexts among MSM in Almaty, Kazakhstan.

Community Based – VCT Thailand

October 01, 2002 – June 30, 2011.  NIMH, NIH.  PI David D. Celentano, ScD.  Funding level US, 1,281,592/ per year.  A multi-country randomized controlled behavioral intervention trial comparing standard clinic based HIV Voluntary Counseling and Testing with Community based VCT in 14 communities in northern Thailand and sites in South Africa, Zimbabwe, and Tanzania.

Lancet Series: HIV and Injection Drug Use

July 01, 2009-June 30th, 2011.  Open Society Institute.  PI Chris Beyrer MD, MPH.  Funding level, US $54, 075.  The purpose of this grant is to support the efforts of Dr. Beyrer, and research specialists in Injecting Drug Use (IDU) and HIV, who have agreed to commission a Series with *The Lancet* on the global HIV epidemic among IDU.  The series will consist of six review articles published as a special issue to launch at the XVIII International AIDS Conference in Vienna, 2010.

US Department of State

 February 25, 2008 – February, 25, 2010.  Responding to Burma's Pro-Democracy Movement.
PI Chris Beyrer, MD, MPH.  Funding level, US 207,664/ per year.  This project aims to train
ethnic groups in eastern Burma to investigate, document, and report on human rights violations
in their communities.


Ministry of Health Afghanistan

June 1, 2008 – December 31, 2010.  HIV Surveillance – Afghanistan HIV/AIDS Prevention
Project.  PI Gilbert Burnham MD, PhD.  Funding Level, US 1,435,226/per year.  The objective
of the HIV project is to obtain more data through second generation HIV Surveillance and KAP
survey and thereby inform the policy and planning of the NACP by monitoring the prevalence of
HIV infection and levels of knowledge/awareness, risk behavior and utilization of services
among selected most at risk and especially vulnerable groups through integrated biological and
behavioral surveys.


George Washington University AIDS and Cancer Specimen Bank
June 1, 2006 – September 23, 2008.  PI Chris Beyrer, MD MPH.
To collect and process blood and ship specimens to the ECACSB laboratory, and to collect
clinical data and incidence of Hepatitis C to be shipped with specimen.

Bill and Melinda Gates Institute for Population and Reproductive Health.
June 1, 2005-May 31, 2008.  Award to the Center for Public Health and Human Rights. PI Chris
Beyrer, Burma PI Dr. Cynthia Maung.  Funding level 220,000/year.  A new program award to
build capacity among local health workers in internally displaced person zones in Eastern
Burma; coordinate reproductive care referral, and assess adapted reproductive health
interventions among this vulnerable population.


HIV Prevention Trials Unit (Thailand).
Oct. 1, 2000-Dec. 31-2007. NIAID, NIH.  PI David D. Celentano, ScD
This study in Chaing Mai addressed 2 HIV prevention needs: (a) village-based voluntary
counseling and testing to encourage HIV testing and reduce discrimination; (b) a peer network
intervention among Thai IDUs to reduce needle-sharing and subsequent HIV parental
transmission.


JHU-Guangxi, China Clinical Trials Unit
July 1, 2007 – Jan 31, 2014. NIAD/NIH. PI J Brooks Jackson
The major goal of this project is to conduct HIV prevention trials among IV drug users in China.


Southern Asia HIV/AIDS Clinical Trails Unit
Feb 28, 2007 – Dec 31, 2013. NIAD/NIH. PI David Celentano, ScD
The HIV Prevention Trials Network (HPTN) is a worldwide collaborative clinical trials network

that develops and tests the safety and efficacy HIV preventive interventions.  The JHU-SE Asia CTU will focus on relevant prevention trials in the region.

HIV Vaccine Trial Network (HVTN).
November 1, 2006-October 30, 2007 (to 2013).  NIAID, NIH, Fred Hutchinson Cancer Research Institute.  PI, Chris Beyrer MD, MPH.  Funding level, US 176,000/year.  Senior Scientific Liaison, HIV Vaccine Trials Network.  Develop and support HIV vaccine clinical trial sites in Asia and Russia and the CIS for the HVTN Leadership.

Community Based – VCT Thailand.
September 30, 2003-June 30, 2008.  NIMH, NIH.  PI, David D. Celentano, ScD.  Funding level, US 764,454/year.  Co-Investigator of a multi-country randomized controlled behavioral intervention trial comparing standard clinic based HIV Voluntary Counseling and Testing with Community based VCT in 14 communities in northern Thailand and sites in South Africa, Zimbabwe, and Tanzania.  Head of the Endpoint Committee.

Columbia University
December 01, 2007-November 31, 2010. HIV/STI Risks Among Migrant Male Workers in Kazakhstan, Central. Funding level, US $18,084

Fogarty AIDS International Training and Research Program.
October 1, 2003--September 30, 2008.  Fogarty International Center, National Institutes of Health.  PI, Chris Beyrer MD, MPH.  Funding level, US $ 2.13 million/per year.  To increase the capability of developing country scientists to conduct HIV/AIDS prevention research.

AIDS and Cancer Specimen Bank
Oct. 1, 2002-September 30, 2007.  NIAID, NIH. PI, Chris Beyrer MD, MPH. Funding level, US $45,000.  To participate in establishing and sustaining the NIH archive of specimens for HIV/AIDS and cancer epidemiologic studies.

Levi Strauss Foundation.  1%
December 1, 2004—November 30, 2007.  Levi Strauss Foundation Award to the Center for Public Health and Human Rights.  PI Chris Beyrer, China PI Wan Yan Hai.  Funding level, US 59,000/year.  A collaborative award with the Beijing Aizhixing Institute of Health Education to reduce stigma and discrimination against HIV positive persons in China through advocacy of human rights, legal aid, and policy reform.

Center for Public Health and Human Rights.  1%
April 1, 2004-July 1, 2007.  Development Fund, Open Society Institute.  PI Chris Beyrer.  Funding level, US 83,000/year.  A new Center at JHU which will investigate, teach, and advocate on interactions of human rights violations with the health of populations.

Risks for HIV and HCV among Moscow sex Workers.
20%
Oct. 1, 2002-Sept. 30—2007. NIDA, NIH.  PI Chris Beyrer.  Funding level, US 250,000/year.

To investigate sexual and injecting drug use risks for HIV and HCV in a newly established cohort of female sex workers in Moscow.

HIV Vaccine Trial Network (HVTN).  30%
April 1, 2001-May 30 2006.  NIAID, NIH, Fred Hutchinson Cancer Research Institute.  PI Chris Beyrer.  Funding level, US 176,000/year.  Senior Scientific Liaison, HIV Vaccine Trials Network Site Expansion.  Develop and support HIV vaccine clinical trial sites in Asia and Russia and the CIS for the HVTN Leadership.

Paul and Marianne Gertman Foundation.  1%
February 1, 2005-March 31, 2006.  Award to the Center for Public Health and Human Rights to establish the Gertman Fellowship in Public Health and Human Rights.  PI Chris Beyrer.  Funding Level 9,000/year.  To support Bloomberg students in research activities related to human rights and public health issues in the U.S..

Surveillance of HIV, HCV and Associated Risk Behaviors in Tajikistan.  5%
September 30, 2002, September 29-2004. USAID.  PI Chris Beyrer.  Funding level, US 330,000.  (Co-PI)  To investigate prevalence and risk behaviors for blood borne infections among Tajik drug users in the Afghan—Tajik heroin trafficking zone.

HIV Vaccine Trial Network (HVTN).  5%
Oct. 1, 2000-Sept. 30-2004.  NIAID, NIH.  PI Donald S. Burke, MD.  Funding level, US 2.1 million/year.  Thailand HVTN sub-unit Principal Investigator, China HVTN sub-unit Co-Investigator.  Develop and support HIV vaccine clinical trials program in the U.S. and in Thailand, China, and India.

Bioethics Training for Developing Country Professionals.  10%
Sept. 30, 2000-Sept. 29, 2004.  Fogarty International Center, NIH.  PI Nancy Kass, ScD.  Co-Investigator.  Training and research program to build capacity for bioethicists in developing countries, with a special emphasis on Africa bioethics capacity.

Fogarty Tuberculosis International Training and Research Program.    0%
October 1, 1998--September 30, 2003.  Fogarty International Center, National Institutes of Health.  PI, Chris Beyrer MD, MPH.  Funding level, US$ 125,000 per year.  To increase the capability of scientists from South Africa, Peru, and India to conduct Tuberculosis prevention and control research.

Epidemiology of HIV-1 among Opiate users in N. Thailand.  20%
Jan. 1, 1998-Nov. 30, 2002.  NIH, NIDA.  PI, David Celentano, ScD.  Funding level $1,980,762.  To identify risks for prevalent and incident HIV infections among opiate users in northern Thailand; to measure HIV incidence in a longitudinal cohort; a randomized controlled trial of methadone maintenance vs. taper to prevent HIV infection. Co-P.I.

Emerging HIV-1 Infection in Chinese IDUs.  15%
Aug 1, 1999-June 30, 2002.  NIH, NIDA.  PI, Xiao-Fang Yu, MD, Ph.D.  Funding level US $436,232 per year.  To investigate the emerging epidemic of HIV-1 subtypes E and C among

IDU in Guangxi, southern China; to isolate and characterize HIV viruses from this population; to identify targets for HIV prevention activities among Chinese IDU. Co-P.I..

Molecular Epidemiology of HIV-1 among Opiate users in N. Thailand.  5%
Sept. 20, 2000-Sept. 29, 2001.  NIH, NIDA.  PI, David Celentano, ScD.  Funding level $ 72,000. To assess the molecular epidemiology of HIV-1 subtype infections among opiate users in northern Thailand; survey this population for recombinant and novel subtypes in Thailand.

Preparation for AIDS Vaccine Evaluations, HIVNET extension.  5%
November 2, 1998- November 1, 1999.  Division of AIDS, NIAID, National Institutes of Health. PI, Kenrad E. Nelson, MD. Funding level, US $1,714,356.  To identify, enroll, and follow community cohorts of at risk HIV seronegative adults in northern Thailand in preparation for HIV vaccine trials and other preventive interventions.  Co-Investigator.

Henry M. Jackson Foundation for the Advancement of Military Medicine, HIV Cooperative Agreement.   35%
January 1, 1998, January 1, 2000. Jackson Foundation.  Contract for Chris Beyrer MD, MPH as a Senior Research Physician.  Funding level, US $69,888.  Assist in the design and development of projects in support of the clinical evaluation and development of candidate HIV vaccines.

Preparation for AIDS Vaccine Evaluations, HIVNET extension.  15%
November 3, 1994 to November 2, 1997.  Division of AIDS, NIAID, National Institutes of Health.  PI, Kenrad E. Nelson, MD. Funding level, US $1,714,356.  To identify, enroll, and follow 2 cohorts of at risk HIV seronegative adults in northern Thailand in preparation for HIV vaccine trials and other preventive interventions.  Co-Investigator.

HIV/AIDS Prevention Programs for Burma: Using Radio to Educate and Empower.  0%
September 30, 1998-March 31, 1999.  U.S. Dept. Of State, Allocation to The Solidarity Center, AFL-CIO.  PI, Chris Beyrer MD, MPH.  Funding level, US $36, 637. To develop HIV prevention programs for use by Radio Free Asia and Voice of America Burmese Radio Broadcast Programs.

Fogarty AIDS International Training and Research Program.   25%
February 4, 1997-September 30, 1998.  Fogarty International Center, National Institutes of Health.  PI, Chris Beyrer MD, MPH.  Funding level, US$ 625,000 per year.  To increase the capability of developing country scientists to conduct HIV/AIDS research.

Special International Post-Doctoral Research Program in AIDS.   35%
February 4, 1997-June 28, 1998.  Fogarty International Center, National Institutes of Health.  PI, Chris Beyrer MD, MPH.  Funding level, US $175,000 per year.  To increase the capability of developing country scientists to conduct advanced HIV/AIDS research.

<u>Henry M. Jackson Foundation for the Advancement of Military Medicine, HIV Cooperative Agreement.</u>  50%
January 1, 1997, January 1, 1998. Jackson Foundation.  Contract for Chris Beyrer MD, MPH as a Senior Research Physician.  Funding level, US $69,888.  Assist in the design and development of projects in support of the clinical evaluation and development of candidate HIV vaccines.

<u>HIV/AIDS Training for Researchers and Clinicians in Malaysia.</u>  0%
October 1, 1995 to September 30, 1998.  Fogarty International Center of the National Institutes of Health.  PI, Kenrad Nelson, MD.  Funding level, US$ 150,000.  To identify and train interested researchers and clinicians in HIV/AIDS research, prevention, and care, in the Republic of  Malaysia.  Coordinator and responsibility for curriculum development.

<u>Preparation for AIDS Vaccine Evaluations</u>.  September 1, 1992 to August 31, 1994.  Division of AIDS, NIAID, National Institutes of Health. PI, Kenrad E. Nelson, MD. Funding level, US $980,000. To identify, enroll, and follow 5 cohorts of at risk HIV seronegative adults in northern Thailand in preparation for HIV vaccine trials and other preventive interventions.  Field Director, project oversight for Thai activities, analysis and publication.

<u>Men Helping Men, A Community HIV Prevention Program for gay and bisexual Thai men.</u>
May 23, 1995 to May 23, 1996.  Thai-Australia Collaboration on AIDS.  PI, Han Ten Brummelhies.  Funding level US$ 32,000.  To develop peer education and HIV prevention programs in gay bars, gay brothels, and cruising areas in northern Thailand.  Medical researcher, intervention design, analysis, publication.

<u>Preparing for AIDS Vaccine Evaluations:  A Workshop on Epidemiology and Methodology</u>.
September 20-24, 1993.  Global Programme on AIDS, World Health Organization.  PI, Dr. Chirasak Khamboonruang.  Funding level US $29,905.  To define and explore the scientific, operational, management, and ethical issues involved in planning and conducting an HIV/AIDS preventive vaccine trial in the north of Thailand.

<u>Proposal for 3 Workshops in Support of HIV Research Activities in Northern Thailand.</u>
January 1, 1994-March 1, 1995.  The Fogarty International Center, National Institutes of Health.  PI, Kenrad E. Nelson.  Funding level, US$ 42,000.  Development grant for local personnel through workshops on Immune Monitoring, data management and analysis for HIV epidemiology studies, improved detection of STDs.

<u>Proposal for a Feasibility Study of a Community Based Cohort of At-Risk HIV-1 Seronegatives in Lamphun Province, Northern Thailand.</u> July 1, 1993-February 28, 1994.  Global Programme on AIDS, World Health Organization.  PI, Dr. Chawalit Natpratan.  Funding level, US$ 29,964.  To determine the feasibility of establishing an HIV incidence cohort among factory workers.  Study design, grant writing, study oversight, analysis and publication.

**PRESENTATIONS**

### Scientific Meetings

"HIV Interventions for Key Populations:  The Challenges Ahead."  From Molecules to Patients to Policies.  McGill University Infectious Diseases Institute for Global Health, October 20th, 2017.

"HIV/AIDS in the Asia Pacific:  Where is the Epidemic Heading?"  Keynote Lecture, 2nd Annual Asia Pacific AIDS & Co-Infections Conference, Hong Kong, Thursday, June 1, 2017.

"HPTN 078:  Reaching and Enrolling MSM living with HIV Infection and not Virally Suppressed."  HIV Prevention Trials Annual Meeting, Washington DC, March 12, 13, 2017.

"HIV and Human Rights—the Challenge for Key Populations."  Keynote Address, Medical University of South Carolina, Charleston, SC, November 10th, 2016.

"President's Address."  21st International AIDS Conference.  Durban, South Africa, July 18th, 2016.

"Closing Address:  What have we learned?"  21st International AIDS Conference. Durban, South Africa, July 22nd, 2016.

"Key Populations and the HIV Response in 2016."  Speech at The End of AIDS as a Global Health Threat, United Nations High Level Meeting on AIDS. New York, NY, June 7, 2016.

"Public Health and International Drug Policy."  Keynote Address, 3rd Regional Consultation on Harm Reduction in Eastern Europe and Central Asia. Odessa, Ukraine, May 12th, 2016.

"Meeting Summary:  The Research Agenda on HIV Stigma."  Closing Address, White House Meeting on HIV Stigma, Washington, DC, March 3rd, 2016.

"The Changing HIV Epidemic."  Keynote Address, 25th Anniversary Thai-US Collaboration on HIV/AIDS.  Bangkok, Thailand, February 9th, 2016.

"Global and Regional Epidemiology of HIV—The importance of addressing HIV and Human Rights."  Second High Level Consultation on HIV in Conservative Social Settings, International AIDS Society, Istanbul, Turkey, January 30th, 2016.

"The Global Epidemics of HIV among MSM:  Challenges and Opportunities for Prevention and Control."  Plenary Presentation, 5th National HIV and STI Research Conference, China. Shanghai, Nov. 18, 2015.

"Advances in HIV Prevention and Treatment for Key Populations in the Asia-Pacific."  Plenary Presentation.  PrEParing Asia Conference, APCOM, UNAIDS, WHO.  Bangkok, Thailand, Septmber 24th, 2015.

"Doing better for Key Populations in the HIV Response:  Now is the time."  Keynote Address,

Eighth North American Housing and HIV/AIDS Research Summit.  September, 15th, 2015, Washington DC.

IAS President's Address.  8th IAS Conference on HIV Pathogenesis, Treatment and Prevention, Vancouver, Canada, July 17th, 2015.

"Achieving Equity:  The Imperative for Key Populations."  Plenary Presentation, 7th Southern Africa AIDS Conference, Durban, South Africa, June 10th, 2015.

"The HIV Epidemics Among MSM in Thailand and China."  HIV Vaccine Trials Network Biannual Meeting.  Plenary Presentation, Washington, DC, May, 8th, 2015.

"Vulnerable Populations and HIV."  HIV Treatment in the Americas, Third Annual Conference, Mexico City, Mexico, April 16th, 2015.

"Human Rights Violations against Sex Workers:  Burden and Effect on HIV."  Internatoinal Copurse on HIV:  Pathogenesis, Prevention, and Treatment-2015, Medical College of Peru, Lima, Peru, March 5th, 2015.

"An action agenda for HIV and Sex Workers." Internatoinal Copurse on HIV:  Pathogenesis, Prevention, and Treatment-2015, Medical College of Peru, Lima, Peru, March 5th, 2015.

""Maximizing synergies between health and inclusive development."  The Prince Mahidol Award Conference, Global Health Post 2015—Accelerating Equity, Bangkok, Thailand, January 29th, 2015.

"Tailoring Biomedical Preventive Interventions for Key Populations:  Towards Safety, Efficacy, Effectiveness."  Plenary Presentation, First Annual HIV Research for Prevention Conference, Cape Town, South Africa, Oct. 29, 2014.

"Disparities in Research and Clinical Treatment, Prevention and Policies: A Call to Action." 2014 CFAR Social and Behacioral Research Network 8th National Scientific Meeting. Univeristy of California, Los Angeles October 22nd 2014.

"New Methods, New Estimates for MSM in the World."  Keynote Address:  HIV 2014:  Science, Community and Policy for Key Vulnerable Populations.  The New York Academy of Sciences and UNAIDS, New York, NY, May 5th, 2014.

"Targeting Key Populations:  Social Marginalization and HIV outcomes."  Action on Social Drivers to end AIDS and extreme poverty.  The World Bank & UNAIDS high-level meeting, The World Bank, Washington DC, January 9th, 2014.

"The Global Epidemics of HIV among MSM:  Time to Act."  Keynote Address, 20th Annual Association of Nurses in AIDS Care Conference, Atlanta, GA, November 23, 2013.

"Prevention and Treatment Among Key Affected Populations; Drug Users, Sex Workers, MSM,

Transgenders." PEPFAR 3rd Annual Scientific Advisory Board Meeting, Crystal City, VA, October 2, 2013.

"Migration, Civil Conflict, Mass Gathering Events, and Disease."  First Conference on Global Environmental Change and Infectious Disease Dynamics, Institute of Medicine, Washington DC, September 24th, 2013.

"Evidence based interventions for HIV prevention among drug users."  Global Commission on Drug Policy and International AIDS Society. High-level panel on drug policy and public health. Kuala Lumpur, June 30, 2013.

"HIV, HCV and TB among drug users:  time for policy change."  Evidence-based drug policies for an effective HIV response. 7th IAS Conference on HIV Pathogenesis, Treatment and Prevention, Kuala Lumpur, July 1, 2013.

"The Global Epidemics of HIV among MSM:  Time to Act."  Plenary Presentation, 20th Conference on Retroviruses and Opportunistic Infections, Atlanta, GA, March 5th, 2013.

"The Lancet Series on HIV Among Men who have Sex with Men."  XIXth International AIDS Conference, Washington DC, July 26th, 2012.

"Convergence of HIV, TB, and Drug Use."  Transforming the HIV/TB Response: Defining the next 10 years.  Washington DC, July 21, 2012.

"What Should PEPFAR Look Like in 5 Years" PEPFAR's Legacy and Future.  Center for Strategic and International Studies.  Washington DC, July 21, 2012.

"Epidemiologic Links Between Drug Use and HIV Epidemics:  An International Perspective." Sate Of the Art Conference, American Society of Addiction Medicine, Washington DC, October, 28th, 2011.

"Responding to Risk among MSM in Developing countries."  18th Conference on Retroviruses and Opportunistic Infections, Boston, USA, February 28th, 2011.

"Time to Act:  A Call for Comprehensive Responses to HIV Among People Who Use Drugs." *The Lancet* Series Asia Regional Launch, Kuala Lumpur, Malaysia, December 8-9, 2010.

"Human Rights, HIV, and People Who Use Drugs." *The Lancet* Series Asia Regional Launch, Kuala Lumpur, Malaysia, December 8-9, 2010.

"Double Stigma: Being Both Gay and at risk for HIV," International Conference on HIV – Related Stigma, Howard University, Washington DC, Dec. 1, 2010.

"Preventing HIV spread among injection drug users,"  48th Annual Infectious Diseases Society of America, Vancouver, Canada, October 24, 2010.

"Neglected Diseases, Civil Conflicts, and the Right to Health," Institute of Medicine, Forum on

Microbial Threats, Washington DC, September 22nd,  2010.

"The Global Epidemics of HIV among MSM in 2010:  Epidemiology, Responses, and Human Rights," The Global Forum on MSM & HIV Annual Conference, Vienna, Austria, July, 17th 2010.

"Time to Act:  A Call for Comprehensive Responses to HIV Among People Who Use Drugs." *The Lancet Series*, XVIII International AIDS Conference, Vienna, Austria, July 20th, 2010.

"The Global Epidemics of HIV among MSM in 2010:  Epidemiology, Responses, and Program Implications," XVIII International AIDS Conference, Vienna, Austria, July 22nd, 2010.

"Neglected Epidemics of HIV in MSM," HIV Vaccine Trials Network Full Group Meeting, Washington DC, May 3, 2010.

"The Expanding Epidemics of HIV-1 Among Men Who Have Sex with Men in Low and Middle Income Countries:  A Scenario-based Approach,"  83rd American Epidemiological Society Annual Meeting, Baltimore, USA, March 25-26, 2010.

"Epidemiological Link between Drug Abuse and HIV: An International Perspective," Prevention and Treatment of HIV/AIDS among Drug Using Populations: A Global Perspective, NIDA/IAS Consultation Meeting, Washington, DC, January 11 – 12, 2010

"The Evolving HIV Epidemic," 11th HIV Update:  Special Symposium of the International AIDS Society, Vancouver, Canada, November 16th, 2009.

"HIV/AIDS and Human Rights:  Evidence-Based Approaches," IAS 2009, Eastern Europe and Central Asia AIDS Conference (EECAAC), Moscow, Russia, October 28th, 2009.

" IAS 2009, Cape Town, Satellite Session," Rectal Microbicide Development –An African Perspective. International Convention Centre Convention Square, Cape Town, South Africa July 19, 2009.

"Male Circumcision in Heterosexual and MSM," HIV infection in MSM: Research Agenda to improve Prevention and Care and Treatment, JHU Fogarty AITRP Research Conference, Chiang Mai, Thailand, March 6, 2009.

"Legal and rights issues" HIV infection in MSM: Research Agenda to improve Prevention and Care and Treatment, JHU Fogarty AITRP Research Conference, Chiang Mai, Thailand, March 6th, 2009.

"Global Epidemiology of HIV among MSM," HIV infection in MSM: Research Agenda to improve Prevention and Care,  JHU Fogarty AITRP Research Conference, Chiang Mai, Thailand, March 5-7, 2009.

"Sexual Concurrency, Bisexual Practices, and HIV among Men Who Have Sex With Men:

Malawi, Namibia, and Botswana, 16th Conference on Retroviruses and Opportunistic Infections, Montreal, Canada, February 8-11, 2009.

"Science-based Solutions to Human Rights Challenges:  Examples from the field"
AAAS Science and Human Rights Coalition Launch, Washington D.C., January 15, 2009.

"Science Serving Human Rights:  Making it Happen" AAAS Scientific Forum, Washington D.C., October 23, 2008.

"Epidemiology and Surveillance of HIV among MSM" Plenary, Global Consultation on MSM and HIV/AIDS Research, American Foundation for AIDS Research, Washington, D.C., September 28-29, 2008.

"Population-based survey methods to qualify associations between human rights violations and health outcomes among internally displaced persons in eastern Burma." Invited Speaker, The Annual Meeting of the U.S. C.D.C. Health and Human Rights Workgroup (HHRW), Atlanta, Georgia, July 22, 2008.

"HIV Vaccines: Advances and Challenges," Conference on the Malawi HIV Clinical Trials Unit, Blantyre, Malawi, June 30, 2008.

"Full Enjoyment of Human Rights by All: Vulnerable Groups, Social Exclusion, and Progress Towards Universal Access." Invited Speaker, Men who have sex with men, transgender populations and HIV, New York, New York, June 9, 2008.

"The Humanitarian Crisis in Burma Post Cyclone Nargis." Invited Speaker, Washington, D.C., May 9, 2008.

"Spotlights on U.S. Geography Linkage to Developing Regions." AAG Special Plenary Boston, Massachusetts, April 18th, 2008.

"HIV Vaccine Trials in China." Plenary, HVTN Investigators Meeting, Seattle, Washington, August 19, 2007.

"STD Prevention in Vulnerable Populations:  Human Rights Issues and Ways to Move Forward," Plenary, 18th International Society for STD Research Conference, June 29, 2007.

"Conducting Research within Oppressed Populations: An Example of Research in Burma (Myanmar), Invited Speaker, "The Epidemiology of Complex Emergencies," BC Centre for Excellence in HIV/AIDS, Simon Fraser University and London School of Hygiene and Tropical Medicine, Ottawa, Canada, March 8, 2007

"Responding to Infectious Diseases in the Border Regions of South and Southeast Asia," Conference Presider, Bangkok, Thailand, January 24-25, 2007.

"Global Epidemiology of HIV among MSM in Developing Countries," Invited Speaker, AIDS + 25: Remember, Recognize, Review, The New School University, New York, New York, December 1, 2006.

"HIV Epidemiology Update and Transmission Factors: Risks and Risk Contexts." Invited Speaker, South Asia Region Retreat, The World Bank, Washington, D.C., October 27, 2006.

"The Right to Health." Social and Economic Rights: What difference do they make? The World Bank, Washington, D.C., October 27, 2006.

"HIV Vaccine Trials in China." Plenary, HVTN Investigators Meeting, Seattle, Washington, October 20, 2006.

"The HIV/AIDS Pandemic: Risks, Risk Contexts and Human Rights." WHO/PAHO Collaborating Center Meeting, The Center for Law & the Public Health at Georgetown & Johns Hopkins Universities, Washington, D.C., October 13, 2006.

"Global Perspective of the HIV Pandemic." 1st National Scientific Meeting, CFAR Social and Behavioral Sciences Research Network (SBSRN), University of Pennsylvania, Philadelphia, Pennsylvania, October 11, 2006.

"HIV Epidemiology Update and Transmission Factors:  Risks and Risk Contexts."  Plenary Speech, MOPL02, 16th International AIDS Conference, Toronto, Canada, August 14, 2006.

"HVTN 903: Lessons Learned in Preparation for Efficacy Trials" HVTN Full Group Meeting, Washington, D.C., May 23-24, 2006.

"Bringing Burma to the UN Security Council" US Campaign for Burma 2006 National Conference: Burma's Challenge, Washington, DC, April 29, 2006.

"Health Issues Facing Burma and the Region." Burma: Looking Forward. Brookings Institute, Washington DC, October 26, 2005.

"Ongoing Spread of HIV among IDUs in the CIS: Urgent Need for Prevention and Treatment." 5th All-Russian Conference on HIV/AIDS and Viral Hepatitis, October, 2005, Suzdal, Russia.

"The Nest Wave:  Emerging HIV Epidemics in Eurasia." Plenary Presentation, 3rd International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July, 2005, Rio de Janeiro.

"Outbreak of a West Africa HIV-1 recombinant, CRF02_AG, in Central Asia." 3rd International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July 2005, Rio de Janeiro.

"A Human Rights Approach to Prevention:  Abstinence Only and Evidence Based Approaches." 4th Physicians for Human Rights International Health Conference, April 23, 2005, Johns Hopkins Medical Institutions.

"Civil conflict and health information:  The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004."  First Conference on Lessons Learned from Rights Based Approaches to Health, Emory University, April 14-16, 2005.

"MSM-IDU in Northern Thailand:  High HIV, HCV, and sexual risks and rates among dual risk men seeking drug treatment. 16th International Conference on Drug-Related Harm, Belfast, March 20-24, 2005.

"Responses to HIV/AIDS In Asia."  National Conference on Medicine's Response to the HIV/AIDS Pandemic, American Medical Student Association, Washington, DC, March 16, 2005.

"Burma, Indochina, and Molecular Epidemiology as an Investigative Tool."  Second Conference on Molecular Epidemiology, HIV and National Security, Council on Foreign Relations, New York, December 6, 2004.

"HIV/AIDS in Shan State."  First Shan State Health Summit, Chiang Mai, Thailand, November 13-14, 2004.

"Can molecular epidemiology be used to track security-related HIV transmission?"  First Conference on HIV & National Security, The Council on Foreign Relations, New York, July 28-29, 2004.

"The effectiveness of the World Bank's HIV/AIDS assistance to Brazil." Gauri V, Beyrer C, Vailliancourt D.  Satellite Symposium, 15th International AIDS Conference, Bangkok, July 2004.

"HIV Vaccine Trials and Injecting Drug User Participation:  The NIH Research Agenda."  15th International Conference on Harm Reduction, Melbourne, April 19-23, 2004.

"Molecular Tools for Documenting Human Rights Violations."  First International Seminar on Public Health and Human Rights, Baltimore, April 7-9, 2004.

"Health and Human Rights Consequences of the Trafficking of Women and Girls in Southeast Asia."  Invited address.  First International Conference on Women and Infectious Diseases: From Science to Action, Centers for Disease Control, Atlanta, February 27-28,  2004
"IDU Cohorts in HIV Vaccine Trials:  Critical Controversies and Lessons Learned."  Plenary address, HIV Vaccine Trials Network, Full Group Meeting. October 22-24, 2003, Seattle.

"Public Health Journalism in Developing Countries:  Gateway to Change."  Keynote Address, Aspen Institute Forum on Public Health and the Media, Aspen Center Retreat, Wye, Maryland, October, 2003.

"Molecular Epidemiology:  A Tool for HIV Research"  Keynote address, *Symposium on Molecular Epidemiology,* Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne, Australia, December 3, 2002.

"HIV/AIDS in Asia: A Threat to Regional Security."  Invited address, *HIV/AIDS as a Threat to Global Security,* Yale Center for the study of Globalization, Yale University, November 8-9, 2002, New Haven.

"Creating a Supportive Environment for HIV/.AIDS Research and Training in China."  First Sino-US Conference on AIDS Research and Training, November 1-4, 2002, Beijing.

"HIV Vaccine Trial Capacity in African and Asia."  Plenary session, HIV Vaccines Trials Network Semi-Annual Conference, University of Washington, October 22-25,  Seattle.

"The New Silk Road:  Central Asia and Heroin."  Invited address, *The Silk Road in the 21st Century*, Security and Insecurity in Central Asia and the Caucasus:  A Regional Challenge with Global Implications, Yale University, September 19-21, 2002, New Haven.

"HIV Vaccine Clinical Trials Preparedness in Developing Countries."  Invited speech, AIDS Vaccines for the World, Satellite meeting prior to the 14th International AIDS Conference, 6 July 2002, Barcelona.

"Effects of Drug Use and HIV-Risk Behavior on HIV Transmission Across National Borders."  Chairman's Presentation:  National Institute of Drug Abuse Satellite Symposium, 14th International AIDS Conference, 9 July 2002, Barcelona.

"Collaborating with US Scientists:  What are the ethical requirements?"  Office of AIDS Research Satellite Session, 14th International AIDS Conference, 8 July 2002, Barcelona.

"HIV-1 in Injecting Drug Users in Southeast Asia:  Implications for HIV vaccine efficacy trials."  Plenary Session Presentation, HIV Vaccine Trials Network Full Group Meeting, Alexandria VA, May 2002.

"Incarceration and drug use as a risk for HIV in Thailand."  The 14th B. Frank Polk HIV Research Symposium, Johns Hopkins University, April 2002.

"HIV Vaccine Trial Preparedness in Asia and Africa."  HIV Vaccine Trials Leadership Conference, Miami, March, 2002.

"Ethical Issues in Clinical Trials."  The Fifth International Conference on Home and Community Care for HIV/AIDS, Chiang Mai, Thailand, December, 2001.

"Incarceration and HIV risks among Thai IDU."  South and Southeast Asia Regional Meeting on Drug Use/HIV Dual Epidemics, Chiang Mai, Thailand, December, 2001.

"Regional and Cross-Border Approaches to HIV Prevention." South and Southeast Asia Regional Meeting on Drug Use/HIV Dual Epidemics, Chiang Mai, Thailand, December, 2001.

"Ensuring the Affordability of an Effective HIV Vaccine to the Countries where trials have been conducted." HIV Vaccines for developing Countries: Establishing Networks for HIV Vaccines in Southern Africa, Gaberone, Botswana, November, 2001.

"Ensuring Access to Effective Treatment for Candidates who Contract HIV During Trials." HIV Vaccines for developing Countries: Establishing Networks for HIV Vaccines in Southern Africa, Gaberone, Botswana, November, 2001.

"Assessing the magnitude of the HIV/AIDS Epidemic in Burma." The First United Nations General Assembly Special Session on AIDS, New York, June, 2001.

"The Molecular Epidemiology of HIV-1 in IDU in Asia." The Fifth International Conference on Harm Reduction, New Delhi, April, 2001.

"Thailand's Response to AIDS: Building on Success, Confronting the Future." The Fifth International Conference on Harm Reduction, New Delhi, April, 2001.

"Lessons learned for HIV vaccine trials in Thailand, 1992-2000." First All-Investigators meeting, HIV Vaccine Trial Network, San Francisco, October, 2000.

"Overland heroin trafficking routes and HIV-1 spread in South and Southeast Asia." 2000 Global Research Network Meeting on HIV Prevention in Drug-Using Populations, Third Annual Meeting, Durban, South Africa, July 2000.

"Sustaining HIV prevention in political and economic crises: the cases of Thailand and Burma." Prevention Works, Third International Conference on HIV Prevention, Durban, South Africa, July 2000.

"HIV/AIDS in Africa: An International Challenge." Sixth Annual Conference on "African Refugees and the U.S. Response, Arlington VA, June 2000.

"Overland heroin trafficking routes and HIV-1 spread in South and Southeast Asia." Russian National AIDS Conference, Moscow, Russian Federation, May, 2000.

"HIV/AIDS in Asia: Are we winning or losing the war?" Asian Regional Forum, 14th Annual Conference on Security in Asia, Kuala Lumpur, May, 2000.

"Shan women in the sex industry in Southeast Asia; Political causes and human rights consequences." Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, October, 1999.

"Overland heroin trafficking routes and HIV spread in South and Southeast Asia." Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, October, 1999.

"Health and Human Rights Among Gay Men in Developing Countries." First Annual Gay Men's Health Summit, Boulder Colorado, August, 1999.

"Bridging the Gap:   HIV/AIDS in the Developing World."  Ninth Annual Clinical Care of the Patient with HIV Infection.  Johns Hopkins University School of Medicine, April, 1999.

"Training in Tuberculosis prevention and control for developing country scientists."  Eleventh Annual Fogarty International Center Program Directors Meeting, May, 1999.

"HIV/AIDS Care in China and India."  The First International Congress of Tibetan Medicine, George Washington University School of Medicine, November, 1998.

"Epidemiologic and Biologic Characterization of a cohort of HIV-1 highly exposed persistently seronegative sex workers in northern Thailand."  The Tenth Annual Frank  B. Polk Symposium on HIV/AIDS, Johns Hopkins University, April, 1998.

"Condoms or Land mines; The Politics of AIDS in Southeast Asia."  Special Lecture at UNICEF, Division of Health Programs, New York, April, 1998.

"The HIV/AIDS Epidemic in Burma; Dilemmas of Policy and Practice."  Presentation at the Association of Asian Studies, 50th Annual Meeting, Washington DC, April, 1998.

"HIV Preventive Interventions; Current Research."  Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Sex Workers and HIV/AIDS; a global perspective."  Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Risk Factors for HIV Transmission."  Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Sexually transmitted diseases and HIV prevention strategies." Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"The HIV and STD Prevention Research Agenda for Asia."  The First Public Health Asia 2000 Conference, Kerala, India, November, 1997.
"The Role of Same-sex Behavior in the Epidemic of HIV-1 Among Northern Thai Men" The Ninth Annual Frank  B. Polk Symposium on HIV/AIDS, Johns Hopkins University, April, 1997.

"The Epidemiology of HIV/AIDS in Burma." *GGGD*, Netherlands National HIV/AIDS Surveillance Program, Amsterdam, December, 1997.

"HIV incidence among male sex workers in northern Thailand, 1989-1995."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

"Tuberculosis and HIV/AIDS in Thailand; Current Trends."  National Council for International Health, Arlington VA, June, 1996.

November 2017/ C. Beyrer

"Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand?" Eighth NCVDG, Bethesda MD, Feb. 1996.

"Sexual Behavior, Sexually Transmitted Diseases and HIV Infection among young men in Thailand." Third International Chinese International Symposium on AIDS.  Beijing, China, December, 1995.

"Migration and HIV among ethnic minorities in northern Thailand."  Technical consultation, Institute for Asian Studies, Chulalongkorn University and the World Health Organization. Bangkok, Thailand, May 25, 1995.

"Molecular Epidemiology Studies of HIV-1 in Northern Thailand; Results from the Thai PAVE Project, 1992-1994."  Workshop on Advanced Techniques in Screening of HIV-1 Genetic Variability in Thailand.  Bangkok, February, 1995.

"Molecular Epidemiology of HIV-1 in Thailand."  Grand Rounds at the Department of Microbiology, Faculty of Medicine, Chiang Mai University. Chiang Mai University, Thailand, November 1994.

"Incident HIV and STDs in direct and indirect commercial sex workers (CSWs) in Thailand." Tenth International AIDS Conference, Yokohama, Japan, August 1994.

"The Clinton Administration health care reform proposals."  Grand Rounds at the Department of Family Medicine, Faculty of Medicine, Chiang Mai University.  Chiang Mai Thailand, June, 1994.

"Infrastructure and Personnel development for HIV vaccine trials."  Royal Thai Army Medical Corps Meeting on Preparing for Vaccine trials in Thailand.  Armed Forces Institute for Medical Research, Bangkok, Thailand, May, 1994.


**Seminars**

"HIV Disparities and Human Rights."  Grand Rounds, Adolescent Medicine, Johns Hopkins University School of Medicine, Baltimore, October 27th, 2017.

"Leaving No One Behind in International Drug Policy."  Graduate Institute, Global Health Centre, Geneva, Switzerland, October 3rd, 2017.

"Bridging the Gaps in HIV prevention through technology and innovation."  Johns Hopkins Symposium, United Nations General Assembly, New York, City, September 21, 2017.

"Drug Policy and Infectious Diseases."  The Johns Hopkins Lancet Commission on Drug Policy and Health, Kiev, Ukraine, July 28th, 2017.

November 2017/ C. Beyrer

"HIV/AIDS in Asia:  Where is the Epidemic Heading?"  Department of Epidemiology Seminar Seires, Johns Hopkins Bloomberg School of Public Health, June 27th, 2017.

"Mass incarceration, Drug Policy, and HIV."  The Lancet HIV and Prisoner's Series Regional Launch, Center for Strategic and International Studies, Kuala Lumpur, Malaysia, June 5th, 2017.

 "Mass incarceration, Drug Policy, and Human Rights."  Center for Public Health and Human Rights, Johns Hopkins, March 4th, 2017.

"The Administration's Budget, Congress, and Global Health Funding."  Center for Strategic and Internatonal Studies, Washington DC, April 6th, 2017.

"The Politics of Harm Reduction in the U.S." Seminar on Political Interference in Science with Rep. Hon. Henry Waxman.  Johns Hopkins University, April 7th, 2017.

"War in the Blood 2:  Sex, Politics and AIDS in Southeast Asia.  Rockefeller Foundation Residency Seminar, Bellagio, Italy, October 22nd, 2016.

"Preparing for the Age of Pre-Exposure Prophylaxis."  Grand Rounds, Univeristy of Maryland Medical School, October 5th, 2016.

"HIV/AIDS:  State of the Science."  5th Annual Creative and Novel Ideas in HIV Research (CNIHR) Workshop, U.S. National Institutes of Health, Bethesda, MD, August 23rd, 2016.

"Summary of the Science:  AIDS 2016 in Durban."  Center for Strategic and International Studies, and Kasier Family Foundation Seminar on the 21st International AIDS Conference, Washington, DC, August 3rd, 2016.

"Preparing for the Age of PrEP."  Plenary presentation, 26th Annual Conference on the Clinical Care of the Patient with HIV Infection and Care of Patients with Viral Hepatitis, Johns Hopkins Medicine, Division of Infectious Diseases, Baltimore, MD, May 2, 2016.

"Addressing the Legal and Human Rights needs of Youth At-Risk for and Living with HIV." 1st Annual Johns Hopkins University, Adolescent and Young Adult Scientific Working Group (SWG) Symposium,  Baltimore MD April 29th, 2016

HIV and Human Rights:  The Work Undone."  Distinguished Lecture, University of Illinois at Chicago School of Public Health.  Chicago, Illinois, March 18th, 2016.

"The State of the Science, Key Populations and HIV."  Johns Hopkins Center for AIDS Research and the International AIDS Society special seminar with the IAS leadership.  Johns Hopkins Bloomberg  School of Public Health, December 7th, 2015.

"Bending the Curve:  Pre-Exposure Prophylaxis for HIV.  Department of Epidemiology Centennial Celebration Seminar. Johns Hopkins Bloomberg School of Public Health, November 20th, 2015.

"Key Populations and OAR Research Priorities."  Annual CFAR Directors Meeting, University of Washington, Seattle, November 6th, 2015.

"Achieving Equity:  The Imperative for Key Populations in HIV."  Epidemiology and Biostatistics Seminar Series, Johns Hopkins Bloomberg  School of Public Health, June 17th, 2015.

"An End to AIDS?" Invited Public Talk, The Humphrey School of Public Affairs, University of Minnesota, Minneapolis St. Paul, April 6th, 2015.

"LGBT Health and Human Rights A Global Challenge" Global Health Colloquim Fall 2014, The Program in Global Health and Health Policy Princeton University October 10th 2014.

"Impacts of discrimination on the health and development of LGBT children and adolescents." UNICEF, Special Session on LGBT issues and Children, New York, NY, May 22nd, 2014.

"The Global HIV Epidemics among Gay, Bisexual and other MSM:  Time to Act," Grand Rounds, Columbia University & New York Psychiatric Institute, May 22nd, 2014.

"The Work Undone:  Key Populations in the HIV Response."  The White House, World AIDS Day Panel, December 2nd, 2013.

"Comprehensive services for drug users in Thailand."  IAS-UNODC High Level Meeting on HIV and Drug Use in Thailand, Bangkok, November 19th, 2013.

"The Epidemics of HIV Among Men Who Have Sex with Men: Time for Action."  Keynote address, Asia-Pacific Community of MSM (APCOM,) Bangkok, Thailand, Nov. 17, 2013.

"Antiretroviral Therapy Scientific Landscape for Key Populations."  World Health Organization-International AIDS Society Seminar, London, UK, September 18th, 2013.

"Global epidemiology of HIV infection in MSM."  Expert Input Forum, Merck Institute, Philadelphia, PA, August 21st, 2013.

"The Global MSM HIV Epidemic: Time to Act."  Keynote Address, XIth Johns Hopkins Brazil Conference, Rio de Janiero, Brazil, May 15th, 2012.

"The Global MSM HIV Epidemic: Time to Act."  The New York HIV Management Course, New York City, NY, May 2nd, 2013.

"The Global Epidemic of HIV Among MSM:  Implications for Research."  U.S. Military HIV Research Program, Rockville, MD, April 24th, 2013.

"Evaluation of PEPFAR- Public Dialogue Session." Institute of Medicine, April 1st, 2013.

"New Paradigms of Risk and Protection:  Understanding the HIV Epidemics Among Gay and Bisexual Men."  The New York Academy of Sciences, December 7th, 2012.

"A Framework with Ethical Engagement with Key Populations in PEPFAR Programs." PEFPAR Scientific Advisory Board Meeting, Washington DC, October 2nd, 2012.

"The Global Epidemics of HIV among Men Who Have Sex with Men: Time for Action." Dean's Lecture, Yale University, Center for Interdisciplinary Research on AIDS, New Haven, CT, November 29th, 2012.

"Johns Hopkins in Burma."  Bi-Annual Center for Public Health and Human Rights Seminar, June 15th, 2012.

"The Emerging HIV Epidemiology among Most at Risk Populations."  Special HIV Symposium, College of Health Sciences, Makerere University, Kampala, Uganda, November 11th, 2011.

"The Global Epidemics of HIV among MSM:  Implications for HIV Prevention."  Special Seminar, The Institute for Human Virology, University of Maryland Medical Center, Baltimore, MD, October 17th, 2011.

"The Global Epidemics of HIV among MSM:  Implications for HIV Prevention."  Invited Seminar, The Center for Behavior Change Interventions, Columbia University, New York, NY, October 7, 2011.

"HIV and Human Rights:  Challenges for Sexual Minorities."  Medicine Grand Rounds, The University of Chicago Medical Center/Department of Medicine, Chicago, IL, February 1, 2011.

"MSM, HIV, and Human Rights," Special Symposium, World AIDS Day, Johns Hopkins Bloomberg School of Public Health, December 1, 2009.

"The Health System Collapse in Zimbabwe" Panel Discussion, United Nations Church, New York, NY, January 13th, 2009.

"Sex Trafficking: Public Health & Human Rights", Panel Discussion – Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, November 3, 2008.

"The Global Media Training Program on HIV/AIDS in collaboration with The XVII International AIDS Conference" Col. Cuauhtemoc, C.P. Mexico, July 29, 2008.

"The Humanitarian Crisis in Burma Post Cyclone Nargis" Panel Discussion – The Center for Strategic and International Studies, Washington D.C., May 9th, 2008.

"The International Rescue Committee (IRC) Hosts an International Women's Day Breakfast:" "Nowhere To Run: The Intersection of Burmese Refugee and Trafficking", Baltimore, MD, March 8, 2008.

"Public Health in Burma in the Wake of the Saffron Revolution," Global Health Advisory Board Annual Meeting, The Public Health Program of the Open Society Institute, New York, NY, December 6th, 2007.

"The Global HIV Epidemic Among MSM in Developing Countries," San Francisco AIDS Foundation, November 16th, 2007.

"The Gathering Storm:  Infectious Diseases and Human Rights in Burma," University of California  Berkeley, Health and Human rights Seminar Series, Berkeley, CA, October, 25, 2007.

"The Saffron Revolution," Speaker, Johns Hopkins Bloomberg School of Public Health, October 2, 2007.

"Global Health: Seeking Continuity in a Global Marketplace with Pandemic Threats."  The New Reality of Risk Leadership Forum.  The Albright Group, New York, NY.  February 13, 2007.

"The Effectiveness of Syringe Exchange as an HIV Prevention Strategy," The Policy Series, Global Health Council, Washington, DC, December 7, 2006.

"Tales from Toronto: Analysis of the XVI International AIDS Conference - An Interactive Panel Discussion." Panelist, Special Seminar, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, October 7, 2006.

"Responding to Infectious Disease Threats in Burma: Dilemmas of Policy and Practive." Tropical Medicine Dinner Club of Baltimore, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, October 4, 2006.

"Careers in Public Health." General Preventive Medicine Residency: Noon Residency, Johns Hopkins School of Medicine, Baltimore, Maryland, September 21, 2006.

"HIV Epidemiology Update and Transmission Factors: Risks and Risk Contexts." Johns Hopkins Paul Nitze School of Advanced International Studies (SAIS), September 14, 2006, Washington, D.C.

"Ethical Issues in the Conduct of HIV vaccine trials in Injecting Drug Users." Bioethics Student Interest Group. Johns Hopkins University School of Medicine, May 25, 2006.

"Morbidity and Mortality among Internally Displaced Populations in Eastern Burma: Linking Health and Rights." Epidemiology Departmental Seminar, Bloomberg School of Public Health, April 28, 2006.

"Responding to Epidemic Disease Threats in Asia: Why Good Governance Matters."  Workshop on Comparative Health Policy: Asia and the Global Governance of Epidemics, 20 April 2006, Shorenstein Asia-Pacific Research Center, Stanford University, Stanford, California.

"Fogarty AIDS International Training and Research Program in Africa." Health Advisory Board Meeting.  Bloomberg School of Public Health, 7 April 2006.

"Illicit drug policies and the HIV epidemic" Board on Global Health, Institute of Medicine of the National Academies, December 20, 2005.

"Country Perspectives: Asia and Pacific countries-Thailand" Board on Global Health, Institute of Medicine of the National Academies, December 19, 2005.

"Emerging Epidemics of HIV in Eurasia." Center for STD Research and Prevention, Bloomberg School of Public Health, November 22, 2005.

"The Next Wave:  Emerging HIV Epidemics in Central Asia and Eastern Europe."  Center for Strategic and International Studies Task Force on HIV/AIDS, July 7th, 2005, Washington DC.

"Preventing, HIV/AIDS and STI in Thailand."  Millions Saved:  Proven Successes in Global Health, Special Seminar, Bloomberg School of Public Health, April, 2005.

"International Organizations and Harm Reduction,"  Session Chair's Presentation at the 16th International Conference on Reduction of Drug Related Harm, Belfast, March, 2005.

"HIV in Asia in 2004:  The Epidemic Continues."  James B. Grant Society Special Seminar for World AIDS Day, Johns Hopkins University, December, 2004.

"Politics and Science."  Special Seminar, Communications Program, Johns Hopkins University, November, 2004.

"Research Ethics and International Collaborative Research."  Special Address to the Faculty, School of Medicine, National University of Laos, Vientiane, Lao PDR, November, 2004.

"Civil conflict and health information:  The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004," Special Seminar, Center for Disasters and Emergency Relief, Department of International Health, Johns Hopkins University, October, 2004.

"HIV/AIDS and Human Rights."  Parliamentarian Leadership Seminar, Bill & Melinda Gates Institute for Population and Reproductive Health, JHU, August, 2004.

"HIV Risks and Vulnerabilities Among Burmese Migrant Populations in Thailand:  What the Thai Government Can Do."  Presentation at the Thai Parliament, to the Committees on Foreign Affairs, Health, and Human Rights, Bangkok, July 2004.

"HIV/AIDS in Asia in 2004:  Where is the Epidemic Going?"  Foreign Correspondents Club of Thailand, Bangkok, July 2004.

November 2017/ C. Beyrer

"Public Health and Human Rights:  The Case of Burma."  Departmental Seminar, Summer Institute of Epidemiology and Biostatistics, Johns Hopkins University, June, 2004.

"Scientific Freedom and Sexual Health Research:  An Investigator's Perspective."  Presentation at the Association of American Universities, Public Affairs Network Annual Meeting, Washington DC, March 2004.

"HIV and IDU in Asia:  Implications for HIV vaccine efficacy trials."  Center for AIDS Research Seminar, The Aaron Diamond AIDS Research Center, Rockefeller University, New York City, January 2004.

"AIDS in Thailand and Burma:  Differing Responses to HIV/AIDS."  Guest lecture for Mrs. William R. Brody, Trustees Meeting, Johns Hopkins University, June 2003.

"AIDS in Southeast Asia:  The Politics of Health Care."  United States Department of State, Foreign Service Institute, Invited lecture, Alexandria, VA, May, 2003.

"HIV/AIDS in Burma, Policy Challenges and the US Response."  Testimony to the Council on Foreign Relations, New York, NY, February, 2003.

"Challenges to HIV vaccine research in Injecting Drug Users."  Invited Seminar, National Institute for Drug Abuse, NIH, Bethesda, February, 2003.

"The Changing Molecular Epidemiology of HIV in Asia."  Invited Lecture, The Center for Harm Reduction, Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne, Australia, Dec. 2002.

"The Impact of the Global AIDS Pandemic."  Keynote Address, the Phelps Stokes Fund, U.S. Department of State, Bureau of Educational and Cultural Affairs, Washington, DC, July 2002.

"HIV/AIDS Issues for Developing Country Journalists."  Invited Lecture, Wall Street Journal Seminar, Barcelona, July 2002.

"Assessing the Magnitude of the HIV/AIDS Epidemic in Burma." Special Seminar, Centers for Disease Control and Prevention, Atlanta, GA, May, 2002.

"Trafficking of Burmese women and girls:  health and human rights implications.  Invited Seminar, Johns Hopkins School for Advanced International Studies, April, 2002.

"Fearful Symmetries:  The AIDS Pandemic and Human Rights."  Third Annual George Goodman Memorial Symposium, SUNY Stonybrook, November 8th, 2001.

"Overland Heroin Trafficking Routes and HIV-1 spread in South and Southeast Asia."  Johns Hopkins Center for Communication Programs, Special Seminar, Baltimore, Oct. 2001.

November 2017/ C. Beyrer

"The HIV/AIDS Pandemic in 2001:  What is needed for a full response."  Hobart College Honor Society Invited Lecture, Hobart and Wm. Smith Colleges, Geneva, New York, September, 2001.

"Reducing HIV Transmission among Drug Users in Thailand."  The United Nations Interagency Theme Group, Bangkok, Thailand, August, 2001.

"HIV/AIDS Treatment Options for Developing Countries," A World Bank Institute Live Telecast for Uganda, Tanzania, and Ghana, Washington DC, June, 2001.

"AIDS and Civil Society."  Johns Hopkins All-University Colloquium on Civil Society, February 23, 2001.

"HIV/AIDS in Asia, Issues and Trends."  Special Seminar, Voice of America, Washington DC, December, 2000.

"AIDS, Drugs, and Alternative Development in Burma." Special Seminar,  Woodrow Wilson Center, Washington DC, October, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the  Future."  Seminar, The center for Epidemiology and Policy, Johns Hopkins University, November, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the  Future."  Special Seminar, The World Bank, Washington, DC, October 2000.

"HIV/AIDS in the Developing World: the Current Prevention Agenda."  Seminar series, Preventive Medicine Residency Program, Johns Hopkins University, Baltimore, October, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the Future."  Special Seminar, The World Bank Thailand Office.  Bangkok, September 2000.

"Training Needs for International Collaborative Research on HIV Prevention."  First international Conference on HIV/AIDS in Malawi, Blantyre Malawi, July 2000.

"Overland Heroin Trafficking Routes and HIV-1 spread in South and Southeast Asia."  Johns Hopkins University 2000 Graduate Summer Institute of Epidemiology and Biostatistics, altimore, June, 2000.

 "HIV/AIDS in Burma."  Special Lecture for the National League for Democracy, Rangoon, Burma,  March, 2000.

"The Third Opium War: Political Causes and Health Implications of the Burmese Heroin Conflict."  *Dean's Lecture,* Johns Hopkins School of Public Health, February, 2000.

"HIV/AIDS Counseling as a Prevention Tool."  Workshop in HIV/AIDS Counseling, Guangxi Provincial AIDS Program, Guangxi, China, January, 2000.

"Children's Health, Human Rights, and HIV/AIDS: UNICEF's Expanded Agenda."  Special Lecture for the release of UNICEF's State of the World's Children, 1999 Report, Johns Hopkins University, December, 1999.

"The AIDS Epidemic in Ethiopia; Political Will and Social Impacts."  World AIDS Day Conference, Partners Against HIV/AIDS in Ethiopia, Washington D.C., December, 1999.

"The Health status of Internally Displaced Persons in Burma, 1999."  Burma Donors Forum Annual Meeting, United Nations, New York, October, 1999.

"Using Radio for Health Education and HIV Prevention in Burma."  Workshop on Media and Health Promotion, Radio Free Asia, June 1999.

"Epidemiology: Investigating the Health of the Public."  Special Presentation, the Knight Center for Specialized Journalism, Johns Hopkins University School of Hygiene and Public Health, June, 1999.

"Political and Human Rights Aspects of the HIV/AIDS Epidemic in Burma."  Special presentation,   the Open Society Institute, George Soros Foundation, New York, May, 1999.

"Overview of the Health Situation in Burma."  Workshop on Addressing Humanitarian Aid to Burma, School of Advanced International Studies, Johns Hopkins University, May, 1999.

"HIV/AIDS and Human Rights in Southeast Asia."  Health and Human Rights Seminar Series, Johns Hopkins University School of Hygiene and Public Health, April, 1999.

"Promoting safer sex and safer injection practices through peer education."  HIV Prevention for Injecting Drug Users Workshop, Guangxi Province, China, January, 1999.

"The Humanitarian Crisis in Burma, 1998."  Special lecture, *The Asia Society*, New York City, November, 1998.

"HIV Prevention for male sex workers."  Special lecture, Royal Thai Ministry of Public Health, Chiang Mai, Thailand, November, 1998.

"Addressing the Health Crisis in Burma; Dilemmas of Policy and Practice."  Seminar Series, the Center for Epidemiology and Policy, Johns Hopkins University, September, 1998.

"HIV Preventive Interventions for the Developing World."  Preventive Medicine Residency Seminar Series, Johns Hopkins University PMR, August, 1998.

"The Politics of AIDS in Southeast Asia."  Invited speech, The Foreign Correspondents Club of Thailand, Bangkok, Thailand, July, 1998.

"Trafficking of Burmese Women and Girls into the Asian Sex Industry; Health and Human Rights implications."  Testimony to the U.S. Congress, the Human Rights, Asian, and Women's Caucuses, Washington, DC, June, 1998.

"HIV/AIDS, Heroin Use, and the health of the people of Burma."  Special Lecture at the first Conference on the future of U.S. Policy toward Burma.  The Central Intelligence Agency, Drug Enforcement Agency, the United States Department of State, Virginia, June, 1998.

"The HIV/AIDS and Heroin Use Epidemics in Burma; Current trends and Policy Implications." Special Presentation to the U.S. Department of State, Office of Crime, Narcotics, and Terrorism, Washington DC, April 1998.

"Condoms or Landmines; The Politics of AIDS in Southeast Asia."  Presentation at The Open Society Institute, George Soros Foundation, New York, April 1998.

"Burma: Health and Human Rights in a Military Dictatorship."  Health and Human Rights Seminar Series, Johns Hopkins University, February, 1998.

"HIV Prevalence and Risks among the Ethnic Minorities of Northern Thailand."  Seminar Series, Dept. Of Epidemiology, Johns Hopkins University, April, 1997.

"Behavioral changes and a decline in HIV infections among Thai men."  Special Lecture, University of Addis Ababa, Ethiopia, February, 1997.

"The HIV/AIDS Epidemic in Burma; Current Trends."  Burma Donors Forum, Amsterdam, December, 1996.

"The Political Economy of AIDS in Southeast Asia; Thailand, Burma, Malaysia."  University of Amsterdam, AIDS and Anthropology Lecture Series, November, 1996.

"HIV/AIDS Prevalence, Incidence and Rates," and "HIV Vaccine Efficacy Trials,"  University of Malaya, Workshop on Epidemiology of HIV/AIDS, Kuala Lumpur, Malaysia, May, 1996.

"Cohort Development for HIV Vaccine Trials in Thailand."  Walter Reed Army Institute of Research, Rockville MD, February, 1996.

"The HIV/AIDS Situation in Burma." Refugees International, Washington DC, February, 1996.

"Current Status of the HIV/AIDS Epidemic in Burma; Policy Implications."  Open Society Institute, Washington DC, January, 1996.

"Declining HIV prevalence and risk behaviors among young men in northern Thailand." Third International China Symposium on AIDS, Beijing, December, 1995.

"Behavioral Interventions to reduce HIV incidence among young men in northern Thailand." Myanmar Medical Association, Rangoon, Burma, November, 1995.

November 2017/ C. Beyrer

"Behavioral Interventions to reduce HIV incidence and STD infections among young men in northern Thailand."  Mandalay Medical Association Seminar on HIV and STDs, Mandalay, Burma, November, 1995.

"Efficacy of Behavioral Change and HIV Preventive Interventions in Thai Army recruits." Workshop on Preventive Interventions, the Social Research Institute, Chiang Mai University. Mae Rim, Thailand, May, 1995.

"Update on advances in HIV/AIDS Prevention."  Northern Thai Regional Meeting for Non-Governmental Organizations.  Chiang Mai, Thailand, December, 1994.

"Sexual behavior and HIV risks among male commercial sex workers and men who have sex with men in northern Thailand."  Workshop on Same Sex Behavior, Social Research Institute, Chiang Mai University. Chiang Mai, Thailand, November, 1994.

"Recombinant Rotavirus Vaccines." Chinle, Gallup, and Hu Hu Kam Indian Health Service Hospitals. AZ, NM. 1992.

"Sexually Transmitted Diseases Among White Mountain Apache Women." White Mountain Apache Tribal Council, White River, AZ. 1992.

"AIDS on Campus." Symposium at Hobart and Wm. Smith Colleges. Geneva, NY. 1991.

"Using the Imagination to Heal."  Tibetan concepts of healing. The College of Physicians and Surgeons, Columbia University. NY, NY. 1990.


**PERSONAL**

Born 1959 at Berne, Switzerland, of American parents. Raised on Long Island, NY.  Extensive work, study, and residence abroad in Sri Lanka, India, Nepal, Japan, China, Malaysia, Laos, Burma, Cambodia, Indonesia, Vietnam, Thailand, Bhutan, Turkey, Brazil, Venezuela, Guyana, the West Indies, Western Europe, Russia, Tajikistan, Kazakhstan, Ukraine, Ethiopia, South Africa, Botswana, Tanzania, Zimbabwe, Uganda, and Malawi.  Other interests include Asian history, art and antiques, Buddhism, and human rights activism.  Fluent in Italian, conversant in Thai, Lao.

Married, husband Michael Smit RN, MS, is a nurse practitioner specializing in Hepatitis C care in Baltimore.