

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7230
Washington, DC 20530

Tel:  (202) 514-1201

VIA CM/ECF

July 12, 2020

Christopher G. Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

RE:     *Peterson v. Barr*, No. 20-2252 (7th Cir.)

Dear Mr. Conway:

    We write to inform the Court of an update the government made to the district court docket today in *Hartkemeyer v. Barr*, No. 2:20-cv-00336 (S.D. Ind.), in which plaintiffs in this case attempted to intervene before initiating this action. The government this morning filed a declaration informing the court that one staff member from USP Terre Haute has tested positive for COVID-19 after contact with infected individuals outside of work.  *See id.*, Dkt. 77.  Because plaintiffs to this case incorporated a number of Rev. Hartkemeyer's arguments by reference, *see Peterson v. Barr*, No. 2:20-cv-00350 (S.D. Ind.), Dkt. 1, 3, 17, the now-updated declaration in *Hartkemeyer* was referenced in the government's filings below in this case, *see id.*, Dkt. 10 (citing *Hartkemeyer*, No. 2:20-cv-00336 (S.D. Ind.), Dkt. 51-1.

    This development has no material effect on the litigation, both because the risk of COVID-19 transmission does not dictate the scheduling of executions and because BOP's precautions are confirmed, not undermined, by the fact that an

employee has been identified as COVID-19 positive and promptly removed from the prison. The district court's order on review in this case does not refer to the updated aspect of the record, nor does the government's request for emergency relief in any way turn on it. Thus, the government informs the Court of the update in *Hartkemeyer* only in an abundance of caution.

Sincerely,

*/s/ Melissa N. Patterson*
MELISSA PATTERSON
Attorney, Appellate Staff
Civil Division

cc:   counsel (via CM/ECF)