# UNITED STATES DISTRICT COURT

## Southern District of Indiana

**Roger A. G. Sharpe**

**Clerk of the Court**

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

July 12, 2020

Re: LEE V. BARR, et al
Cause Number: 2:20–cv–00357–JRS–DLP

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge Mark J. Dinsmore to the docket of Judge Doris L. Pryor on July 12, 2020. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 2:20–cv–00357–JRS–DLP should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By:  s/Rebekah Farrington
Rebekah Farrington, Deputy Clerk