****THIS IS A CAPITAL CASE****
EXECUTION SCHEDULED FOR JULY 13, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>            Plaintiffs,<br><br>     v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>            Defendants. | Case No. 2:20-cv-00357-JRS-DLP |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a) and S.D. Ind. L.R. 65-2(a), Plaintiff Daniel Lewis Lee hereby moves for a preliminary injunction prohibiting Defendants from carrying out Mr. Lee's execution, scheduled to occur on July 13, 2020, at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute), until such time as treatment or a vaccine for COVID-19 is available or the current surge in the virus has receded or the threat posed by travel to and entry into USP Terre Haute during the ongoing COVID-19 pandemic has otherwise abated.

For reasons explained in the accompanying Memorandum in Support, Mr. Lee is likely to succeed on the merits in this case and will suffer irreparable harm in the absence of a preliminary injunction. In addition, the balance of harms weighs in Mr. Lee's favor, and a preliminary

injunction preserving his right to access to counsel, as recognized in 18 U.S.C. § 3599(e), and 28 C.F.R. § 26.4.b and (c)(3)(ii), is in the public interest.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella
Assistant Federal Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 641-6103
(301) 344-0019 (fax)
Amy_Donnella@fd.org

/s/ John P. Nidiry
John P. Nidiry
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 807-1267
(301) 344-0019 (fax)
John_Nidiry@fd.org

/s/ Elizabeth Brown Luck
Elizabeth Brown Luck
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 456-3072
(301) 344-0019 (fax)
Elizabeth_Luck@fd.org

Dated:  July 12, 2020