UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>     Plaintiffs,<br><br> v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>     Defendants. | Case No. 2:20-cv-00357-JRS-DLP |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Amy Gershenfeld Donnella, respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Daniel Lewis Lee in the above-styled cause only. In support of this motion, the undersigned states:

 1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of Pennsylvania, admitted in 2000.

 2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  I am an assistant federal defender for the District of Maryland, Federal Capital Habeas Project.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 12, 2020                                Respectfully submitted,


/s/ Amy Gershenfeld Donnella
Amy Gershenfeld Donnella
Federal Capital Habeas Project
Federal Public Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
Phone (301) 641-6103
Amy_Donnella@fd.org

**CERTIFICATE OF SERVICE**

I certify that on **July 12, 2020,** a copy of the foregoing Motion to Appear *Pro Hac Vice* was electronically submitted in the above-referenced case to mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>[List attorneys and parties receiving conventional paper service with law firm name (if applicable) and **postal** address]
>
>*Name of Receiving Attorney*
>*LAW FIRM NAME*
>*Street Address*
>*City, State, ZIP Code*

                                           _____
                                           Amy Gershenfeld Donnella
                                           Federal Capital Habeas Project
                                           Federal Public Defender for the District of
                                             Maryland
                                           6411 Ivy Lane, Suite 710
                                           Greenbelt, MD 20770-4510
                                           Phone (301) 641-6103
                                           Amy_Donnella@fd.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**[INSERT]** DIVISION

|  |  |  |
|---|---|---|
| , | ) | |
| Plaintiff(s), | ) ) ) ) | |
| v. | ) ) | Cause No. |
| , | ) ) ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **[name of applicant]**, counsel for **[name of party represented]**, for leave to appear and participate *pro hac vice* in the above-captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**[name of applicant]**
**[name of applicant's law firm]**
**[address of applicant's law firm]**
**[applicant's phone number]**
**[applicant's fax number]**
**[applicant's email address]**


Dated: _____          _____
                              [Name of Judge]
                              United States District Court
                              Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    **[name of applicant]**
    **[name of applicant's law firm]**
    **[address of applicant's law firm]**