UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00357-JRS-DLP |
| | ) | |
| WILLIAM P. BARR, | ) | |
| T.J. WATSON, | ) | |
| MICHAEL CARVAJAL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter has come before the Court on Motion of Amy Gershenfeld

Donnella of the Federal Capital Habeas Project seeking an order granting leave to

appear *pro hac vice* for the purpose of appearing as counsel on behalf of the

Plaintiff, Daniel Lewis Lee, in the above-styled cause only, Dkt. [9]. Being fully

advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Amy Gershenfeld Donnella
Federal Capital Habeas Project
Federal Public Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 641-6103
Amy_Donnella@fd.org

**Applicant shall register for electronic filing, as required by Local Rule
5-3, within ten (10) days of the entry of this Order.**

So ORDERED.

Date: 7/12/2020

*Doris L. Pryor*

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Amy Gershenfeld Donnella
Federal Capital Habeas Project
Federal Public Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510