UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00357-JRS-DLP |
| WILLIAM P. BARR, et al. | ) ) ) |
| Defendants. | ) |

**Entry Setting Briefing Schedule**

Plaintiff Daniel Lewis Lee has filed a complaint and motion for preliminary injunction seeking to stay his execution scheduled for July 13, 2020. The Court directs the following briefing schedule.

The defendants shall have **until 8:30 p.m. today, July 12, 2020**, to respond to the motion for preliminary injunction.

The plaintiff shall have **until 11:59 p.m. today, July 12, 2020**, to file a reply.

**IT IS SO ORDERED.**

Date: 7/12/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amy Gershenfeld Donnella
Federal Defender of Maryland
Amy_Donnella@fd.org