****THIS IS A CAPITAL CASE****
EXECUTION SCHEDULED FOR JULY 13, 2020, 4 P.M. Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>                 Plaintiff,<br><br>     v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>                 Defendants. | Case No. 2:20-cv-00357-JRS-DLP |

## NOTICE OF APPEAL

Notice is hereby given that this 13th day of July, 2020, Daniel Lewis Lee, Plaintiff in this action, is appealing to the United States Court of Appeals for the Seventh Circuit from the Order of this Court entered on July 13, 2020, *see* ECF Doc. No. 16, in which this Court denied Mr. Lee's Motion for Preliminary Injunction.  *See* ECF Doc. No. 6.

                                    Respectfully submitted,

                                    /s/Amy Gershenfeld Donnella
                                    Amy Gershenfeld Donnella
                                    Assistant Federal Defender
                                    Federal Capital Habeas Project
                                    6411 Ivy Lane, Suite 710
                                    Greenbelt, MD  20770
                                    (301) 641-6103
                                    (301) 344-0019 (fax)
                                    Amy_Donnella@fd.org

/s/ John P. Nidiry
John P. Nidiry
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 807-1267
(301) 344-0019 (fax)
John_Nidiry@fd.org

/s/ Elizabeth Brown Luck
Elizabeth Brown Luck
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 456-3072
(301) 344-0019 (fax)
Elizabeth_Luck@fd.org

Dated:  July 13, 2020