****THIS IS A CAPITAL CASE****
EXECUTION SCHEDULED FOR JULY 13, 2020, 4 P.M. Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>                    Defendants. | Case No.  2:20-cv-00357-JRS-DLP |

**PLAINTIFF'S MOTION TO STAY TO PRESERVE THE STATUS QUO PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(c)(1) and consistent with Federal Rule of Appellate Procedure 8(a)(1), Daniel Lewis Lee respectfully moves for a stay to preserve the status quo of his case, pending appeal to the Seventh Circuit, pending resolution of the merits of his preliminary injunction request.

Mr. Lee recognizes that this Court has already denied his motion for a preliminary injunction, but believes that the issues here are different and stronger than those presented in the companion cases, including the case in which the Seventh Circuit denied relief. *Peterson v. Barr*, Case No. 20-2252, Doc. #15 (7th Cir. July 12, 2020).   Unlike the litigants in that case, Mr. Lee's has the legal right to have his counsel present at his execution that is spelled out explicitly in the

regulations that implement the Federal Death Penalty Act.[1]  Mr. Lee is, therefore, clearly within the "zone of interest" contemplated by the implementing regulations, which state that two defense counsel **"shall"** be present for the execution. These crucial differences establish that he is likely to succeed on the merits.

Mr. Lee will clearly be irreparably injured absent a stay. Because of the rapidly approaching execution time of 4:00 PM ET, Mr. Lee is otherwise likely to be executed and the case will be mooted before the Court of Appeals has an opportunity to address the important legal issues involved. By contrast, the Government will not be irreparably injured by a stay; it has already demonstrated its ability to set another execution date in the event that an originally planned execution date is postponed.

Finally, the public interest lies in granting a stay, particularly in a case such as this where major stakeholders in the case—the presiding judge and the lead prosecuting attorney—oppose the execution, and the victims' family members have also asked for a postponement until the pandemic abates and they can travel in relative safety to attend. The equities clearly weigh in Mr. Lee's favor.

Thus, for the same reasons outlined in the *Motion for Preliminary Injunction*, *Memorandum in Support of Preliminary Injunction, Reply in Support of Motion for Preliminary Injunction*, and supporting exhibits, and to prevent the case from becoming moot pending appeal, Mr. Lee respectfully requests that the Court grant this motion for a stay pending appeal. See ECF No. 6, 7, 15 (and supporting exhibits).

---

[1] Section 3599(e) of the FDPA provides a broad entitlement to counsel all the way through preparation of clemency applications and stays of execution.

Mr. Lee has filed a Notice of Appeal in this Court. ECF No. 17. Due to exigencies of a rapidly narrowing window of time in which Mr. Lee can seek to have his appeal considered the by Seventh Circuit, Mr. Lee respectfully requests the Court issue its decision on this motion promptly, to enable him to file a motion for stay pending review in the Court of Appeals pursuant to Federal Rule of Appellate Procedure 18.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella
Assistant Federal Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 641-6103
(301) 344-0019 (fax)
Amy_Donnella@fd.org

/s/ John P. Nidiry_
John P. Nidiry
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 807-1267
(301) 344-0019 (fax)
John_Nidiry@fd.org

/s/ Elizabeth Brown Luck
Elizabeth Brown Luck
Staff Attorney
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
(301) 456-3072
(301) 344-0019 (fax)
Elizabeth_Luck@fd.org

Dated:  July 13, 2020