UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-cv-00357-JRS-DLP |

**NOTICE OF DISMISSAL DUE TO MOOTNESS**

Defendants executed Plaintiff Daniel Lee on July 14, 2020, in the midst of the coronavirus pandemic that prevented counsel from being with him in his final hours. In this lawsuit, Mr. Lee was litigating his right to have counsel present at his execution and sought a postponement of it until the pandemic abated. By executing Mr. Lee, Defendants mooted this litigation. He was therefore unable to pursue the relief he sought in this suit – the temporary postponement of his execution in order to allow counsel to fulfill their obligations pursuant to their representation and to protect his defense team, as well as the public and prison population, from becoming infected with the novel coronavirus.

The undersigned counsel, therefore, asks that Mr. Lee's Complaint be dismissed.

Respectfully submitted,

*s/*
Amy Gershenfeld Donnella
Counsel for Daniel Lewis Lee

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing was filed electronically through ECF/CM.   On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*s/*
Amy Gershenfeld Donnella

Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103
(301) 344-0019 (fax)
Amy_Donnella@fd.org